UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOURCE INTERLINK COMPANIES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Ironbound Partners, LLC, certify that, to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Ironbound Partners, LLC which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Matthew D. Schwartz (D.C. Bar No. 436619)
Thompson Coburn LLP
1909 K Street, NW
Suite 600
Washington, DC 20006
202-585-6900

*Attorney for Ironbound Partners, LLC*

May 23, 2005