IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRONBOUND PARTNERS, LLC )
1400 34th Street NW )
Washington, DC 20007, )
)
Plaintiff, )
) Case No. 1:05CV01039 (JGP)
v. )
)
)
SOURCE INTERLINK COMPANIES, INC. )
27500 Riverview Center Blvd., Suite 400 )
Bonita Springs, FL 34134, )
)
Defendant. )
_____ )

**DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S  UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT AND STATEMENT
OF POINTS AND AUTHORITIES IN
SUPPORT THEREOF**

Defendant Source Interlink Companies, Inc. ("Source"), by and through counsel, hereby

moves, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time to June 27, 2005 to respond

to plaintiff Ironbound Partners, LLC's ("Ironbound") Complaint.  In support of this Motion,

Source submits the following points and authorities:

1.      On May 24, 2005, Source was served with the summons and Complaint.

2.      Pursuant to Fed. R. Civ. P. 12(a), Source's first responsive pleading or motion to

dismiss pursuant to Fed. R. Civ. P. 12(b) is currently due on June 13, 2005.

3.      Undersigned counsel for Source was first retained in this matter on June 6, 2005.

4.      In order for counsel to have sufficient time to investigate and respond to the

Complaint's allegations, Source needs a two-week enlargement of time to June 27, 2005.

5.      In accordance with LCvR 7(m), counsel for the parties conferred to determine whether plaintiff opposed Source's Motion.  Counsel for plaintiff informed Source's counsel that plaintiff does not oppose the Motion.

Accordingly, defendant Source respectfully requests that this Court grant its Motion and enlarge Source's time to respond to plaintiff's Complaint from June 13, 2005 to June 27, 2005. A proposed order is attached hereto.

Respectfully submitted,

C. Allen Foster (Bar No. 411662)
Kevin E. Stern (Bar No. 459214)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006
Tel:  (202) 331-3102
Fax:  (202) 331-3101

*Counsel for Defendant Source Interlink Companies, Inc.*

Dated:  June 8, 2005

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRONBOUND PARTNERS, LLC,         )
         )
     Plaintiff,         )
         )     Case No. 1:05CV01039 (JGP)
     v.         )
         )
         )
SOURCE INTERLINK COMPANIES, INC.,         )
         )
     Defendant.         )
         )

## ORDER

Upon consideration of Defendant Source Interlink Companies, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Complaint, it is hereby ORDERED that

1.     Defendant's Motion is GRANTED; and

2.     Defendant shall have until June 27, 2005 to respond to plaintiff's Complaint by answering or moving to dismiss pursuant to Fed. R. Civ. P. 12(b).

IT IS SO ORDERED.

This _____ day of June, 2005.


_____
United States District Judge

copies to:

Matthew D. Schwartz, Esq.
THOMPSON COBURN, LLP
1909 K. Street, NW
Suite 600
Washington, DC 20006

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2005, I caused a true and correct copy of the foregoing to be served by electronic mail on the following persons:


Matthew D. Schwartz, Esq.
THOMPSON COBURN, LLP
1909 K. Street, NW
Suite 600
Washington, DC 20006

Julie Lee