IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOURCE INTERLINK COMPANIES, INC., )<br>)<br>Defendant. )<br>_____) | Case No. 1:05CV01039 (JGP) |

## LCvR 7.1 CERTIFICATE

I, the undersigned counsel of record for defendant Source Interlink Companies, Inc. ("Source"), certify that, to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Source which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Kevin Stern
_____
Kevin E. Stern (Bar No. 459214)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006
Tel:  (202) 331-3102
Fax:  (202) 331-3101

*Counsel for Defendant Source Interlink
Companies, Inc.*

Dated:  June 8, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of June, 2005, I caused a true and correct copy of the foregoing to be served by electronic mail on the following persons:

Matthew D. Schwartz, Esq.
THOMPSON COBURN, LLP
1909 K. Street, NW
Suite 600
Washington, DC 20006

*/s/ Julie Lee*
Julie Lee