## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRONBOUND PARTNERS, LLC** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.  05-1039 (JGP) |
| | ) |
| **SOURCE INTERLINK COMPANIES, INC.,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of defendant's **Unopposed Motion for Enlargement of Time to Respond to Complaint** [#3], and for good cause shown, it is hereby

**ORDERED** that defendant's Motion for Enlargement of Time is granted.  It is further

**ORDERED** that defendant shall file it's response to plaintiff's complaint on or before June 27, 2005.

Date: June 9, 2005                                         **JOHN GARRETT PENN**
                                                          **United States District Judge**