IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRONBOUND PARTNERS, LLC,          )
                                  )
         Plaintiff,               )
                                  )     Case No. 1:05CV01039 (JGP)
         v.                       )
                                  )
SOURCE INTERLINK COMPANIES, INC., )
                                  )
         Defendant.               )
                                  )

**DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR,
ALTERNATIVELY, TO TRANSFER VENUE**

Defendant Source Interlink Companies, Inc. ("Source"), by and through counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(2) and (3) and 28 U.S.C. § 1391(a), to dismiss this case for lack of personal jurisdiction over Source and improper venue. Alternatively, Source moves this Court, pursuant to 28 U.S.C. § 1406(a), to transfer this case to the Middle District of Florida, as this case could have been brought in this district and such transfer would be in the interest of justice. In support of this Motion, Source submits the accompanying statement of points and authorities and supporting declarations. A proposed order is attached hereto.

Respectfully submitted,

C. Allen Foster (Bar No. 411662)
Kevin E. Stern (Bar No. 459214)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
Tel: (202) 331-3102
Fax: (202) 331-3101

*Counsel for Defendant Source Interlink
Companies, Inc.*

Dated: June 27, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IRONBOUND PARTNERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:05CV01039 (JGP) |
| v. | ) | |
| | ) | |
| | ) | |
| SOURCE INTERLINK COMPANIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant Source Interlink Companies, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, alternatively, to Transfer Venue, Plaintiff's Opposition thereto, Defendant's Reply and the applicable law, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that

1.    Defendant's Motion is GRANTED; and

2.    Pursuant to 28 U.S.C. § 1406(a), this case is hereby transferred to the Middle District of Florida.

IT IS SO ORDERED.

This _____ day of _____, 2005.

_____
United States District Judge

copies to:

Matthew D. Schwartz, Esq.
THOMPSON COBURN, LLP
1909 K. Street, NW
Suite 600
Washington, DC 20006

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2005, I caused a true and correct copy of the foregoing to be served by electronic mail on the following persons:

Matthew D. Schwartz, Esq.
THOMPSON COBURN, LLP
1909 K. Street, NW
Suite 600
Washington, DC 20006

Jacqueline Arendse