IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>SOURCE INTERLINK COMPANIES, INC.,   )<br>)<br>Defendant.   )<br>_____)  | Case No. 1:05CV01039 (JGP) |

**DECLARATION OF S. LESLIE FLEGEL
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION AND IMPROPER VENUE OR,
ALTERNATIVELY, TO TRANSFER VENUE**

S. LESLIE FLEGEL, being duly sworn, deposes and says:

1. I am the Chairman and Chief Executive Officer of Defendant Source Interlink Companies, Inc. ("Source"). I submit this declaration, based upon my personal knowledge, in support of Source's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, alternatively, to Transfer Venue.

2. I have reviewed the Complaint dated May 23, 2005 (the "Complaint"), filed in this lawsuit by plaintiff Ironbound Partners, LLC ("Ironbound"), and am familiar with the Referral Agreement dated April 26, 2004 (the "Agreement"), that is the subject of this lawsuit. No meetings pursuant to the Agreement in which I participated took place in the District of Columbia.

3. I have never participated in any telephone conversations with Ironbound or Ironbound's owner, Jonathan Ledecky, pursuant to the Agreement or with Mr. Ariel

Emmanuel while physically present in the District of Columbia, including the telephone conversations referenced in paragraphs 13-17 of the Complaint.

4. None of the terms of the Agreement were performed by Source in the District of Columbia.

5. None of the meetings, merger negotiations or due diligence between Source and Alliance Entertainment Corp. ("Alliance") took place in the District of Columbia. Rather, a substantial number of these activities occurred in Florida, which is where both Alliance and Source are headquartered.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2005

S. Leslie Flegel

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2005, I caused a true and correct copy of the foregoing to be served by electronic mail on the following persons:

Matthew D. Schwartz, Esq.
THOMPSON COBURN, LLP
1909 K. Street, NW
Suite 600
Washington, DC 20006

_____
Jacqueline Arendse