UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                        )
IRONBOUND PARTNERS, LLC,                )
                                        )
       Plaintiff,                       )
                                        )
v.                                      )   Case Number  1:05CV01039 (JGP)
                                        )
SOURCE INTERLINK COMPANIES, INC.,       )
                                        )
       Defendant.                       )
_____)

<u>ORDER</u>

      ORDERED this _____ day of _____, 2005, that Defendant Source Interlink Companies, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, alternatively, to Transfer Venue, be and hereby is DENIED.


                                                                  _____
                                                                  John Garrett Penn
                                                                  Senior United States District Judge