### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRONBOUND PARTNERS, LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1039 (JGP) |
| | ) |
| **SOURCE INTERLINK COMPANIES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

This matter is before the Court on **Defendant Source Interlink Companies, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, Alternatively, to Transfer Venue**. Upon consideration of the motion, opposition, reply and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss or Transfer Venue is **DENIED**. It is further

**ORDERED** that defendant shall file an answer on or before September 9, 2005.


Date: August 26, 2005               **JOHN GARRETT PENN**
                                    **United States District Judge**