IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IRONBOUND PARTNERS, LLC,           )<br>                                                          )<br>           Plaintiff,                              )<br>                                                          )<br>v.                                                      )   Civil Action No. 1:05-CV-01039 (JGP)<br>                                                          )<br>SOURCE INTERLINK COMPANIES, INC.,  )<br>                                                          )<br>           Defendant.                           )<br>                                                          ) | |

UNOPPOSED MOTION TO RESCHEDULE
INITIAL SCHEDULING HEARING

Plaintiff Ironbound Partners, LLC moves to reschedule the initial scheduling hearing, currently set for October 11, 2005 at 9:30 a.m., to another date convenient for the Court. Plaintiff's lead counsel is required to be in Boston, Massachusetts on that date for a deposition in a class action suit that was scheduled prior to Plaintiff receiving the Court's Order for Initial Scheduling Hearing in this case. Counsel has been unable to reschedule the deposition due to the large number of parties involved in that matter. Provided it will not overly inconvenience the Court, Plaintiff respectfully requests that the initial scheduling hearing be rescheduled so that its lead counsel will be able to attend the first hearing in this case.

Plaintiff is authorized to represent that Defendant Source Interlink Companies, Inc. does not oppose this motion, but requests that the hearing not be rescheduled on the following dates on which its counsel will be unable to attend: October 13-14, 24-28, November 2-3.

Respectfully submitted,


   /s/  Matthew D. Schwartz
Matthew D. Schwartz (D.C. Bar No. 436619)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C.  20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorney for Plaintiff Ironbound Partners, LLC*

Case 1:05-cv-01039-JGP    Document 15    Filed 10/05/2005    Page 2 of 3

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2005, a true and correct copy of the foregoing Unopposed Motion to Reschedule Initial Scheduling Hearing was served via electronic notice on:

>C. Allen Foster
>Kevin E. Stern
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C.  20006

           /s/ Allison Sinoski