IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 1:05-CV-01039 (JGP) <br> ) |
| SOURCE INTERLINK COMPANIES, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

ORDER

Upon consideration of Plaintiff's Motion to Reschedule Initial Scheduling Conference, and for good cause shown, it is hereby:

ORDERED that the initial scheduling conference will be rescheduled for October \_\_\_, 2005 at _____ a.m.


Date: October \_\_, 2005

_____
John Garrett Penn
United States District Judge