UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRONBOUND PARTNERS, LLC** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1039 (JGP) |
| | ) |
| **SOURCE INTERLINK COMPANIES, INC.,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of defendant's **Unopposed Motion To Reschedule Initial Scheduling Hearing** [#15], it is hereby

**ORDERED** that the initial scheduling conference shall be held on **October 18, 2005 at 10:30 A.M.** in Courtroom 15.


Date: October 5, 2005                                    JOHN GARRETT PENN
                                                         United States District Judge