### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IRONBOUND PARTNERS, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  05-1039 (JGP)** |
| | ) | |
| **SOURCE INTERLINK** | ) | |
| **COMPANIES, INC.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### SCHEDULING ORDER

This case came before the Court for an initial scheduling conference on October 18, 2005. Counsel for both parties agreed that some initial discovery must be conducted before the parties consider settlement.  It is hereby

**ORDERED:**

1.  Both discovery and trial shall be bifurcated into liability and damages phases.

2. The parties shall file any amendments to their pleadings no later than February 1, 2006.

3. The parties shall file any dispositive motions no later than June 6, 2006.  Oppositions shall be filed no later than eleven days following filing of any dispositive motions, and replies shall be filed no later than five days following service of the opposition.

4. Relevant documents shall be exchanged by October 24, 2005.  The parties shall complete all factual or non-expert discovery on or before April 28, 2006, and shall complete all expert discovery on or before May 19, 2006.  The parties shall limit interrogatories to not more than twenty-five per party, and shall limit the number of fact witness depositions to not more

1

than ten per party.

     5.  On or before March 31, 2006, the parties shall disclose any experts they intend to call as witnesses, and shall file reports on those witnesses pursuant to Fed. R. Civ. P. 26(a)(2).  The parties shall disclose any rebuttal experts by April 21, 2006.  Expert depositions shall be completed by May 19, 2006.

     6.  A status hearing shall be held on **May 24, 2006, at 10:00 a.m., in Courtroom 15.**  A pretrial conference shall be held on **July 11, 2006, at 10:00 a.m., in Courtroom 15.**  The trial is scheduled to begin on **September 12, 2006, at 10:00 a.m., in Courtroom 15.**

**Date: October 19, 2005.**                                         **JOHN GARRETT PENN**
                                                             **United States District Judge**