UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRONBOUND PARTNERS, LLC** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1039 (JGP) |
| | ) |
| **SOURCE INTERLINK COMPANIES, INC.**, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the parties' **[#18] Joint Motion for Order Consent Protective Order as to the Production of Confidential Documents and Information**, which was filed on December 6, 2005. The Motion establishes the express terms of the Protective Order under which the parties intend to be bound. Accordingly, and for good cause shown, it is hereby

**ORDERED** that the [#18] Joint Motion for Order Consent Protective Order as to the Production of Confidential Documents and Information shall be **GRANTED**. And it is further

**ORDERED** that the **Protective Order** shall be effective as of the undersigned date of this Order.

Date: December 14, 2005                                            JOHN GARRETT PENN
                                                                                    **United States District Judge**