IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
IRONBOUND PARTNERS, LLC,            )
                                    )
    *Plaintiff*,                      )
                                    )
v.                                  )   Civil Action No. 1:05CV01039 (JGP)
                                    )
SOURCE INTERLINK COMPANIES, INC.,   )
                                    )
    *Defendant*.                     )
_____ )

ORDER

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint, it is this

_____ day of _____, 2006, hereby ORDERED that the Plaintiff's Motion is

GRANTED.


_____
Hon. John Garrett Penn
United States District Judge