IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRONBOUND PARTNERS, LLC,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **SOURCE INTERLINK COMPANIES, INC.,** ) <br> ) <br> **Defendant.** ) <br> _____) | **Case No. 1:05CV01039 (JGP)** |

### DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S
### MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) and as more fully set forth in the accompanying Statement of Points and Authorities, Defendant Source Interlink Companies, Inc. ("Source") respectfully moves this Court to issue a protective order prohibiting Plaintiff Ironbound Partners, LLC ("Ironbound" or "Plaintiff") from seeking or obtaining discovery in this case from Source regarding any potential, unfulfilled or unrealized business opportunities that have been presented to Source by Mr. Ariel Emanuel or The Endeavor Agency, LLC, or that have resulted from Source's February 2005 merger with Alliance Entertainment Corporation.

As required by Local Rule 7(m), Source certifies that its counsel discussed this motion with Ironbound's counsel in a good faith effort to resolve this discovery dispute without court intervention. Ironbound has indicated that it opposes this motion.

Dated:  February 21, 2006                                                    Respectfully submitted,

/s/ Kevin E. Stern
C. Allen Foster (Bar No. 411662)
Kevin E. Stern (Bar. No. 459214)
Maria Hallas (Bar No. 436529)
GREENBERG TRAURIG, LLP

800 Connecticut Avenue, N.W., Suite 500
Washington, DC  20006
Tel:  (202) 331-3100
Fax:  (202) 331-3101
*Counsel for Defendant Source Interlink*
*Companies, Inc.*