IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:05CV01039 (JGP) |
| SOURCE INTERLINK COMPANIES, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF DEPOSITION

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff will take the deposition upon oral examination of the person(s) at Defendant Source Interlink Companies, Inc. ("Source"), 27500 Riverview Center Blvd., Suite 400, Bonita Springs, Florida, 34134, who is most knowledgeable about the topics specified in Exhibit A, attached hereto. The deposition(s) will be taken by stenographic means before a certified court reporter on February 23, 2006 at 9:00 a.m. and continuing until complete, at the offices of Thompson Coburn LLP, Suite 600, 1909 K Street, N.W., Washington, D.C., 20006.

*Allison Sinoski*
Matthew D. Schwartz (D.C. Bar No. 436619)
Allison Sinoski (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for Plaintiff Ironbound Partners, LLC*



## Exhibit A

1. The business relationship between Source and Ariel Emanuel including, without limitation, business opportunities presented to Source by Emanuel.

2. The business relationship between Source and The Endeavor Agency, LLC ("Endeavor") including, without limitation, business opportunities presented to Source by Endeavor.

3. Source's identification of Alliance Entertainment Corp. ("Alliance") as a potential business partner.

4. Source's consideration of a business relationship with Alliance.

5. The initial meetings between Source and Alliance.

6. The negotiations regarding the merger between Source and Alliance.

7. Source's decision to merge with Alliance.

8. The merger between Source and Alliance.

9. Source's business operations before and after the Alliance merger including, without limitation, Source's entry into distribution agreements involving home entertainment content products.

10. New contracts for the distribution of home entertainment content products entered into by Source after the merger with Alliance.

11. Opportunities that have been presented to Source for the distribution of home entertainment content products since the Alliance merger.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2006, a true and correct copy of the foregoing Notice of Deposition was served via hand delivery on:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C. 20006

*/s/ Allison Sinoski*