**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IRONBOUND PARTNERS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:05CV01039 (JGP)** |
| **v.** | ) | |
| | ) | |
| **SOURCE INTERLINK COMPANIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Defendant has moved the Court for a protective order

prohibiting Plaintiff from conducting discovery pertaining to certain matters.  For good cause

shown:

**IT IS ORDERED** that Plaintiff shall not seek or obtain discovery, including deposition

testimony, regarding any potential, unfulfilled or unrealized business opportunities that

have been presented to Source by Mr. Ariel Emanuel or The Endeavor Agency, LLC, or

that have resulted from Source's merger with Alliance Entertainment Corporation.

_____
United States District Court Judge

_____
Date issued