UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  05-1039 (JGP) |
| ) | |
| SOURCE INTERLINK ) | |
| COMPANIES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on **Plaintiff's Motion for Leave to Amend Complaint [#20]**, which was filed on February 1, 2006. As of the undersigned date of this Order, the Motion is unopposed. Pursuant to the Local Civil Rules, the Court shall "treat the motion as conceded." LCvR 7(b). Accordingly, and for the reasons set forth here, Plaintiff's Motion for Leave to Amend Complaint is hereby **GRANTED.**

   **SO ORDERED**.

Date: February 22, 2006                                       JOHN GARRETT PENN
                                                              United States District Judge