| | |
|---|---|
| Subj: | RE: proposed engagment agreement |
| Date: | 4/26/2004 2:03:41 PM Eastern Daylight Time |
| From: | DBates@sourceinterlink.com |
| To: | Jledecky@aol.com |

Sent from the Internet (Details)

I think that you should talk directly to Leslie about this issue. Leslie' believes that we should not establish any impediment to a sale of the company. If the business relationship that you are introducing is successful, the value of your interest as a shareholder would increase and compensate you through the sale of your interest in the sale of the Company.

Anyway, each of you and Leslie make reasonable points so I think you should discuss it directly. Please call Delia (239-949-7687) within the next two hours and she will connect you to Leslie.

Doug

> -----Original Message-----
> From: Jledecky@aol.com [mailto:Jledecky@aol.com]
> Sent: Monday, April 26, 2004 1:44 PM
> To: Doug Bates
> Subject: Re: proposed engagment agreement
>
> Hi Doug...my comments on this letter...
>
> Just strike the provision having to do with the sale of Source. My concern is that the new business arrangement is so lucrative that Source does get bought by another company which would end my compensation. Seems counter-intuitive. If it is NOT successful, I get nothing. If it is successful and Source is sold, I get nothing. Do you see what I mean?
>
> Everything else is fine...5 year term okay.
>
> Ironbound is a Delaware corporation with offices at 1400 34th Street NW Washington DC 20007. That will allow you to fill in the blanks.
>
> Let me know about the NDA.

NOTICE: The contents of this email and any attachments to it may contain privileged and confidential information from Source Interlink Companies, Inc. This information is only for the viewing or use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in the reliance upon, the information contained in this email, or any of the attachments to this email, is strictly prohibited and that this email and all of the attachments to this email, if any, must be immediately returned to Source Interlink Companies, Inc. or destroyed and, in either case, this email and all attachments to this email must be immediately deleted from your computer without making any copies thereof. If you have received this email in error, please notify Source Interlink Companies, Inc. by email immediately.