IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01039 (JGP) |
| ) | |
| SOURCE INTERLINK COMPANIES, INC., ) | |
| ) | |
| *Defendant*. ) | |

ORDER

Upon consideration of Plaintiff's Motion to Compel Production of Documents and the memorandum filed in support thereof, and for good cause shown, it is hereby ORDERED that Plaintiff's Motion is GRANTED, and Defendant is hereby ORDERED to:

(1) search and produce information from its computer backup tapes and other devices for storing electronic information that is responsive to Plaintiff's First Request for Production of Documents;

(2) use reasonable forensic methods to recover and restore lost deleted, or destroyed information from computer servers and hard drives and to produce such information that is responsive to Plaintiff's document requests; and

(3) produce all documents responsive to Request Nos. 10, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32 of Plaintiff's First Request for Production of Documents.

Date: _____                              _____
                                                HON. JOHN GARRETT PENN
                                                United States District Judge