IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,<br><br>   Plaintiff,<br><br>   v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:05CV01039 (JGP)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Defendant has moved the Court to order Plaintiff to produce documents responsive to Request Nos. 7, 12-16, 19, 20, 21 and 22 of Defendant's First Request for Production of Documents. For good cause shown:

**IT IS ORDERED** that Plaintiff produce all documents responsive to Request Nos. 7, 12-16, 19, 20, 21 and 22 of Defendant's First Request for Production of Documents within ten (10) days of entry of this Order.

**IT IS FURTHER ORDERED** that Plaintiff pay Defendant's attorneys' fees and expenses incurred in making the instant motion.

                    _____
                    United States District Court Judge

_____
Date issued