IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN LEDECKY d/b/a IRONBOUND       )
PARTNERS,                              )
                                       )
          Plaintiff,                   )
                                       )        Case No. 1:05CV01039 (JGP)
     v.                                )
                                       )
SOURCE INTERLINK COMPANIES, INC.,      )
                                       )
          Defendant.                   )
                                       )

## ORDER

Upon consideration of Defendant's Motion to Dismiss Plaintiff's Implied

Contract Claims and the memorandum filed in support thereof, Plaintiff's Opposition

thereto, Defendant's Reply and the applicable law, and for the reasons stated in the

accompanying Memorandum Opinion, it is hereby ORDERED that Defendant's Motion

is GRANTED and Counts Two (Quantum Meruit) and Three (Unjust Enrichment) of the

Amended Complaint are hereby dismissed with prejudice.  Within ten (10) days of this

Order, Plaintiff shall file and serve a Second Amended Complaint consistent with this

Order.


_____
HON. JOHN GARRETT PENN
United States District Judge


Date: _____