IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>    *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

UNOPPOSED MOTION FOR EXTENSION OF TIME

UPON CONSENT OF COUNSEL, Plaintiff moves to extend the time to respond to Defendant's Motion for Protective Order until March 13, 2006. Plaintiff is authorized to represent that Defendant does not oppose this motion.

Respectfully submitted,

   /s/   Matthew D. Schwartz
Matthew D. Schwartz (D.C. Bar No. 436619)
Allison Sinoski (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for Plaintiff Ironbound Partners, LLC*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2006, a true and correct copy of the foregoing Plaintiff's Motion for Extension of Time was mailed electronically through CM/ECF to:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C.  20006

　　　　　　　　　　　　　　　　　　　　　　　／s／　Allison Sinoski