IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01039 (JGP) |
| ) | |
| SOURCE INTERLINK COMPANIES, INC., ) | |
| ) | |
| *Defendant*. ) | |

ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.

Date: _____  
_____  
HON. JOHN GARRETT PENN  
United States District Judge