IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,        )<br>                                                                            )<br>          Plaintiff,                                            )<br>                                                                            )          Case No. 1:05CV01039 (JGP)<br>          v.                                                      )<br>                                                                            )<br>SOURCE INTERLINK COMPANIES, INC.,  )<br>                                                                            )<br>          Defendant.                                       )<br>_____) | |

**DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S  UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND STATEMENT OF POINTS AND <u>AUTHORITIES IN SUPPORT THEREOF</u>**

Defendant Source Interlink Companies, Inc. ("Source") hereby moves, pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time to March 15, 2006 to respond to Plaintiff Jonathan Ledecky's Motion to Compel Production of Documents ("Motion to Compel").  In support of this Motion, Source submits the following points and authorities:

1. On February 22, 2006, Source was served with Plaintiff's Motion to Compel via electronic mail through CM/ECF.

2. Pursuant to LCvR 7(b) and Fed. R. Civ. P. 6(e), Source's response to Plaintiff's Motion to Compel is currently due on March 8, 2006.

3. In order for counsel to have sufficient time to investigate and respond fully to the Motion to Compel, which raises numerous factual-intensive issues relating to electronic discovery, Source needs a one-week enlargement of time to March 15, 2006.  This is Source's first request for an enlargement of time.

4.      In accordance with LCvR 7(m), Source's counsel conferred with Plaintiff's counsel to determine whether Plaintiff opposed Source's Motion. Plaintiff's counsel has informed Source's counsel that Plaintiff does not oppose this Motion.

Accordingly, Source respectfully requests that this Court grant its Motion and enlarge Source's time to respond to Plaintiff's Motion to Compel from March 8, 2006 to March 15, 2006. A proposed order is attached hereto.

Respectfully submitted,

/s/ Kevin E. Stern                              .
C. Allen Foster (Bar No. 411662)
Kevin E. Stern (Bar No. 459214)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006
Tel:  (202) 331-3102
Fax:  (202) 331-3101

*Counsel for Defendant Source Interlink Companies, Inc.*

Dated:  March 2, 2006

Case 1:05-cv-01039-JGP   Document 30   Filed 03/02/2006   Page 3 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of March, 2006, I caused a true and correct copy of the foregoing to be served by electronic mail through CM/ECF on the following persons:

Matthew D. Schwartz, Esq.
Allison Sinoski, Esq.
THOMPSON COBURN, LLP
1909 K. Street, NW
Suite 600
Washington, DC 20006

                            /s/ Julie Lee           .
                              Julie Lee