IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 1:05CV01039 (JGP)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant Source Interlink Companies, Inc's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Motion to Compel Production of Documents, it is hereby ORDERED that

1.　Defendant's Motion is GRANTED; and

2.　Defendant shall have until March 15, 2006 to respond to Plaintiff's Motion to Compel.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. JOHN GARRETT PENN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: _____