IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>*Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>*Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6 of the Rules of the United States District Court for the District of Columbia, please enter the appearance of Allison Sinoski (D.C. Bar No. 482593), Thompson Coburn LLP, 1909 K Street, Suite 600, Washington, D.C. 20006, telephone number (202) 585-6900, facsimile number (202) 585-6969, e-mail: asinoski@thompsoncoburn.com as counsel for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners.

Respectfully submitted,

　/s/　Allison Sinoski
Matthew D. Schwartz (D.C. Bar No. 436619)
Allison Sinoski (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for Plaintiff Ironbound Partners, LLC*

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this 2nd day of March, 2006, a true and correct copy of the foregoing Plaintiff's Opposition to Defendant's Motion to Dismiss, along with attachments, was mailed electronically through CM/ECF to:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C.  20006

                    /s/   Allison Sinoski