IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, ) ) ) ) *Plaintiff*, ) ) v. ) ) SOURCE INTERLINK COMPANIES, INC., ) ) *Defendant*. ) ) | Civil Action No. 1:05CV01039 (JGP) |

ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.

Date: _____    _____
HON. JOHN GARRETT PENN
United States District Judge