UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN LEDECKY** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1039 (JGP) |
| | ) |
| **SOURCE INTERLINK** | ) |
| **COMPANIES, INC.,** | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

This matter is before the Court on **Defendant Source Interlink Companies, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Motion to Compel Production of Documents and Statement of Points and Authorities in Support Thereof [#30]**, which was filed on March 2, 2006. Accordingly, and for good cause shown, it is hereby

**ORDERED** that defendant's Motion is **GRANTED**. And it is further

**ORDERED** that defendant shall respond to Plaintiff's Motion to Compel on or before March 15, 2006.

Date: March 6, 2006                                                             **JOHN GARRETT PENN**
                                                                                **United States District Judge**