UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY )<br> )<br>　　Plaintiff, )<br> )<br>　　v. )<br> )<br>SOURCE INTERLINK )<br>COMPANIES, INC., )<br> )<br> )<br> )<br>　　Defendant. )<br>_____ ) | Civil Action No. 05-1039 (JGP) |

### ORDER

Upon consideration of plaintiff's **Unopposed Motion for Extension of Time [#32]**, and for good cause shown, it is hereby

**ORDERED** that plaintiff's Motion is **GRANTED**. And it is further

**ORDERED** that plaintiff shall respond to defendant's Motion to Compel on or before March 13, 2006.

**Date: March 6, 2006**　　　　　　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**