## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN LEDECKY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1039 (JGP) |
| | ) | |
| **SOURCE INTERLINK COMPANIES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of plaintiff's **Unopposed Motion for Extension of Time [#29]**, and for good cause shown, it is hereby

**ORDERED** that plaintiff's Motion is **GRANTED**. And it is further

**ORDERED** that plaintiff shall respond to defendant's Motion for Protective Order on or before March 13, 2006.

**Date: March 6, 2006**                                         **JOHN GARRETT PENN**
                                                                **United States District Judge**