IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a <br> IRONBOUND PARTNERS, <br><br> *Plaintiff*, <br><br> v. <br><br> SOURCE INTERLINK COMPANIES, INC., <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05CV01039 (JGP) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

Upon consideration of Defendant's Motion to Compel and Plaintiff's Opposition, and for good cause shown, it is hereby ORDERED that Defendant's Motion is DENIED.

Date: _____                 HON. JOHN GARRETT PENN
                                                                 United States District Judge