IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 1:05CV01039 (JGP) |
| SOURCE INTERLINK COMPANIES, INC., | ) ) ) | |
| *Defendant*. | ) ) | |

ORDER

Upon consideration of Defendant's Motion to Dismiss Implied Contract Claims and Plaintiff's Opposition, and for good cause shown, it is hereby ORDERED that Defendant's Motion is DENIED.

Date: _____

_____
HON. JOHN GARRETT PENN
United States District Judge