IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) Civil Action No. 1:05CV01039 (JGP) |
| SOURCE INTERLINK COMPANIES, INC., | ) ) ) |
| *Defendant*. | ) ) |

ORDER

Upon consideration of Defendant's Motion for Protective Order and Plaintiff's Opposition, and for good cause shown, it is hereby ORDERED that Defendant's Motion is DENIED.

Date: _____  
　　　　　　　　　　　　　　　　　　　　HON. JOHN GARRETT PENN  
　　　　　　　　　　　　　　　　　　　　United States District Judge