IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>　　　　Defendant. | Case No. 1:05CV01039 (JGP) |

## ORDER

Upon consideration of Plaintiff's Motion to Compel Production of Documents and Defendant's Opposition, and for good cause shown, it is hereby ORDERED that Plaintiff's Motion is DENIED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. JOHN GARRETT PENN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: _____