IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:05CV01039 (JGP) |
| v. | ) ) | |
| SOURCE INTERLINK COMPANIES, INC., | ) ) | |
| Defendant. | ) ) | |

_____ )

### DECLARATION OF BECKY AUSTIN
### IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
### TO COMPEL PRODUCTION OF DOCUMENTS

Becky Austin, being duly sworn, deposes and says:

1.    I am the Senior Director of Infrastructure Strategy for Defendant Source Interlink Companies, Inc. ("Source"). Until February 2006, I was the Senior Director of Network Services for Source. I submit this declaration, based upon my personal knowledge, in support of Source's Memorandum in Opposition to Plaintiff's Motion to Compel Production of Documents.

2.    Under Source's retention practice for electronic records, including e-mails, all monthly server backup tapes, *i.e.,* the backup tapes made on the last Friday of each month, are supposed to be retained for 15 months. Daily backup tapes are supposed to be retained for 6 weeks, and weekly backup tapes are supposed to be retained for 15 weeks (except the weekly backup made on the last Friday of the month, which, as mentioned above, is retained for 15 months).

3.      On or around June 1, 2005, Source's general counsel, Doug Bates, contacted me and informed me of this lawsuit.   He instructed me to search for all e-mail backup tapes which fell between the date range of April 2004 – November 2004.

4.      After conducting an extensive search, I was only able to locate one readable backup tape from the April 2004-November 2004 period, the November 2004 monthly e-mail backup tape, which has been preserved.  To date, we have been unable to determine definitively how or why other monthly e-mail backup tapes from this time period were missing or not in existence.  I believe the most likely explanations are that a former Source employee who was responsible for making and maintaining e-mail backup tapes at this time did not make them in the first instance and/or he did not properly retain them in accordance with Source's retention practice for electronic records.

5.      In addition, we have determined that monthly e-mail backup tapes from the December 2004-March 2005 time period do not exist.  Although I cannot say definitively at this time, I believe the reasons why tapes from this period are missing or not in existence are the same reasons described above, *i.e.*, a former Source employee who was responsible for making and maintaining e-mail backup tapes at this time apparently did not make them in the first instance and/or he did not properly retain them in accordance with Source's retention practice for electronic records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 15, 2006

Becky Austin