**Server: YUKON (MS Exchange)**

| Label | Pool Name | Protection | Last Used | Backup Specification |
|---|---|---|---|---|
| [000532S] Yukon:SDLT_19 | Exchange Litigation Hold | Permanent | 12/1/2004 23:30 | MSESE Exchange Backup |
| [000643S] SAN_Default_PV132T_148 | Exchange | Permanent | 4/12/2005 8:28 | MSESE Exchange_Full_Backup |
| [000668S] SAN_Default_PV132T_204 | Exchange | Permanent | 4/15/2005 8:24 | MSESE Exchange_Full_Backup |
| [000589S] SAN_Default_PV132T_214 | Exchange | Permanent | 4/19/2005 7:56 | MSESE Exchange_Full_Backup |
| [000575S] SAN_Default_PV136T_231 | Exchange | Permanent | 4/30/2005 3:04 | MSESE |
| [000593S] SAN_Default_PV136T_234 | Exchange | Permanent | 4/30/2005 22:05 | MSESE |
| [000040S] SAN_Default_PV132T_3 | Exchange | Permanent | 5/28/2005 2:03 | MSESE |
| [000639S] SAN_Default_PV136T_333 | Exchange | Permanent | 5/29/2005 5:05 | MSESE |
| [000104S] SAN_Default_PV136T_63 | Exchange | Permanent | 7/2/2005 2:06 | MSESE |
| [000117S] SAN_Default_PV136T_9 | Exchange | Permanent | 7/3/2005 1:07 | MSESE |
| [000190S] San_Daily_PV136T_7 | Exchange | Permanent | 7/30/2005 2:06 | MSESE |
| [000358S] San_Weekly_PV136T_18 | Exchange | Permanent | 7/30/2005 21:08 | MSESE |
| [000128S] SAN_Default_PV136T_582 | Exchange | Permanent | 8/26/2005 3:06 | MSESE Exchange_Full_Backup |
| [000745S] SAN_Default_PV136T_586 | Exchange | Permanent | 8/27/2005 3:03 | MSESE |
| [000746S] SAN_Default_PV136T_587 | Exchange | Permanent | 8/27/2005 3:18 | MSESE |
| [000743S] SAN_Default_PV136T_588 | Exchange | Permanent | 8/27/2005 17:02 | MSESE |
| [000620S] SAN_Default_PV136T_705 | Exchange | Permanent | 9/17/2005 2:35 | MSESE Exchange_Full_Weekly |
| [000807S] SAN_Default_PV136T_708 | Exchange | Permanent | 9/17/2005 4:30 | MSESE Exchange_Full_Weekly |
| [000699S] SAN_Default_PV136T_702 | Exchange | Permanent | 9/18/2005 2:04 | MSESE Exchange_Full_Daily |
| [000772S] San_Weekly_PV136T_23 | Exchange | Permanent | 10/1/2005 2:59 | MSESE Exchange_Full_Weekly |
| [000773S] San_Weekly_PV136T_25 | Exchange | Permanent | 10/1/2005 4:37 | MSESE Exchange_Full_Weekly |
| [000750S] San_Weekly_PV136T_26 | Exchange | Permanent | 10/1/2005 17:02 | MSESE Exchange_Full_Weekly |
| [000714S] SAN_Default_PV136T_667 | Exchange | Permanent | 10/29/2005 4:16 | MSESE Exchange_Full_Weekly |
| [000713S] SAN_Default_PV136T_670 | Exchange | Permanent | 10/29/2005 17:06 | MSESE Exchange_Full_Daily |
| [000813S] SAN_Default_PV136T_685 | Exchange | Permanent | 10/31/2005 2:04 | MSESE Exchange_Full_Weekly |
| [000097S] SAN_Default_PV136T_692 | Exchange | Permanent | 10/31/2005 4:34 | MSESE Exchange_Full_Weekly |
| [000641S] SAN_Default_PV132T_84 | Exchange | Permanent | 11/5/2005 2:03 | MSESE Exchange_Full_Weekly |
| [000160S] SAN_Default_PV136T_5 | Exchange | Permanent | 11/5/2005 17:04 | MSESE Exchange_Full_Weekly |
| [000697S] SAN_Default_PV136T_513 | Exchange | Permanent | 11/14/2005 2:05 | MSESE Exchange_Full_Weekly |
| [000272S] SAN_Default_PV136T_509 | Exchange | Permanent | 11/14/2005 2:38 | MSESE Exchange_Full_Weekly |
| [000179S] SAN_Default_PV136T_511 | Exchange | Permanent | 11/14/2005 5:23 | MSESE Exchange_Full_Weekly |
| [000006S] SAN_Default_PV136T_557 | Exchange | Permanent | 11/19/2005 2:56 | MSESE Exchange_Full_Weekly |
| [000624S] SAN_Default_PV136T_561 | Exchange | Permanent | 11/19/2005 14:09 | MSESE Exchange_Full_Weekly |
| [000841S] SAN_Default_PV136T_789 | Exchange | Permanent | 11/24/2005 2:20 | MSESE Exchange_Full_Daily |
| [000736S] SAN_Default_PV136T_597 | Exchange | Permanent | 11/25/2005 1:06 | MSESE Exchange_Full_Daily |

Ferguson Decl. - Exhibit 1

**Server: YUKON (MS Exchange)**

| Label | Pool Name | Protection | Last Used | Backup Specification |
|---|---|---|---|---|
| SAN_Default_PV136T_600 | Exchange | Permanent | 11/25/2005 2:52 | MSESE Exchange_Full_Daily |
| SAN_Default_PV136T_820 | Exchange | Permanent | 11/25/2005 6:21 | MSESE Exchange_Full_Daily |
| [000897S] DR_First_Set_1 | Exchange | Permanent | 11/26/2005 2:12 | MSESE Exchange_Full_Weekly |
| [000902S] San_Weekly_PV136T_36 | Exchange | Permanent | 12/3/2005 2:03 | MSESE Exchange_Full_Weekly |
| [000715S] SAN_Default_PV136T_647 | Exchange | Permanent | 12/4/2005 1:05 | MSESE Exchange_Full_Weekly |
| [000303S] Free SuperDLT_20 | Exchange | Permanent | 12/10/2005 2:01 | MSESE Exchange_Full_Weekly |
| [000306S] Free SuperDLT_23 | Exchange | Permanent | 12/11/2005 22:10 | MSESE Exchange_Full_Daily |
| [000617S] SAN_Default_PV136T_688 | Exchange | Permanent | 12/17/2005 1:05 | MSESE Exchange_Full_Weekly |
| [000283S] San_Weekly_PV136T_41 | Exchange | Permanent | 12/17/2005 2:47 | MSESE Exchange_Full_Weekly |
| [000816S] SAN_Default_PV136T_694 | Exchange | Permanent | 12/17/2005 3:05 | MSESE Exchange_Full_Weekly |
| [000689S] SAN_Default_PV136T_697 | Exchange | Permanent | 12/17/2005 20:17 | MSESE Exchange_Full_Weekly |
| [000882S] SAN_Default_PV136T_837 | Exchange | Permanent | 12/24/2005 5:01 | MSESE Exchange_Full_Weekly |
| [000754S] SAN_Default_PV136T_650 | Exchange | Permanent | 12/25/2005 3:04 | MSESE Exchange_Full_Weekly |
| [000692S] SAN_Default_PV136T_701 | Exchange | Permanent | 12/31/2005 2:01 | MSESE Exchange_Full_Weekly |
| [000616S] SAN_Default_PV136T_760 | Exchange | Permanent | 1/1/2006 6:09 | MSESE Exchange_Full_Weekly |
| [000939S] San_Weekly_PV136T_49 | Exchange | Permanent | 1/7/2006 5:10 | MSESE Exchange_Full_Daily |
| [000943S] San_Weekly_PV136T_45 | Exchange | Permanent | 1/7/2006 20:07 | MSESE Exchange_Full_Daily |
| [005563S] SAN_Default_PV136T_621 | Exchange | Permanent | 1/13/2006 4:36 | MSESE Exchange_Full_Weekly |
| [000856S] SAN_Default_PV136T_798 | Exchange | Permanent | 1/13/2006 23:32 | MSESE Exchange_Full_Daily |
| [001169S] SAN_Default_PV136T_738 | Exchange | Permanent | 1/14/2006 4:54 | MSESE Exchange_Full_Weekly |
| [005564S] SAN_Default_PV136T_741 | Exchange | Permanent | 1/14/2006 20:06 | MSESE Exchange_Full_Weekly |
| [000903S] San_Daily_PV136T_34 | Exchange | Permanent | 1/18/2006 3:16 | MSESE Exchange_Full_Daily |
| [000831S] SAN_Default_PV136T_543 | Exchange | Permanent | 1/18/2006 6:04 | MSESE Exchange_Full_Daily |
| [000064S] SAN_Default_PV136T_546 | Exchange | Permanent | 1/19/2006 9:18 | MSESE Exchange_Full_Daily |
| [000914S] San_Daily_PV136T_35 | Exchange | Permanent | 1/19/2006 11:17 | MSESE Exchange_Full_Daily |
| [008533S] SAN_Default_PV136T_816 | Exchange | Permanent | 1/20/2006 4:48 | MSESE Exchange_Full_Daily |
| [000865S] SAN_Default_PV136T_819 | Exchange | Permanent | 1/20/2006 7:29 | MSESE Exchange_Full_Daily |
| [000387S] SAN_Default_PV136T_507 | Exchange | Permanent | 1/21/2006 5:15 | MSESE Exchange_Full_Weekly |
| [001645S] SAN_Default_PV136T_50 | Exchange | Permanent | 1/21/2006 20:05 | MSESE Exchange_Full_Weekly |
| [000926S] San_Daily_PV136T_67 | Exchange | Permanent | 1/24/2006 4:55 | MSESE Exchange_Full_Daily |
| [000088S] SAN_Default_PV132T_26 | Exchange | Permanent | 1/24/2006 7:17 | MSESE Exchange_Full_Daily |
| [000801S] SAN_Default_PV136T_672 | Exchange | Permanent | 1/26/2006 4:57 | MSESE Exchange_Full_Daily |
| [000297S] San_Daily_PV136T_43 | Exchange | Permanent | 1/26/2006 5:38 | MSESE Exchange_Full_Daily |
| [003301S] San_Daily_PV136T_37 | Exchange | Permanent | 1/26/2006 8:34 | MSESE Exchange_Full_Daily |
| [000810S] SAN_Default_PV136T_673 | Exchange | Permanent | 1/27/2006 3:56 | MSESE Exchange_Full_Daily |

