IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>    *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is GRANTED. And it is further

ORDERED that Plaintiff shall respond to Defendant's Opposition to Plaintiff's Motion to Compel Production of Documents on or before March 28, 2006.

Date: _____

_____
HON. JOHN GARRETT PENN
United States District Judge