IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, | ) ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No. 1:05CV01039 (JGP) ) |
| SOURCE INTERLINK COMPANIES, INC., | ) ) ) |
| *Defendant*. | ) ) |

MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS IMPLIED CONTRACT CLAIMS

Because new information has come to light that is directly relevant to, and dispositive of, Defendant's Motion to Dismiss Implied Contract Claims, Plaintiff moves for leave to supplement its Opposition to that motion with a brief supplemental memorandum, a copy of which is attached hereto as Exhibit A.

Respectfully submitted,

  /s/   Matthew D. Schwartz
Matthew D. Schwartz (D.C. Bar No. 436619)
Allison Sinoski (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600
 Washington, D.C.  20006-1167
 (202) 585-6900 (telephone)
 (202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky*
*d/b/a Ironbound Partners*

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2006, a true and correct copy of the foregoing Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion to Dismiss Implied Contract Claims was mailed electronically through CM/ECF to:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C.  20006

/s/    Allison Sinoski