IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>*Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>*Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

ORDER

Upon consideration of Plaintiff's Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion to Dismiss Implied Contract Claims, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.

_____

Date: _____        HON. JOHN GARRETT PENN
United States District Judge