IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN LEDECKY d/b/a IRONBOUND     )
PARTNERS,                            )
                                     )
            Plaintiff,               )
                                     )         Case No. 1:05CV01039 (JGP)
      v.                             )
                                     )
SOURCE INTERLINK COMPANIES, INC.,    )
                                     )
            Defendant.               )
_____)

**DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S**
**REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER**

Defendant Source Interlink Companies, Inc. ("Source") respectfully submits its Reply

Memorandum in Support of its Motion for Protective Order.

Plaintiff's Opposition to Source's motion refers the Court to the arguments stated in

pages 12-17 of his Memorandum in Support of his Motion to Compel Production of Documents

(Exhibit A to Plaintiff's Opposition). Because Source has already fully responded to each of

these arguments in Section Three, Subsection A (pp. 19-23) of its Memorandum in Opposition to

Plaintiff's Motion to Compel Production of Documents, Source respectfully refers the Court to

this pleading, which is attached hereto as **Exhibit H**, rather than repeat its arguments here.

## CONCLUSION

For the foregoing reasons and reasons stated in its original brief, Source respectfully requests that the Court grant its Motion for Protective Order.


Respectfully submitted,

/s/ Kevin E. Stern                    .
C. Allen Foster (Bar No. 411662)
Kevin E. Stern (Bar No. 459214)
Maria Hallas (Bar No. 436529)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006
Tel:  (202) 331-3100
Fax:  (202) 331-3101

*Counsel for Defendant Source Interlink
Companies, Inc.*

Dated:  March 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2006, I caused a true and correct copy of the foregoing to be served by electronic mail through CM/ECF on the following persons:


Matthew D. Schwartz, Esq.
Allison Sinoski, Esq.
THOMPSON COBURN, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006


/s/ Julie Lee        .
 Julie Lee