IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>    *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS IMPLIED CONTRACT CLAIMS

In its Reply in support of its Motion to Dismiss, Source raises new arguments that were not addressed in its opening memorandum. Specifically, Source has added arguments regarding (1) the effect of the Agreement's integration clause and (2) whether Jonathan Ledecky has standing to enforce the Agreement. As such, Ironbound seeks leave to file a brief surreply to address these new arguments. A copy of that surreply is attached hereto as Exhibit A.

Respectfully submitted,

   /s/   Matthew D. Schwartz
Matthew D. Schwartz (D.C. Bar No. 436619)
Allison Sinoski (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a
Ironbound Partners*

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2006, a true and correct copy of the foregoing Motion for Leave to File Surreply in Opposition to Defendant's Motion to Dismiss Implied Contract Claims, was mailed electronically through CM/ECF to:

>    Kevin E. Stern
>    C. Allen Foster
>    Maria Hallas
>    GREENBERG TRAURIG, LLP
>    800 Connecticut Ave., N.W.
>    Suite 500
>    Washington, D.C.  20006


    /s/   Allison Sinoski