IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, ) ) ) ) *Plaintiff*, ) ) v. ) ) SOURCE INTERLINK COMPANIES, INC., ) ) *Defendant*. ) ) | Civil Action No. 1:05CV01039 (JGP) |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Plaintiff Jonathan Ledecky d/b/a Ironbound Partners moves to amend the Court's Scheduling Order, filed on October 19, 2005, to provide that fact discovery may continue until May 19, 2006, rather than April 28, 2006. This amendment will not disrupt the rest of the case schedule, since the Scheduling Order already provides that expert discovery may continue until May 19, 2006. The amendment is necessary because of scheduling conflicts that have arisen in coordinating with counsel and fact witnesses in the scheduling of depositions.

Plaintiff is authorized to represent that Defendant Source Interlink Companies, Inc. does not oppose this motion.

Respectfully submitted,

   /s/   Allison Sinoski
Allison Sinoski (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600
 Washington, D.C.  20006-1167
 (202) 585-6900 (telephone)

(202) 585-6969 (facsimile)

*Attorney for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2006, a true and correct copy of the foregoing Unopposed Motion to Amend Scheduling Order was mailed electronically through CM/ECF to:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C.  20006


　　　　　　　　　　　　　　　　　　　　　/s/   Allison Sinoski