IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>    *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    *Defendant*. | Civil Action No. 1:05-CV-01039 (JGP) |

<u>ORDER</u>

Upon consideration of Plaintiff's Unopposed Motion to Amend Scheduling Order, and for good cause shown, it is hereby:

ORDERED that the parties shall complete all factual or non-expert discovery on or before May 19, 2006.

_____

Date: _____     HON. JOHN GARRETT PENN
United States District Judge