UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a <br> IRONBOUND PARTNERS <br><br> *Plaintiff,* <br><br> v. <br><br> SOURCE INTERLINK COMPANIES, INC. <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05CV01039 (JGP) <br> ) <br> ) <br> ) <br> ) <br> ) |

MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), the undersigned moves for an order admitting Jan Paul Miller, Esquire, an attorney at Thompson Coburn LLP, *pro hac vice* as counsel to represent Plaintiff Jonathan Ledecky d/b/a Ironbound Partners in this proceeding and to appear before the Court.  In support of this motion, Mr. Miller's Verified Statement of Application for Admission to Appear *Pro Hac Vice* is attached hereto as Exhibit A.

Respectfully submitted,

  /s/   Allison Sinoski
Allison Sinoski, DC Bar # 482593
THOMPSON COBURN LLP
1909 K Street, N.W., Ste. 600
Washington, DC  20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorney for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

April 18, 2006

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2006, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice*, with attachments, was mailed electronically through CM/ECF to:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C.  20006

                /s/   Allison Sinoski