UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS<br><br>*Plaintiff,*<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.<br><br>*Defendant.* | Civil Action No. 1:05CV01039 (JGP) |

### VERIFIED STATEMENT OF APPLICATION FOR ADMISSION TO APPEAR *PRO HAC VICE* OF JAN PAUL MILLER, ESQ.

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Jan Paul Miller, Esq., after first being duly sworn upon my oath, apply to be admitted *pro hac vice* as additional counsel to represent Plaintiff Jonathan Ledecky d/b/a Ironbound Partners, in this proceeding and to appear before the Court and state as follows:

1. My full name is Jan Paul Miller, Esq.

2. My office address and telephone number are Thompson Coburn LLP, One U.S. Bank Plaza, St. Louis, Missouri, 63101-1611, (314) 552-6365.

3. I am a member in good standing of the bars of the States of Illinois and Maryland and the Commonwealth of Massachusetts. I have a certificate to practice temporarily in Missouri while my application to the bar of the State of Missouri is pending. I have also been admitted to practice before the United States District Courts for the District of Maryland, the Central District of Illinois, and the Southern District of Illinois, and the Circuit Courts of Appeals for the Fourth Circuit and the Seventh Circuit.

4. I have not been the subject of disciplinary action by the bars or courts of any jurisdiction in which I have been licensed.

5. I have not been previously granted admission *pro hac vice* in this Court.

6. I am not regularly employed or engaged in the practice of law within the District of Columbia.

I HEREBY CERTIFY THAT, UNDER PENALTY OF PERJURY, THE FOREGOING INFORMATION IS TRUE AND CORRECT.

Subscribed to and sworn before me this 17th day of April, 2006.

_____
NOTARY PUBLIC

My term expires: 1-11-2010

CATHERINE A. SCHROEDER
Notary Public — Notary Seal
STATE OF MISSOURI
City of St. Louis
My Commission Expires: Jan. 11, 2010
Commission # 06516944

- 2 -