IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a <br> IRONBOUND PARTNERS, <br><br> *Plaintiff*, <br><br> v. <br><br> SOURCE INTERLINK COMPANIES, INC., <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05CV01039 (JGP) <br> ) <br> ) <br> ) <br> ) <br> ) |

<u>ORDER</u>

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice*, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.

_____
Date: _____                                HON. JOHN GARRETT PENN
                                                 United States District Judge