UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN LEDECKY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-1039 (JGP) |
| | ) | |
| **SOURCE INTERLINK COMPANIES, INC.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This comes before the Court on plaintiff's **Motion for Leave to Supplement Plaintiff's Opposition to Defendant's Motion to Dismiss Implied Contract Claims [#47]** and **Motion for Leave to File Surreply in Opposition to Defendant's Motion to Dismiss Implied Contract Claims [#51]**.  As of the undersigned date of this Order, which is more than eleven days after the both Motions were filed, defendant has not "serve[d] and file[d] a memorandum of points and authorities in opposition to the motion." LCvR7(b).  The Court will therefore "treat the motion as conceded." *Id*.  Accordingly, it is

**ORDERED** that plaintiff's Motion is **GRANTED**.

Date: April 28, 2006

JOHN GARRETT PENN
**United States District Judge**