UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS<br><br>*Plaintiff,*<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:05CV01039 (JGP) |

NOTICE OF RESOLUTION OF DISCOVERY DISPUTE

On February 22, 2006, Plaintiff filed a Motion to Compel Production of Documents. By that motion, Plaintiff moved to compel Defendant to (1) search and produce information from its computer backup tapes and other devices for storing electronic information that is responsive to Plaintiff's First Request for Production of Documents, (2) use reasonable forensic methods to recover and restore lost, deleted, or destroyed information from computer servers and hard drives and to produce such information that is responsive to Plaintiff's document requests, and (3) produce all documents responsive to Request Nos. 10, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32 of Plaintiff's First Request to Production of Documents.

Since the filing of that motion, the parties have come to an agreement relating to the first two of these three items, *i.e.*, Defendant's production of documents from computer backup tapes and other devices for storing electronic information and Defendant's use of reasonable forensic methods to recover and restore lost, deleted, or destroyed information from computer servers and hard drives. These issues are addressed in detail in Section I of Plaintiff's Memorandum in Support of its Motion to Compel Production of Documents. In an effort to prevent the Court

from spending time addressing these issues, Plaintiff provides notice that they have been resolved.

The third issue raised in Plaintiff's motion, regarding Plaintiff's motion to compel Defendant to produce all documents responsive to Request Nos. 10, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32 of Plaintiff's First Request to Production of Documents, and which is addressed in detail in Sections II and III of Plaintiff's Memorandum in Support, remains unresolved.

Respectfully submitted,

   /s/   Allison Sinoski
Allison Sinoski, DC Bar # 482593
THOMPSON COBURN LLP
1909 K Street, N.W., Ste. 600
Washington, DC  20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorney for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

Of Counsel:

Jan Paul Miller
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, Missouri  63101-1611
(314) 552-6365 (telephone)
(314) 552-7365 (facsimile)

*Attorney for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

- 3 -

CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of May, 2006, a true and correct copy of the foregoing Notice of Resolution of Discovery Dispute, was mailed electronically through CM/ECF to:

    Kevin E. Stern
    C. Allen Foster
    Maria Hallas
    GREENBERG TAURIG, LLP
    800 Connecticut Ave., N.W.
    Suite 500
    Washington, D.C. 20006

    /s/  Allison Sinoski