IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>    *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

UPON CONSENT OF COUNSEL, Plaintiff moves to amend the Scheduling Order entered on October 19, 2005 to extend the time to file dispositive motions from June 6, 2006 until June 27, 2006.  Due to the fact that depositions were completed less than two weeks ago and all deposition transcripts have not been received yet in final form, additional time is needed to prepare such motions.  Plaintiff is authorized to represent that Defendant does not oppose this motion.

Respectfully submitted,

  /s/   Allison Sinoski
Allison Sinoski (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C.  20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorney for Plaintiff Jonathan Ledecky*
*d/b/a Ironbound Partners*

- 2 -

Of Counsel:

Jan Paul Miller
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, Missouri  63101-1611
(314) 552-6365 (telephone)
(314) 552-7365 (facsimile)

*Attorney for Plaintiff Jonathan Ledecky*
*d/b/a Ironbound Partners*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2006, a true and correct copy of the foregoing Unopposed Motion to Amend Scheduling Order was mailed electronically through CM/ECF to:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C. 20006

       /s/ Allison Sinoski