IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>*Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:05-CV-01039 (JGP) |

ORDER

Upon consideration of Plaintiff's Unopposed Motion to Amend Scheduling Order, and for good cause shown, it is hereby:

ORDERED that the parties shall file dispositive motions on or before June 27, 2006.

_____

Date: _____       HON. JOHN GARRETT PENN
United States District Judge