UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a <br> IRONBOUND PARTNERS <br><br> *Plaintiff,* <br><br> v. <br><br> SOURCE INTERLINK COMPANIES, INC. <br><br> *Defendant.* | Civil Action No. 1:05CV01039 (JGP) |

### RESPONSE TO DEFENDANT'S FIRST REQUESTS FOR ADMISSION

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Jonathan Ledecky d/b/a Ironbound Partners ("Ironbound") responds to Defendant Source Interlink Companies, Inc.'s First Requests for Admission.

### General Objections

1. Ironbound objects to each request to the extent it imposes burdens or seeks information beyond that permitted by the Federal Rules of Civil Procedure.

2. The supplying of any information does not constitute a waiver of any objections that may be raised at or before trial including, without limitation, objections as to admissibility and relevance.

### Specific Responses and Objections

1. Admit that, during the 2004 calendar year, you were not licensed as a broker in the State of Florida pursuant to Chapter 475, Florida Statutes (2004).

**RESPONSE:** Plaintiff objects to this request to the extent it presumes that the Florida broker licensing laws are relevant to this case. Subject to and without waiving this objection,



Plaintiff admits that, during the 2004 calendar year, Ledecky was not licensed as a broker in the State of Florida pursuant to Chapter 475, Florida Statutes (2004).

2.   Admit that, during the 2004 calendar year, Ironbound was not licensed as a broker in the State of Florida pursuant to Chapter 475, Florida Statutes (2004).

**RESPONSE**: Plaintiff objects to this request to the extent it presumes that the Florida broker licensing laws are relevant to this case. Subject to and without waiving this objection, Plaintiff admits that, during the 2004 calendar year, Ironbound was not licensed as a broker in the State of Florida pursuant to Chapter 475, Florida Statutes (2004).

Respectfully submitted,

/s/ Allison Sinoski

Allison Sinoski, DC Bar # 482593
THOMPSON COBURN LLP
1909 K Street, N.W., Ste. 600
Washington, DC 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorney for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

Of Counsel:

Jan Paul Miller
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101-1611
(314) 552-6365 (telephone)
(314) 552-7365 (facsimile)

*Attorney for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2006, a true and correct copy of the foregoing Response to Defendant's First Requests for Admission, was served via U.S. mail, postage prepaid, on:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C. 20006

*/s/ Allison Sinoski*