## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2006, I caused a true and correct copy of the foregoing to be served by electronic mail through CM/ECF on the following persons:

Jan Paul Miller, Esq.
Allison N. Sinoski, Esq.
THOMPSON COBURN, LLP
1909 K. Street, NW
Suite 600
Washington, DC 20006

/s/ Julie Lee            .
Julie Lee