IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>    Plaintiff,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:05-CV-01039 (JGP)<br>)<br>)<br>)<br>)<br>) |

UNOPPOSED MOTION TO AMEND
SCHEDULING ORDER

    Plaintiff moves to amend the Scheduling Order issued by the Court on October 19, 2005 to reschedule the pre-trial conference, currently set for July 11, 2006 at 10:00 a.m., to 2:00 p.m. on that same date. Mr. Jan Paul Miller, attorney for Plaintiff, must fly to the District of Columbia from St. Louis to attend the hearing, and, due to airline flight schedules, is unable to catch a morning flight early enough to attend a 10:00 a.m. hearing.

    Plaintiff is authorized to represent that Defendant Source Interlink Companies, Inc. does not oppose this motion.

Respectfully submitted,

    /s/ Allison Sinoski
Allison Sinoski (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

- 2 -

      Jan Paul Miller
       THOMPSON COBURN LLP
       One U.S. Bank Plaza
       St. Louis, Missouri  63101-1611
       (314) 552-6365 (telephone)
       (314) 552-7365 (facsimile)

      *Attorneys for Plaintiff Jonathan Ledecky d/b/a*
      *Ironbound Partners*

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2006, a true and correct copy of the foregoing Unopposed Motion to Amend Scheduling Order was mailed electronically through CM/ECF to:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C.  20006

        /s/ Allison Sinoski