IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>    *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:05-CV-01039 (JGP) |

ORDER

Upon consideration of Plaintiff's Unopposed Motion to Amend Scheduling Order, and for good cause shown, it is hereby:

ORDERED that the pre-trial conference will take place on July 11, 2006 at 2:00 p.m.

_____

Date: _____                    HON. JOHN GARRETT PENN
United States District Judge