**Server: YUKON (MS Exchange)**

| Label | Pool Name | Protection | Last Used | Backup Specification |
|---|---|---|---|---|
| [000233S] SAN_Default_PV136T_344 | Exchange | Permanent | 1/27/2006 15:37 | MSESE Exchange_Full_Daily |
| [000312S] San_Weekly_PV136T_54 | Exchange | Permanent | 1/28/2006 2:33 | MSESE Exchange_Full_Weekly |
| [000314S] San_Weekly_PV136T_55 | Exchange | Permanent | 1/28/2006 18:36 | MSESE Exchange_Full_Weekly |
| [000412S] Free SuperDLT_31 | Exchange | Permanent | 1/31/2006 6:43 | MSESE Exchange_Full_Daily |
| [000410S] Free SuperDLT_32 | Exchange | Permanent | 1/31/2006 7:56 | MSESE Exchange_Full_Daily |
| [000217S] SAN_Default_PV136T_31 | Exchange | Permanent | 1/31/2006 18:08 | MSESE Exchange_Full_Daily |
| [000258S] SAN_Default_PV136T_724 | Exchange | Permanent | 2/1/2006 2:17 | MSESE Exchange_Full_Daily |
| [000821S] SAN_Default_PV136T_718 | Exchange | Permanent | 2/1/2006 7:30 | MSESE Exchange_Full_Daily |
| [000284S] SAN_Default_PV136T_849 | Exchange | Permanent | 2/2/2006 2:04 | MSESE Exchange_Full_Daily |
| [000691S] SAN_Default_PV136T_853 | Exchange | Permanent | 2/2/2006 12:39 | MSESE Exchange_Full_Daily |
| [000013S] SAN_Default_PV136T_852 | Exchange | Permanent | 2/3/2006 7:16 | MSESE Exchange_Full_Daily |
| [000610S] SAN_Default_PV136T_753 | Exchange | Permanent | 2/3/2006 8:00 | MSESE Exchange_Full_Daily |
| [000702S] SAN_Default_PV136T_476 | Exchange | Permanent | 2/6/2006 12:17 | MSESE Exchange_Full_Daily |
| [000262S] SAN_Default_PV136T_615 | Exchange | Permanent | 2/4/2006 3:29 | MSESE Exchange_Full_Weekly |
| [000581S] SAN_Default_PV136T_195 | Exchange | Permanent | 2/4/2006 18:32 | MSESE Exchange_Full_Weekly |
| [000342S] SAN_Default_PV136T_243 | Exchange | Permanent | 2/8/2006 2:36 | MSESE Exchange_Full_Daily |
| [000017S] SAN_Default_PV136T_60 | Exchange | Permanent | 2/8/2006 2:48 | MSESE Exchange_Full_Daily |
| [000140S] SAN_Daily_25 | Exchange | Permanent | 2/8/2006 3:31 | MSESE Exchange_Full_Daily |
| [000664S] SAN_Default_PV136T_515 | Exchange | Permanent | 2/8/2006 7:34 | MSESE Exchange_Full_Daily |
| [000583S] SAN_Default_PV136T_616 | Exchange | Permanent | 2/9/2006 4:00 | MSESE Exchange_Full_Weekly |
| [000895S] SAN_Default_PV136T_841 | Exchange | Permanent | 2/9/2006 4:14 | MSESE Exchange_Full_Daily |
| [000192S] SAN_Default_PV136T_757 | Exchange | Permanent | 2/9/2006 18:08 | MSESE Exchange_Full_Daily |
| [000372S] SAN_Default_PV136T_522 | Exchange | Permanent | 2/10/2006 3:35 | MSESE Exchange_Full_Daily |
| [000166S] SAN_Default_PV136T_307 | Exchange | Permanent | 2/10/2006 19:57 | MSESE Exchange_Full_Daily |
| [000767S] San_Weekly_PV136T_32 | Exchange | Permanent | 2/11/2006 2:02 | MSESE Exchange_Full_Weekly |
| [000062S] SAN_Default_PV136T_768 | Exchange | Permanent | 2/11/2006 21:20 | MSESE Exchange_Full_Weekly |
| [000396S] San_Daily_PV136T_76 | Exchange | Permanent | 2/14/2006 4:03 | MSESE Exchange_Full_Daily |
| [000397S] San_Daily_PV136T_81 | Exchange | Permanent | 2/14/2006 5:01 | MSESE Exchange_Full_Daily |
| [000734S] SAN_Default_PV136T_569 | Exchange | Permanent | 2/15/2006 7:55 | MSESE Exchange_Full_Daily |
| [000958S] Free SuperDLT_43 | Exchange | Permanent | 2/15/2006 4:08 | MSESE Exchange_Full_Daily |
| [000961S] Free SuperDLT_48 | Exchange | Permanent | 2/15/2006 4:59 | MSESE Exchange_Full_Daily |
| [000963S] Free SuperDLT_49 | Exchange | Permanent | 2/15/2006 8:20 | MSESE Exchange_Full_Daily |
| [000376S] SAN_Default_PV136T_551 | Exchange | Permanent | 2/17/2006 2:26 | MSESE Exchange_Full_Daily |
| [000985S] San_Daily_PV136T_91 | Exchange | Permanent | 2/17/2006 8:06 | MSESE Exchange_Full_Daily |
| [000243S] San_Weekly_PV136T_63 | Exchange | Permanent | 2/18/2006 4:30 | MSESE Exchange_Full_Weekly |

**Server: YUKON (MS Exchange)**

| Label | Pool Name | Protection | Last Used | Backup Specification |
|---|---|---|---|---|
| [000252S] San_Weekly_PV136T_65 | Exchange | Permanent | 2/18/2006 18:31 | MSESE Exchange_Full_Weekly |
| [000336S] San_Daily_PV136T_97 | Exchange | Permanent | 2/21/2006 2:39 | MSESE Exchange_Full_Daily |
| [000330S] San_Daily_PV136T_105 | Exchange | Permanent | 2/21/2006 3:12 | MSESE Exchange_Full_Daily |
| [000327S] San_Daily_PV136T_106 | Exchange | Permanent | 2/21/2006 8:46 | MSESE Exchange_Full_Daily |
| [000447S] San_Daily_PV136T_116 | Exchange | Permanent | 2/22/2006 9:10 | MSESE Exchange_Full_Daily |
| [000431S] San_Daily_PV136T_123 | Exchange | Permanent | 2/23/2006 4:17 | MSESE Exchange_Full_Daily |
| [000436S] San_Daily_PV136T_128 | Exchange | Permanent | 2/23/2006 8:58 | MSESE Exchange_Full_Daily |
| [000996S] San_Daily_PV136T_133 | Exchange | Permanent | 2/24/2006 4:18 | MSESE Exchange_Full_Daily |
| [000976S] San_Daily_PV136T_144 | Exchange | Permanent | 2/24/2006 8:56 | MSESE Exchange_Full_Daily |
| [000472S] San_Weekly_PV136T_76 | Exchange | Permanent | 2/25/2006 2:38 | MSESE Exchange_Full_Daily |
| [000469S] San_Weekly_PV136T_77 | Exchange | Permanent | 2/25/2006 20:06 | MSESE Exchange_Full_Weekly |
| [000456S] San_Daily_PV136T_153 | Exchange | Permanent | 2/28/2006 5:20 | MSESE Exchange_Full_Daily |
| [000460S] San_Daily_PV136T_164 | Exchange | Permanent | 2/28/2006 7:19 | MSESE Exchange_Full_Daily |
| [000491S] San_Daily_PV136T_166 | Exchange | Permanent | 3/1/2006 4:21 | MSESE Exchange_Full_Daily |
| [000474S] San_Daily_PV136T_176 | Exchange | Permanent | 3/1/2006 5:50 | MSESE Exchange_Full_Daily |
| [000453S] San_Daily_PV136T_180 | Exchange | Permanent | 3/1/2006 8:46 | MSESE Exchange_Full_Daily |
| [000477S] San_Daily_PV136T_190 | Exchange | Permanent | 3/2/2006 4:02 | MSESE Exchange_Full_Daily |
| [000452S] San_Daily_PV136T_193 | Exchange | Permanent | 3/2/2006 8:33 | MSESE Exchange_Full_Daily |
| [000530S] San_Daily_PV136T_199 | Exchange | Permanent | 3/3/2006 5:25 | MSESE Exchange_Full_Daily |
| [000520S] San_Daily_PV136T_207 | Exchange | Permanent | 3/3/2006 6:21 | MSESE Exchange_Full_Daily |
| [000519S] San_Daily_PV136T_208 | Exchange | Permanent | 3/3/2006 12:45 | MSESE Exchange_Full_Daily |
| [000510S] Exchange_1 | Exchange | Permanent | 3/4/2006 4:26 | MSESE Exchange_Full_Weekly |
| [000534S] Exchange_2 | Exchange | Permanent | 3/4/2006 7:20 | MSESE Exchange_Full_Weekly |
| [000544S] Exchange_3 | Exchange | Permanent | 3/7/2006 2:40 | MSESE Exchange_Full_Daily |
| [000541S] Exchange_4 | Exchange | Permanent | 3/7/2006 5:35 | MSESE Exchange_Full_Daily |
| [000546S] Exchange_5 | Exchange | Permanent | 3/8/2006 4:50 | MSESE Exchange_Full_Daily |
| [001686] Exchange_6 | Exchange | Permanent | 3/8/2006 7:45 | MSESE Exchange_Full_Daily |
| [000948S] Free SuperDLT_28 | Exchange | Permanent | 3/9/2006 2:35 | MSESE Exchange_Full_Daily |
| [000935S] San_Daily_PV136T_56 | Exchange | Permanent | 3/9/2006 5:30 | MSESE Exchange_Full_Daily |

**Server: NANTAHALA**

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| [000662] SAN_Default_PV132T_159 | Free SuperDLT | 221757.81 | 221757.81 | 4/1/2005 23:37 |
| [000592S] SAN_Default_PV136T_232 | SAN_Monthly | 279105 | 279105 | 4/29/2005 18:07 |
| [000575S] SAN_Default_PV136T_231 | SAN_Monthly | 292357.5 | 292357.5 | 4/30/2005 3:04 |
| [000069S] SAN_Default_PV136T_72 | SAN_Monthly | 270505.56 | 270505.56 | 5/27/2005 18:09 |
| [000611S] SAN_Default_PV136T_335 | SAN_Monthly | 214005.94 | 214005.94 | 5/27/2005 22:17 |
| [000156S] SAN_Default_PV132T_10 | SAN_Monthly | 270885.44 | 270885.44 | 7/1/2005 18:07 |
| [000110S] SAN_Default_PV136T_142 | SAN_Monthly | 229856.19 | 561530.81 | 7/1/2005 21:36 |
| [000685S] SAN_Default_PV136T_481 | SAN_Monthly | 273920.38 | 273920.38 | 7/29/2005 18:06 |
| [000602S] SAN_Default_PV136T_228 | SAN_Monthly | 351202.88 | 351202.88 | 7/30/2005 14:08 |
| [000742S] SAN_Default_PV136T_584 | SAN_Monthly | 259946.06 | 259946.06 | 8/26/2005 18:06 |
| [000745S] SAN_Default_PV136T_586 | SAN_Monthly | 299594 | 299594 | 8/27/2005 3:03 |
| [000154S] SAN_Default_PV136T_676 | Free SuperDLT | 253664.56 | 253664.56 | 9/14/2005 22:07 |
| [000786S] SAN_Default_PV136T_703 | Free SuperDLT | 1377.19 | 102400 | 9/16/2005 18:07 |
| [000620S] SAN_Default_PV136T_705 | SAN_Monthly | 245926.5 | 245926.5 | 9/17/2005 2:35 |
| [000751S] San_Weekly_PV136T_22 | SAN_Monthly | 257224.56 | 257224.56 | 9/30/2005 21:08 |
| [000752S] San_Weekly_PV136T_24 | SAN_Monthly | 344820.81 | 344820.81 | 10/1/2005 20:36 |
| [000699S] San_Weekly_PV136T_33 | Free SuperDLT | 253778.88 | 253778.88 | 10/7/2005 18:07 |
| [000207S] SAN_Default_PV136T_33 | Free SuperDLT | 338574.88 | 338574.88 | 10/8/2005 20:33 |
| [000567S] SAN_Default_PV136T_661 | SAN_Monthly | 255245.44 | 255245.44 | 10/28/2005 18:07 |
| [000714S] SAN_Default_PV136T_667 | SAN_Monthly | 305186.5 | 305186.5 | 10/29/2005 4:16 |
| [000340S] San_Daily_PV136T_17 | Free SuperDLT | 258000 | 258000 | 11/4/2005 18:08 |
| [000043S] SAN_Default_PV136T_149 | Free SuperDLT | 311836.56 | 311836.56 | 11/5/2005 20:33 |
| [001105S] San_Daily_PV136T_30 | Free SuperDLT | 32413.12 | 225502.81 | 11/9/2005 18:07 |
| [001227S] SAN_Default_PV136T_745 | Free SuperDLT | 263911.62 | 263911.62 | 11/13/2005 14:14 |
| [003925] SAN_Default_PV136T_746 | Free SuperDLT | 283830.81 | 631218.94 | 11/13/2005 17:53 |
| [003755] SAN_Default_PV136T_552 | Free SuperDLT | 260972.06 | 260972.06 | 11/18/2005 18:08 |
| [000730S] SAN_Default_PV136T_565 | Free SuperDLT | 335011.31 | 335011.31 | 11/20/2005 0:07 |
| [000667S] SAN_Default_PV136T_441 | Free SuperDLT | 325983.12 | 325983.12 | 11/23/2005 15:33 |
| [000811S] SAN_Default_PV136T_190 | Free SuperDLT | 294652.5 | 294652.5 | 11/23/2005 18:07 |
| [000738S] SAN_Default_PV136T_595 | Free SuperDLT | 293160.69 | 293160.69 | 11/23/2005 21:01 |
| [000144S] SAN_Default_PV136T_602 | Free SuperDLT | 277602.62 | 277602.62 | 11/25/2005 2:04 |
| [000086S] SAN_Default_PV136T_107 | SAN_Monthly | 259335.88 | 259335.88 | 11/25/2005 18:07 |
| [000897S] DR_First_Set_1 | SAN_Monthly | 300442.88 | 300442.88 | 11/26/2005 2:12 |
| [000904S] San_Weekly_PV136T_35 | San_Weekly_PV136T | 262328.06 | 262328.06 | 12/2/2005 18:08 |
| [000363S] SAN_Default_PV136T_102 | San_Weekly_PV136T | 58.75 | 227308.94 | 12/2/2005 21:30 |

**Server: NANTAHALA**

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| [000919S] Free SuperDLT_15 | San_Weekly_PV136T | 259293.38 | 259293.38 | 12/9/2005 18:07 |
| [000308S] Free SuperDLT_18 | San_Weekly_PV136T | 322502.44 | 322502.44 | 12/11/2005 0:27 |
| [000299S] San_Daily_PV136T_41 | Free SuperDLT | 289085.5 | 289085.5 | 12/15/2005 4:20 |
| [000285S] San_Weekly_PV136T_40 | San_Weekly_PV136T | 259683.38 | 259683.38 | 12/16/2005 18:09 |
| [000282S] San_Weekly_PV136T_42 | San_Weekly_PV136T | 304343.56 | 304343.56 | 12/17/2005 5:11 |
| [000886S] SAN_Default_PV136T_831 | San_Weekly_PV136T | 259537.38 | 259537.38 | 12/23/2005 18:07 |
| [000883S] SAN_Default_PV136T_834 | San_Weekly_PV136T | 294978 | 294978 | 12/23/2005 21:34 |
| [000882S] SAN_Default_PV136T_837 | San_Weekly_PV136T | 218075.25 | 218075.25 | 12/24/2005 5:01 |
| [000094S] SAN_Default_PV136T_696 | San_Weekly_PV136T | 261275.5 | 261275.5 | 12/29/2005 18:07 |
| [000185S] SAN_Default_PV136T_687 | San_Weekly_PV136T | 298556.38 | 298556.38 | 12/29/2005 21:26 |
| [000794S] SAN_Default_PV136T_683 | San_Weekly_PV136T | 52129.44 | 328965.75 | 12/30/2005 20:02 |
| [000949S] Free SuperDLT_25 | Free SuperDLT | 260835.44 | 260835.44 | 1/5/2006 18:07 |
| [000152S] SAN_Default_PV136T_255 | Free SuperDLT | 298237.75 | 298237.75 | 1/5/2006 21:25 |
| [000945S] San_Weekly_PV136T_44 | San_Weekly_PV136T | 259922.06 | 259922.06 | 1/6/2006 18:08 |
| [000942S] San_Weekly_PV136T_46 | San_Weekly_PV136T | 298016.25 | 298016.25 | 1/6/2006 21:38 |
| [000729S] SAN_Default_PV136T_785 | Free SuperDLT | 369820.12 | 369820.12 | 1/7/2006 1:37 |
| [000939S] San_Weekly_PV136T_49 | San_Weekly_PV136T | 216905.69 | 216905.69 | 1/7/2006 5:10 |
| [000935S] San_Daily_PV136T_56 | Free SuperDLT | 259715.06 | 259715.06 | 1/9/2006 18:08 |
| [000796S] SAN_Default_PV136T_410 | Free SuperDLT | 297113.06 | 297113.06 | 1/9/2006 21:36 |
| [000099S] SAN_Default_PV136T_786 | Free SuperDLT | 94718.12 | 221585.38 | 1/10/2006 6:33 |
| [000606S] SAN_Default_PV136T_606 | Free SuperDLT | 259825.75 | 259825.75 | 1/10/2006 18:07 |
| [000643S] SAN_Default_PV136T_605 | Free SuperDLT | 297673.19 | 297673.19 | 1/10/2006 21:28 |
| [000204S] SAN_Default_PV136T_624 | Free SuperDLT | 93214.19 | 216151.38 | 1/11/2006 6:26 |
| [002577S] SAN_Default_PV136T_625 | Free SuperDLT | 258737 | 258737 | 1/12/2006 18:07 |
| [000676S] SAN_Default_PV136T_751 | Free SuperDLT | 300278.06 | 300278.06 | 1/12/2006 21:27 |
| [005563S] SAN_Default_PV136T_621 | Free SuperDLT | 217286.94 | 217286.94 | 1/13/2006 4:36 |
| [000604S] SAN_Default_PV136T_750 | San_Weekly_PV136T | 260923.38 | 260923.38 | 1/13/2006 18:07 |
| [000679S] SAN_Default_PV136T_749 | San_Weekly_PV136T | 300310.81 | 300310.81 | 1/13/2006 21:25 |
| [001169S] SAN_Default_PV136T_738 | San_Weekly_PV136T | 217205.25 | 217205.25 | 1/14/2006 4:54 |
| [000181S] SAN_Default_PV136T_739 | Free SuperDLT | 308843.12 | 308843.12 | 1/16/2006 18:07 |
| [000174S] SAN_Default_PV136T_638 | Free SuperDLT | 276240.12 | 276240.12 | 1/16/2006 20:11 |
| [000724S] SAN_Default_PV136T_644 | Free SuperDLT | 523603.38 | 523603.38 | 1/17/2006 3:21 |
| [000706S] SAN_Default_PV136T_471 | Free SuperDLT | 259485.69 | 259485.69 | 1/17/2006 18:07 |
| [000665S] SAN_Default_PV136T_301 | Free SuperDLT | 300509.12 | 300509.12 | 1/17/2006 21:19 |
| [000683S] SAN_Default_PV136T_541 | Free SuperDLT | 222926.06 | 261548.69 | 1/18/2006 5:54 |

Server: NANTAHALA

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| [000822S] SAN_Default_PV136T_545 | Free SuperDLT | 327199.12 | 327199.12 | 1/18/2006 18:07 |
| [000824S] SAN_Default_PV136T_542 | Free SuperDLT | 272885.31 | 272885.31 | 1/18/2006 20:57 |
| [000916S] Free SuperDLT_11 | Free SuperDLT | 259650.44 | 259650.44 | 1/19/2006 18:07 |
| [000917S] Free SuperDLT_12 | Free SuperDLT | 300028.69 | 300028.69 | 1/19/2006 21:20 |
| [000853S] SAN_Default_PV136T_816 | Free SuperDLT | 218830 | 218830 | 1/20/2006 4:48 |
| [000668S] SAN_Default_PV136T_435 | San_Weekly_PV136T | 259391.12 | 259391.12 | 1/20/2006 18:07 |
| [000380S] SAN_Default_PV136T_498 | San_Weekly_PV136T | 299191.06 | 299191.06 | 1/20/2006 21:23 |
| [000387S] SAN_Default_PV136T_507 | San_Weekly_PV136T | 218811.38 | 218811.38 | 1/21/2006 5:15 |
| [000347S] SAN_Default_PV136T_213 | Free SuperDLT | 332685.31 | 332685.31 | 1/23/2006 18:07 |
| [000929S] San_Daily_PV136T_64 | Free SuperDLT | 274577.31 | 274577.31 | 1/23/2006 20:52 |
| [000926S] San_Daily_PV136T_67 | Free SuperDLT | 248525 | 248525 | 1/24/2006 4:55 |
| [000625S] SAN_Default_PV136T_422 | Free SuperDLT | 257796.38 | 257796.38 | 1/24/2006 18:07 |
| [000161S] SAN_Default_PV136T_146 | Free SuperDLT | 301387.31 | 301387.31 | 1/24/2006 21:22 |
| [000151S] SAN_Default_PV136T_350 | Free SuperDLT | 27043.25 | 412706.19 | 1/25/2006 12:16 |
| [000753S] SAN_Default_PV136T_665 | Free SuperDLT | 253224.56 | 253224.56 | 1/25/2006 18:07 |
| [000597S] SAN_Default_PV136T_458 | Free SuperDLT | 320524 | 320524 | 1/26/2006 7:10 |
| [000288S] San_Daily_PV136T_46 | Free SuperDLT | 270253.25 | 270253.25 | 1/26/2006 18:07 |
| [000106S] SAN_Default_PV136T_106 | Free SuperDLT | 297683.06 | 297683.06 | 1/26/2006 21:18 |
| [000698S] SAN_Default_PV136T_669 | Free SuperDLT | 616951.12 | 616951.12 | 1/27/2006 4:56 |
| [000318S] San_Weekly_PV136T_50 | San_Weekly_PV136T | 260589.81 | 260589.81 | 1/27/2006 18:08 |
| [000310S] San_Weekly_PV136T_52 | San_Weekly_PV136T | 301156.44 | 301156.44 | 1/27/2006 21:31 |
| [000315S] San_Weekly_PV136T_56 | San_Weekly_PV136T | 720853.56 | 720853.56 | 1/28/2006 20:03 |
| [000413S] Free SuperDLT_30 | Free SuperDLT | 256975.75 | 256975.75 | 1/30/2006 18:07 |
| [000411S] Free SuperDLT_34 | Free SuperDLT | 301600.75 | 301600.75 | 1/30/2006 21:23 |
| [000415S] Free SuperDLT_38 | San_Daily_PV136T | 105022.88 | 105022.88 | 1/31/2006 12:17 |
| [000631S] SAN_Default_PV136T_598 | San_Daily_PV136T | 258741.31 | 258741.31 | 1/31/2006 18:07 |
| [000621S] SAN_Default_PV136T_641 | San_Daily_PV136T | 301877.12 | 301877.12 | 1/31/2006 21:25 |
| [000661S] SAN_Default_PV136T_303 | San_Daily_PV136T | 596221.81 | 596221.81 | 2/1/2006 5:44 |
| [000709S] SAN_Default_PV136T_716 | San_Daily_PV136T | 366670.19 | 366670.19 | 2/1/2006 18:07 |
| [000114S] SAN_Default_PV136T_855 | San_Daily_PV136T | 273526.25 | 273526.25 | 2/1/2006 20:32 |
| [000354S] SAN_Default_PV136T_854 | San_Daily_PV136T | 535206.44 | 535206.44 | 2/2/2006 3:29 |
| [000255S] SAN_Default_PV136T_720 | San_Daily_PV136T | 258199.5 | 258199.5 | 2/2/2006 18:07 |
| [000095S] SAN_Default_PV136T_495 | San_Daily_PV136T | 301081.69 | 301081.69 | 2/2/2006 21:22 |
| [000705S] SAN_Default_PV136T_475 | San_Daily_PV136T | 98924.5 | 325164.69 | 2/3/2006 8:09 |
| [000849S] SAN_Default_PV136T_792 | San_Weekly_PV136T | 259021.06 | 259021.06 | 2/3/2006 18:07 |

**Server: NANTAHALA**

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| [000111S] SAN_Default_PV136T_732 | San_Weekly_PV136T | 293333.19 | 293333.19 | 2/3/2006 21:27 |
| [000718S] SAN_Default_PV136T_469 | San_Weekly_PV136T | 707313.56 | 707313.56 | 2/4/2006 20:04 |
| [000881S] SAN_Default_PV136T_836 | San_Daily_PV136T | 256480.12 | 256480.12 | 2/6/2006 18:07 |
| [000879S] SAN_Default_PV136T_838 | San_Daily_PV136T | 301924.56 | 301924.56 | 2/6/2006 21:23 |
| [000349S] SAN_Default_PV136T_754 | San_Daily_PV136T | 112161.44 | 285448.62 | 2/7/2006 9:13 |
| [000618S] SAN_Default_PV136T_386 | San_Daily_PV136T | 258447.12 | 258447.12 | 2/7/2006 18:07 |
| [000134S] SAN_Default_Pool_33 | San_Daily_PV136T | 298082.94 | 298082.94 | 2/7/2006 21:25 |
| [000232S] SAN_Default_PV136T_345 | San_Daily_PV136T | 96325.81 | 299093.94 | 2/8/2006 7:36 |
| [000049S] SAN_Default_PV136T_622 | San_Daily_PV136T | 259721.19 | 259721.19 | 2/8/2006 18:07 |
| [000003S] SAN_Default_PV136T_619 | San_Daily_PV136T | 296946.25 | 296946.25 | 2/8/2006 21:32 |
| [000373S] SAN_Default_PV136T_519 | San_Daily_PV136T | 266950.94 | 266950.94 | 2/9/2006 18:07 |
| [000130S] SAN_Default_PV136T_413 | San_Daily_PV136T | 294872.38 | 294872.38 | 2/9/2006 21:22 |
| [000889S] SAN_Default_PV136T_839 | San_Daily_PV136T | 363090.75 | 363090.75 | 2/10/2006 1:03 |
| [000389S] SAN_Default_PV136T_523 | San_Daily_PV136T | 101484.69 | 257547.12 | 2/10/2006 8:12 |
| [000622S] SAN_Default_PV136T_320 | San_Weekly_PV136T | 8288.81 | 228701.75 | 2/10/2006 18:07 |
| [000133S] SAN_Default_Pool_29 | San_Weekly_PV136T | 490122.06 | 490122.06 | 2/11/2006 20:05 |
| [000398S] San_Daily_PV136T_75 | San_Daily_PV136T | 260357.38 | 260357.38 | 2/13/2006 18:08 |
| [000393S] San_Daily_PV136T_78 | San_Daily_PV136T | 298627.5 | 298627.5 | 2/13/2006 21:43 |
| [000399S] San_Daily_PV136T_82 | San_Daily_PV136T | 76729.62 | 102400 | 2/14/2006 8:25 |
| [000957S] Free SuperDLT_44 | San_Daily_PV136T | 260257.12 | 260257.12 | 2/14/2006 18:08 |
| [000962S] Free SuperDLT_50 | San_Daily_PV136T | 298797.81 | 298797.81 | 2/14/2006 21:36 |
| [000954S] Free SuperDLT_52 | San_Daily_PV136T | 92614.62 | 102400 | 2/15/2006 13:21 |
| [000970S] Free SuperDLT_57 | San_Daily_PV136T | 261268.31 | 261268.31 | 2/15/2006 18:08 |
| [000969S] Free SuperDLT_58 | San_Daily_PV136T | 288886.5 | 288886.5 | 2/15/2006 21:45 |
| [000731S] SAN_Default_PV136T_567 | San_Daily_PV136T | 55890.69 | 253690 | 2/16/2006 8:20 |
| [000982S] San_Daily_PV136T_85 | San_Daily_PV136T | 200830.12 | 200830.12 | 2/16/2006 18:08 |
| [000599S] San_Weekly_PV136T_58 | San_Weekly_PV136T | 257129.81 | 257129.81 | 2/17/2006 18:08 |
| [000240S] San_Weekly_PV136T_60 | San_Weekly_PV136T | 284314.62 | 284314.62 | 2/17/2006 21:40 |
| [000245S] San_Weekly_PV136T_64 | San_Weekly_PV136T | 400353.81 | 400353.81 | 2/19/2006 17:09 |
| [000329S] San_Daily_PV136T_99 | San_Daily_PV136T | 258752.62 | 258752.62 | 2/20/2006 18:08 |
| [000333S] San_Daily_PV136T_102 | San_Daily_PV136T | 181.06 | 102400 | 2/20/2006 21:50 |
| [000326S] San_Daily_PV136T_110 | San_Daily_PV136T | 254095.44 | 254095.44 | 2/21/2006 18:08 |
| [000444S] San_Daily_PV136T_112 | San_Daily_PV136T | 272838.81 | 272838.81 | 2/21/2006 21:40 |
| [000447S] San_Daily_PV136T_116 | San_Daily_PV136T | 107773.94 | 107773.94 | 2/22/2006 9:10 |
| [000424S] San_Daily_PV136T_121 | San_Daily_PV136T | 259416.19 | 259416.19 | 2/22/2006 18:08 |

**Server: NANTAHALA**

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| [000432S] San_Daily_PV136T_124 | San_Daily_PV136T | 262487.62 | 262487.62 | 2/22/2006 21:39 |
| [000435S] San_Daily_PV136T_127 | San_Daily_PV136T | 133470.44 | 133470.44 | 2/23/2006 12:46 |
| [000421S] San_Daily_PV136T_135 | San_Daily_PV136T | 259334.25 | 259334.25 | 2/23/2006 18:08 |
| [000994S] San_Daily_PV136T_137 | San_Daily_PV136T | 261663.81 | 261663.81 | 2/23/2006 21:35 |
| [0009889S] San_Daily_PV136T_142 | San_Daily_PV136T | 583464.94 | 583464.94 | 2/24/2006 4:22 |
| [000441S] San_Weekly_PV136T_72 | San_Weekly_PV136T | 256958.12 | 256958.12 | 2/24/2006 18:09 |
| [000467S] San_Weekly_PV136T_74 | San_Weekly_PV136T | 266305.31 | 266305.31 | 2/24/2006 21:44 |
| [000425S] San_Weekly_PV136T_78 | SAN_Monthly | 372683.56 | 372683.56 | 2/26/2006 3:59 |
| [000501S] San_Daily_PV136T_156 | San_Daily_PV136T | 259648.75 | 259648.75 | 2/27/2006 18:09 |
| [000458S] San_Daily_PV136T_158 | San_Daily_PV136T | 271294.38 | 271294.38 | 2/27/2006 21:44 |
| [000504S] San_Daily_PV136T_162 | San_Daily_PV136T | 138679.56 | 138679.56 | 2/28/2006 11:03 |
| [000498S] San_Daily_PV136T_168 | San_Daily_PV136T | 259255.31 | 259255.31 | 2/28/2006 18:08 |
| [000494S] San_Daily_PV136T_172 | San_Daily_PV136T | 270284.06 | 270284.06 | 2/28/2006 21:41 |
| [000497S] San_Daily_PV136T_175 | San_Daily_PV136T | 60321.25 | 102400 | 3/1/2006 5:01 |
| [000485S] San_Daily_PV136T_183 | San_Daily_PV136T | 286444.94 | 286444.94 | 3/1/2006 19:36 |
| [000487S] San_Daily_PV136T_188 | San_Daily_PV136T | 264053.44 | 264053.44 | 3/1/2006 22:56 |
| [000478S] San_Daily_PV136T_191 | San_Daily_PV136T | 108974.19 | 108974.19 | 3/2/2006 9:32 |
| [000529S] San_Daily_PV136T_200 | San_Daily_PV136T | 258821.56 | 258821.56 | 3/2/2006 18:08 |
| [000525S] San_Daily_PV136T_202 | San_Daily_PV136T | 270342 | 270342 | 3/2/2006 21:44 |
| [000522S] San_Daily_PV136T_205 | San_Daily_PV136T | 86912.19 | 102400 | 3/3/2006 7:17 |
| [000516S] San_Weekly_PV136T_88 | San_Weekly_PV136T | 255334.5 | 255334.5 | 3/3/2006 18:08 |
| [0005006S] San_Weekly_PV136T_90 | San_Weekly_PV136T | 270366.19 | 270366.19 | 3/3/2006 21:36 |
| [000533S] San_Weekly_PV136T_94 | San_Weekly_PV136T | 411787.88 | 411787.88 | 3/5/2006 19:03 |

**Media Located - Not Cataloged**

Nantahala-EOM 05/04
Nantahala-EOM 04/04
Nantahala-EOM 03/04
Nantahala-EOM 02/04
Nantahala-EOM 08/04
Nantahala-EOM 06/04
Nantahala-08/13/04
Nantahala-EOM 07/04

**Server: IMPERIAL**

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| [000673S] SAN_Default_PV136T_226 | SAN_Monthly | 215441.5 | 215441.5 | 5/1/2005 1:08 |
| [000637S] SAN_Default_PV136T_339 | SAN_Monthly | 223822.5 | 223822.5 | 5/27/2005 18:05 |
| [000040S] SAN_Default_PV132T_3 | SAN_Monthly | 223077.88 | 223077.88 | 5/28/2005 2:03 |
| [000171S] SAN_Default_PV136T_409 | SAN_Monthly | 226504.94 | 226504.94 | 7/1/2005 18:05 |
| [000104S] SAN_Default_PV136T_63 | SAN_Monthly | 215745.94 | 215745.94 | 7/2/2005 2:06 |
| [000635S] SAN_Default_PV136T_480 | SAN_Monthly | 226330.12 | 226330.12 | 7/29/2005 18:05 |
| [000190S] San_Daily_PV136T_7 | SAN_Monthly | 214783.19 | 214783.19 | 7/30/2005 2:06 |
| [000188S] SAN_Default_PV136T_487 | Free SuperDLT | 224276.38 | 224276.38 | 8/5/2005 18:05 |
| [000142S] SAN_Default_PV136T_562 | Free SuperDLT | 44484.88 | 102400 | 8/22/2005 22:49 |
| [000224S] SAN_Default_PV136T_580 | Free SuperDLT | 166430.62 | 166430.62 | 8/25/2005 19:36 |
| [000741S] SAN_Default_PV136T_583 | SAN_Monthly | 231758.69 | 231758.69 | 8/26/2005 18:06 |
| [000744S] SAN_Default_PV136T_585 | SAN_Monthly | 328544.12 | 328544.12 | 8/28/2005 5:05 |
| [000654S] SAN_Default_PV136T_704 | Free SuperDLT | 416.19 | 102400 | 9/16/2005 21:15 |
| [000766S] San_Weekly_PV136T_21 | SAN_Monthly | 235763.12 | 235763.12 | 9/30/2005 21:07 |
| [000772S] San_Weekly_PV136T_23 | SAN_Monthly | 198951.56 | 198951.56 | 10/1/2005 2:59 |
| [000674S] San_Weekly_PV136T_16 | Free SuperDLT | 236951.75 | 236951.75 | 10/7/2005 18:05 |
| [000175S] SAN_Default_PV136T_664 | SAN_Monthly | 243106.75 | 243106.75 | 10/28/2005 18:06 |
| [000234S] SAN_Default_PV136T_343 | SAN_Monthly | 264032.19 | 264032.19 | 10/29/2005 20:33 |
| [000177S] San_Daily_PV136T_18 | Free SuperDLT | 255376.56 | 255376.56 | 11/4/2005 18:07 |
| [000641S] SAN_Default_PV132T_84 | Free SuperDLT | 201217.56 | 201217.56 | 11/5/2005 2:03 |
| [000382S] SAN_Default_PV136T_748 | Free SuperDLT | 265589.75 | 265589.75 | 11/13/2005 14:12 |
| [000381S] SAN_Default_PV136T_744 | Free SuperDLT | 128395.62 | 349667.25 | 11/13/2005 17:25 |
| [000099S] SAN_Default_PV136T_555 | Free SuperDLT | 266446.12 | 266446.12 | 11/18/2005 18:05 |
| [000378S] SAN_Default_PV136T_554 | Free SuperDLT | 276255.88 | 276255.88 | 11/20/2005 12:06 |
| [000812S] SAN_Default_PV136T_192 | Free SuperDLT | 306462.38 | 306462.38 | 11/23/2005 18:06 |
| [000784S] SAN_Default_PV136T_787 | Free SuperDLT | 182751.44 | 254329 | 11/24/2005 2:15 |
| [000797S] SAN_Default_PV136T_437 | SAN_Monthly | 259479.69 | 259479.69 | 11/25/2005 18:05 |
| [000216S] SAN_Default_PV136T_691 | SAN_Monthly | 233621.5 | 233621.5 | 11/26/2005 12:45 |
| [000907S] San_Weekly_PV136T_34 | San_Weekly_PV136T | 264270.25 | 264270.25 | 12/2/2005 18:07 |
| [000089S] SAN_Default_PV136T_127 | San_Weekly_PV136T | 242308.69 | 242308.69 | 12/3/2005 14:10 |
| [000733S] SAN_Default_PV136T_570 | San_Weekly_PV136T | 393194.69 | 393194.69 | 12/9/2005 18:07 |
| [000923S] Free SuperDLT_16 | San_Weekly_PV136T | 257122 | 257122 | 12/9/2005 19:02 |
| [000920S] Free SuperDLT_17 | San_Weekly_PV136T | 263497.31 | 263497.31 | 12/10/2005 18:35 |
| [000291S] San_Weekly_PV136T_37 | San_Weekly_PV136T | 263550.25 | 263550.25 | 12/16/2005 18:07 |
| [000283S] San_Weekly_PV136T_41 | San_Weekly_PV136T | 224849.25 | 224849.25 | 12/17/2005 2:47 |

**Server: IMPERIAL**

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| [000011S] SAN_Default_PV136T_830 | San_Weekly_PV136T | 258998.56 | 258998.56 | 12/23/2005 18:07 |
| [000880S] SAN_Default_PV136T_835 | San_Weekly_PV136T | 247207.56 | 247207.56 | 12/25/2005 2:03 |
| [000201S] SAN_Default_PV136T_695 | San_Weekly_PV136T | 258796.69 | 258796.69 | 12/29/2005 18:07 |
| [000107S] SAN_Default_PV136T_699 | San_Weekly_PV136T | 235360.88 | 235360.88 | 12/30/2005 22:31 |
| [000653S] SAN_Default_PV136T_250 | Free SuperDLT | 444716.94 | 444716.94 | 1/5/2006 18:07 |
| [000950S] Free SuperDLT_29 | Free SuperDLT | 241643.06 | 241643.06 | 1/5/2006 19:56 |
| [000162S] SAN_Default_PV136T_563 | Free SuperDLT | 453975.19 | 453975.19 | 1/7/2006 1:04 |
| [000952S] San_Weekly_PV136T_43 | San_Weekly_PV136T | 252521.81 | 252521.81 | 1/6/2006 18:08 |
| [000941S] San_Weekly_PV136T_47 | San_Weekly_PV136T | 199703 | 199703 | 1/8/2006 0:04 |
| [000364S] SAN_Default_PV136T_559 | Free SuperDLT | 365841.88 | 365841.88 | 1/9/2006 18:07 |
| [007337S] SAN_Default_PV136T_596 | Free SuperDLT | 235848.31 | 235848.31 | 1/9/2006 20:16 |
| [000038S] SAN_Default_PV136T_314 | Free SuperDLT | 467225.38 | 467225.38 | 1/10/2006 22:28 |
| [007712S] SAN_Default_PV136T_492 | Free SuperDLT | 258310.19 | 258310.19 | 1/10/2006 18:06 |
| [000826S] SAN_Default_PV136T_609 | Free SuperDLT | 207648.88 | 348268.69 | 1/11/2006 6:12 |
| [000079S] SAN_Default_PV136T_627 | Free SuperDLT | 322937.56 | 322937.56 | 1/12/2006 18:07 |
| [000254S] SAN_Default_PV136T_363 | Free SuperDLT | 225307.75 | 225307.75 | 1/13/2006 5:06 |
| [000385S] SAN_Default_PV136T_747 | San_Weekly_PV136T | 254480.25 | 254480.25 | 1/13/2006 18:06 |
| [000148S] SAN_Default_PV136T_729 | San_Weekly_PV136T | 238974.06 | 238974.06 | 1/15/2006 0:08 |
| [000360S] SAN_Default_PV136T_376 | Free SuperDLT | 108052.44 | 218397 | 1/17/2006 18:08 |
| [000683S] SAN_Default_PV136T_541 | Free SuperDLT | 222926.06 | 261548.69 | 1/18/2006 5:54 |
| [000830S] SAN_Default_PV136T_550 | Free SuperDLT | 256133.5 | 256133.5 | 1/18/2006 18:08 |
| [000911S] Free SuperDLT_7 | Free SuperDLT | 251901.25 | 251901.25 | 1/19/2006 18:08 |
| [000913S] Free SuperDLT_9 | Free SuperDLT | 257335.12 | 257335.12 | 1/20/2006 11:03 |
| [000084S] SAN_Default_PV136T_425 | San_Weekly_PV136T | 255275.25 | 255275.25 | 1/20/2006 18:07 |
| [000384S] SAN_Default_PV136T_502 | San_Weekly_PV136T | 241049.69 | 241049.69 | 1/22/2006 2:04 |
| [000937S] San_Daily_PV136T_61 | Free SuperDLT | 251958.5 | 251958.5 | 1/23/2006 18:08 |
| [000928S] San_Daily_PV136T_65 | Free SuperDLT | 266112.56 | 266112.56 | 1/24/2006 15:37 |
| [000600S] SAN_Default_PV136T_209 | Free SuperDLT | 251985.25 | 251985.25 | 1/24/2006 18:08 |
| [000055S] SAN_Default_PV136T_432 | Free SuperDLT | 196908.44 | 212509.62 | 1/24/2006 22:17 |
| [000018S] SAN_Default_PV136T_151 | Free SuperDLT | 256563.5 | 256563.5 | 1/25/2006 18:08 |
| [000290S] San_Daily_PV136T_39 | Free SuperDLT | 195322.31 | 259150.94 | 1/25/2006 22:34 |
| [000295S] San_Daily_PV136T_45 | Free SuperDLT | 321883.12 | 321883.12 | 1/26/2006 18:08 |
| [000717S] SAN_Default_PV136T_666 | Free SuperDLT | 208435.75 | 223016.44 | 1/26/2006 21:28 |
| [003302S] Free SuperDLT_19 | San_Weekly_PV136T | 256237.31 | 256237.31 | 1/27/2006 18:07 |
| [000311S] San_Weekly_PV136T_53 | San_Weekly_PV136T | 218019.19 | 218019.19 | 1/29/2006 0:09 |

**Server: IMPERIAL**

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| [000725S] SAN_Default_PV136T_645 | Free SuperDLT | 324658.25 | 324658.25 | 1/30/2006 18:08 |
| [000409S] Free SuperDLT_36 | Free SuperDLT | 223363.56 | 223363.56 | 1/30/2006 21:37 |
| [000416S] Free SuperDLT_39 | San_Daily_PV136T | 344709.88 | 344709.88 | 2/1/2006 8:21 |
| [000217S] SAN_Default_PV136T_31 | San_Daily_PV136T | 324380.06 | 324380.06 | 1/31/2006 18:08 |
| [000215S] SAN_Default_PV136T_725 | San_Daily_PV136T | 225484.19 | 225484.19 | 1/31/2006 21:33 |
| [000050S] SAN_Default_PV136T_717 | San_Daily_PV136T | 335567.56 | 335567.56 | 2/2/2006 8:22 |
| [000418S] SAN_Default_PV136T_850 | San_Daily_PV136T | 627.62 | 102400 | 2/1/2006 18:16 |
| [000417S] SAN_Default_PV136T_851 | San_Daily_PV136T | 219308.19 | 219308.19 | 2/1/2006 18:29 |
| [000131S] SAN_Default_PV136T_709 | San_Daily_PV136T | 339411.69 | 339411.69 | 2/2/2006 18:09 |
| [000350S] SAN_Default_PV136T_282 | San_Daily_PV136T | 230786.19 | 230786.19 | 2/2/2006 21:10 |
| [000636S] SAN_Default_PV136T_728 | San_Daily_PV136T | 66884 | 261175.5 | 2/3/2006 12:02 |
| [000723S] SAN_Default_PV136T_633 | San_Weekly_PV136T | 287474.5 | 287474.5 | 2/3/2006 18:07 |
| [000829S] SAN_Default_PV136T_735 | San_Weekly_PV136T | 221763.62 | 221763.62 | 2/3/2006 21:48 |
| [000121S] SAN_Default_PV136T_662 | San_Weekly_PV136T | 21001.88 | 261246.62 | 2/4/2006 6:17 |
| [000577S] SAN_Default_PV136T_216 | San_Daily_PV136T | 323380.88 | 323380.88 | 2/6/2006 18:08 |
| [000051S] SAN_Default_PV136T_155 | San_Daily_PV136T | 229588.06 | 229588.06 | 2/6/2006 21:30 |
| [000671S] SAN_Default_PV136T_756 | San_Daily_PV136T | 259412.06 | 259412.06 | 2/7/2006 18:08 |
| [000146S] SAN_Default_PV136T_247 | San_Daily_PV136T | 228805.19 | 228805.19 | 2/7/2006 21:33 |
| [000756S] SAN_Default_PV136T_651 | San_Daily_PV136T | 316780.5 | 316780.5 | 2/8/2006 18:08 |
| [000132S] SAN_Default_PV136T_635 | San_Daily_PV136T | 239737.69 | 239737.69 | 2/8/2006 20:52 |
| [000159S] SAN_Default_PV136T_518 | San_Daily_PV136T | 295430.06 | 486936.31 | 2/10/2006 8:12 |
| [000192S] SAN_Default_PV136T_757 | San_Daily_PV136T | 346574.88 | 346574.88 | 2/10/2006 18:08 |
| [000388S] SAN_Default_PV136T_521 | San_Daily_PV136T | 256568.94 | 256568.94 | 2/9/2006 19:52 |
| [000170S] SAN_Default_PV136T_65 | San_Daily_PV136T | 105460.56 | 218763.62 | 2/10/2006 2:58 |
| [000129S] SAN_Default_PV136T_143 | San_Weekly_PV136T | 256244.06 | 256244.06 | 2/10/2006 18:08 |
| [000832S] SAN_Default_PV136T_766 | San_Weekly_PV136T | 217979.56 | 217979.56 | 2/10/2006 22:30 |
| [000377S] SAN_Default_PV136T_553 | San_Weekly_PV136T | 0 | 217125.38 | 2/11/2006 13:05 |
| [000401S] San_Daily_PV136T_74 | San_Daily_PV136T | 257351.56 | 257351.56 | 2/13/2006 18:09 |
| [000394S] San_Daily_PV136T_79 | San_Daily_PV136T | 223554.06 | 223554.06 | 2/14/2006 7:26 |
| [000292S] San_Daily_PV136T_49 | San_Daily_PV136T | 423171.75 | 423171.75 | 2/14/2006 18:10 |
| [000960S] Free SuperDLT_47 | San_Daily_PV136T | 257783.44 | 257783.44 | 2/14/2006 20:13 |
| [000956S] Free SuperDLT_45 | San_Daily_PV136T | 113451.62 | 113451.62 | 2/15/2006 8:09 |
| [000972S] Free SuperDLT_55 | San_Daily_PV136T | 252154.75 | 252154.75 | 2/15/2006 18:08 |
| [000953S] Free SuperDLT_53 | San_Daily_PV136T | 219126.75 | 219126.75 | 2/15/2006 22:43 |
| [000376S] SAN_Default_PV136T_551 | San_Daily_PV136T | 270248.25 | 270248.25 | 2/17/2006 2:26 |

**Server: IMPERIAL**

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| [000986S] San_Daily_PV136T_84 | San_Daily_PV136T | 256845.5 | 256845.5 | 2/16/2006 18:09 |
| [000987S] San_Daily_PV136T_87 | San_Daily_PV136T | 227896.25 | 227896.25 | 2/17/2006 8:09 |
| [000782S] San_Weekly_PV136T_57 | San_Weekly_PV136T | 259432.62 | 259432.62 | 2/17/2006 18:09 |
| [002442S] San_Weekly_PV136T_61 | San_Weekly_PV136T | 221116.19 | 221116.19 | 2/17/2006 22:37 |
| [000251S] San_Weekly_PV136T_66 | San_Weekly_PV136T | 0 | 102400 | 2/18/2006 7:16 |
| [000335S] San_Daily_PV136T_98 | San_Daily_PV136T | 255917.5 | 255917.5 | 2/20/2006 18:09 |
| [000332S] San_Daily_PV136T_103 | San_Daily_PV136T | 222791.31 | 222791.31 | 2/20/2006 22:24 |
| [000872S] SAN_Default_PV136T_814 | San_Daily_PV136T | 15287.12 | 102400 | 2/21/2006 6:14 |
| [000325S] San_Daily_PV136T_109 | San_Daily_PV136T | 255048.62 | 255048.62 | 2/21/2006 18:08 |
| [000445S] San_Daily_PV136T_113 | San_Daily_PV136T | 221832.38 | 221832.38 | 2/21/2006 22:35 |
| [000439S] San_Daily_PV136T_117 | San_Daily_PV136T | 15906.69 | 102400 | 2/22/2006 6:39 |
| [000430S] San_Daily_PV136T_120 | San_Daily_PV136T | 255327.69 | 255327.69 | 2/22/2006 18:10 |
| [000433S] San_Daily_PV136T_125 | San_Daily_PV136T | 220888.44 | 220888.44 | 2/22/2006 22:42 |
| [000437S] San_Daily_PV136T_129 | San_Daily_PV136T | 19743 | 102400 | 2/23/2006 6:24 |
| [000995S] San_Daily_PV136T_134 | San_Daily_PV136T | 257050.31 | 257050.31 | 2/23/2006 18:08 |
| [000993S] San_Daily_PV136T_138 | San_Daily_PV136T | 222117.88 | 222117.88 | 2/23/2006 22:15 |
| [000988S] San_Daily_PV136T_143 | San_Daily_PV136T | 88272.31 | 102400 | 2/24/2006 9:57 |
| [000464S] San_Weekly_PV136T_71 | San_Weekly_PV136T | 258535.75 | 258535.75 | 2/24/2006 18:08 |
| [000463S] San_Weekly_PV136T_75 | San_Weekly_PV136T | 222786.19 | 222786.19 | 2/24/2006 22:25 |
| [000999S] San_Weekly_PV136T_80 | San_Weekly_PV136T | 0 | 102400 | 2/25/2006 7:30 |
| [000451S] San_Daily_PV136T_154 | San_Daily_PV136T | 256599.88 | 256599.88 | 2/27/2006 18:09 |
| [000450S] San_Daily_PV136T_159 | San_Daily_PV136T | 224296.44 | 224296.44 | 2/27/2006 22:19 |
| [000503S] San_Daily_PV136T_163 | San_Daily_PV136T | 32316.69 | 102400 | 2/28/2006 7:53 |
| [000492S] San_Daily_PV136T_169 | San_Daily_PV136T | 256525 | 256525 | 2/28/2006 18:09 |
| [000495S] San_Daily_PV136T_173 | San_Daily_PV136T | 223556 | 223556 | 2/28/2006 22:20 |
| [000475S] San_Daily_PV136T_177 | San_Daily_PV136T | 31376.44 | 102400 | 3/1/2006 7:56 |
| [000481S] San_Daily_PV136T_184 | San_Daily_PV136T | 257993.88 | 257993.88 | 3/1/2006 18:10 |
| [000488S] San_Daily_PV136T_187 | San_Daily_PV136T | 224640.75 | 224640.75 | 3/1/2006 22:14 |
| [000479S] San_Daily_PV136T_192 | San_Daily_PV136T | 85915.5 | 102400 | 3/2/2006 9:05 |
| [000512S] San_Daily_PV136T_198 | San_Daily_PV136T | 255387.19 | 255387.19 | 3/2/2006 18:08 |
| [000524S] San_Daily_PV136T_203 | San_Daily_PV136T | 226051.12 | 226051.12 | 3/2/2006 22:14 |
| [000521S] San_Daily_PV136T_206 | San_Daily_PV136T | 68104.06 | 102400 | 3/3/2006 8:20 |
| [005518S] San_Weekly_PV136T_87 | San_Weekly_PV136T | 259853.75 | 259853.75 | 3/3/2006 18:07 |
| [000507S] San_Weekly_PV136T_91 | San_Weekly_PV136T | 225159.62 | 225159.62 | 3/3/2006 22:22 |
| [000511S] San_Weekly_PV136T_93 | San_Weekly_PV136T | 510667 | 510667 | 3/5/2006 18:06 |

**Server: IMPERIAL**

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| Media Located – Not Cataloged | | | | |
| Imperial EOM 06/2004 | | | | |
| Imperial EOM 11/2004 | | | | |
| Imperial EOM 12/2004 | | | | |
| Imperial EOM 01/2005 | | | | |

**Server: CALOOSA**

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| Caloosa2:SDLT_6 | Caloosa2:SDLT | 563881.25 | 563881.25 | 4/1/2005 19:04 |
| Caloosa2:SDLT_25 | Caloosa2:SDLT | 510209.75 | 510209.75 | 4/29/2005 22:35 |
| Caloosa2:SDLT_15 | Caloosa2:SDLT | 545643.31 | 545643.31 | 5/27/2005 22:35 |
| Caloosa2:SDLT_17 | Caloosa2:SDLT | 432971.12 | 492879.56 | 6/1/2005 22:42 |
| Caloosa2:SDLT_16 | Caloosa2:SDLT | 400376.62 | 491814.62 | 6/2/2005 22:41 |
| Caloosa2:SDLT_9 | Caloosa2:SDLT | 565820.94 | 565820.94 | 7/11/2005 22:34 |
| Caloosa2:SDLT_27 | Caloosa2:SDLT | 567257.75 | 567257.75 | 7/29/2005 22:34 |
| Caloosa2:SDLT_36 | Caloosa2:SDLT | 606924.94 | 606924.94 | 8/26/2005 22:34 |
| Caloosa2:SDLT_11 | Caloosa2:SDLT | 643087 | 643087 | 9/30/2005 22:34 |
| Caloosa2:SDLT_40 | Caloosa2:SDLT | 680583.31 | 680583.31 | 10/28/2005 22:34 |
| Caloosa2:SDLT_41 | Caloosa2:SDLT | 656797.44 | 656797.44 | 11/4/2005 22:34 |
| Caloosa2:SDLT_35 | Caloosa2:SDLT | 665954.69 | 665954.69 | 11/13/2005 14:09 |
| Caloosa2:SDLT_46 | Caloosa2:SDLT | 644840 | 644840 | 11/18/2005 19:04 |
| Caloosa2:SDLT_12 | Caloosa2:SDLT | 653869.81 | 918928.94 | 11/23/2005 20:34 |
| Caloosa2:SDLT_33 | Caloosa2:SDLT | 653693.25 | 653693.25 | 12/2/2005 20:34 |
| Caloosa2:SDLT_51 | Caloosa2:SDLT | 656500.62 | 672001.62 | 12/9/2005 20:34 |
| Caloosa2:SDLT_19 | Caloosa2:SDLT | 659229.56 | 659229.56 | 12/16/2005 20:34 |
| Caloosa2:SDLT_42 | Caloosa2:SDLT | 666279.19 | 686434.06 | 12/23/2005 20:38 |
| Caloosa2:SDLT_13 | Caloosa2:SDLT | 644553.06 | 644553.06 | 12/29/2005 20:36 |
| Caloosa2:SDLT_31 | Caloosa2:SDLT | 644189.38 | 644189.38 | 1/4/2006 20:36 |
| Caloosa2:SDLT_23 | Caloosa2:SDLT | 736393.75 | 736393.75 | 1/13/2006 20:37 |
| Caloosa2:SDLT_1 | Caloosa2:SDLT | 656207 | 656207 | 1/6/2006 20:36 |
| Caloosa2:SDLT_37 | Caloosa2:SDLT | 648110.12 | 655097.56 | 1/9/2006 20:36 |
| Caloosa2:SDLT_43 | Caloosa2:SDLT | 671025.12 | 671025.12 | 1/11/2006 20:36 |
| Caloosa2:SDLT_10 | Caloosa2:SDLT | 728353.06 | 728353.06 | 1/16/2006 20:39 |
| Caloosa2:SDLT_50 | Caloosa2:SDLT | 664586.75 | 664586.75 | 1/17/2006 20:39 |
| Caloosa2:SDLT_34 | Caloosa2:SDLT | 655782.44 | 668645.81 | 1/18/2006 20:36 |
| Caloosa2:SDLT_30 | Caloosa2:SDLT | 655667.75 | 655667.75 | 1/19/2006 20:36 |
| Caloosa2:SDLT_14 | Caloosa2:SDLT | 668415.75 | 740025 | 1/20/2006 20:36 |
| Caloosa2:SDLT_7 | Caloosa2:SDLT | 657072.5 | 657072.5 | 1/23/2006 20:36 |
| Caloosa2:SDLT_38 | Caloosa2:SDLT | 281434.69 | 656553.5 | 1/25/2006 8:54 |
| Caloosa2:SDLT_3 | Caloosa2:SDLT | 658322.81 | 658322.81 | 1/25/2006 20:36 |
| Caloosa2:SDLT_28 | Caloosa2:SDLT | 657422.12 | 667353 | 1/26/2006 20:37 |
| Caloosa2:SDLT_5 | Caloosa2:SDLT | 676315.62 | 700186.88 | 1/27/2006 20:36 |
| Caloosa2:SDLT_18 | Caloosa2:SDLT | 657908.25 | 662464.81 | 1/30/2006 20:36 |

Server: CALOOSA

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| Caloosa2:SDLT_32 | Caloosa2:SDLT | 667058.69 | 667058.69 | 1/31/2006 20:36 |
| Caloosa2:SDLT_22 | Caloosa2:SDLT | 199438.62 | 662361.25 | 2/2/2006 9:50 |
| Caloosa2:SDLT_45 | Caloosa2:SDLT | 662223.31 | 662223.31 | 2/2/2006 20:36 |
| Caloosa2:SDLT_24 | Caloosa2:SDLT | 685851.19 | 685851.19 | 2/3/2006 20:36 |
| Caloosa2:SDLT_8 | Caloosa2:SDLT | 673244.06 | 673244.06 | 2/6/2006 20:36 |
| Caloosa2:SDLT_21 | Caloosa2:SDLT | 685425 | 685425 | 2/7/2006 20:36 |
| Caloosa2:SDLT_26 | Caloosa2:SDLT | 689555.75 | 689555.75 | 2/8/2006 20:36 |
| Caloosa2:SDLT_29 | Caloosa2:SDLT | 688464.94 | 688464.94 | 2/9/2006 20:36 |
| Caloosa2:SDLT_49 | Caloosa2:SDLT | 691041.62 | 691041.62 | 2/10/2006 20:37 |
| Caloosa2:SDLT_48 | Caloosa2:SDLT | 686746.56 | 686746.56 | 2/13/2006 20:37 |
| Caloosa2:SDLT_52 | Caloosa2:SDLT | 694931.31 | 694931.31 | 2/14/2006 20:37 |
| Caloosa2:SDLT_53 | Caloosa2:SDLT | 685089.38 | 685089.38 | 2/15/2006 20:37 |
| Caloosa2:SDLT_54 | Caloosa2:SDLT | 693284.19 | 693284.19 | 2/16/2006 20:37 |
| Caloosa2:SDLT_47 | Caloosa2:SDLT | 700241 | 700241 | 2/17/2006 20:37 |
| Caloosa2:SDLT_39 | Caloosa2:SDLT | 701071.81 | 701071.81 | 2/20/2006 20:36 |
| Caloosa2:SDLT_55 | Caloosa2:SDLT | 702989.81 | 702989.81 | 2/21/2006 20:36 |
| Caloosa2:SDLT_57 | Caloosa2:SDLT | 704128.25 | 704128.25 | 2/22/2006 20:40 |
| Caloosa2:SDLT_58 | Caloosa2:SDLT | 223057.25 | 223057.25 | 2/24/2006 8:33 |
| Caloosa2:SDLT_60 | Caloosa2:SDLT | 708432 | 708432 | 2/24/2006 20:36 |
| Caloosa2:SDLT_61 | Caloosa2:SDLT | 707136.69 | 707136.69 | 2/27/2006 20:36 |
| Caloosa2:SDLT_62 | Caloosa2:SDLT | 704240.56 | 704240.56 | 2/28/2006 20:36 |
| Caloosa2:SDLT_63 | Caloosa2:SDLT | 698009.75 | 698009.75 | 3/1/2006 20:36 |
| Caloosa2:SDLT_64 | Caloosa2:SDLT | 696124 | 696124 | 3/2/2006 20:36 |
| Caloosa2:SDLT_44 | Caloosa2:SDLT | 700127.06 | 700127.06 | 3/3/2006 20:36 |
| Media Located – Not Catalogued | | | | |
| Caloosa-EOM 05/04 | | | | |
| Caloosa-EOM 04/04 | | | | |
| Caloosa-EOM 3/04 | | | | |
| Caloosa-EOM 2/04 | | | | |
| Caloosa-EOM 10/03 | | | | |
| Caloosa-EOM 7/04 | | | | |
| Caloosa-EOM 6/04 | | | | |
| Caloosa-EOM 1/05 | | | | |
| Caloosa-EOM 1/05 | | | | |
| Caloosa-EOM 12/04 | | | | |

**Server: CALOOSA**

| Label | Pool Name | Used [MB] | Total [MB] | Last Used |
|---|---|---|---|---|
| Caloosa-EOM 11/04 | | | | |
| Caloosa-EOM 10/04 | | | | |
| Caloosa-EOM 9/04 | | | | |
| Caloosa-EOM 8/04 | | | | |

**Server: NILE**

| Media Located - Not Catalogued |
|---|
| Nile   EOM 04/2004 |
| Nile   EOM 06/2004 |
| Nile   EOM 11/2004 |
| Nile   EOM 01/2005 |

*Server was retired January 2005*