endeavor
Talent Agency
9601 Wilshire Blvd.
3d Floor
Beverly Hills, CA 90210



**INVOICE**

Phone 310 246 3300 / Fax 310 248 5015
Endeavor Accounting Contact: Robin Davis 310-248-2000

Source Interlink
Attn: Doug Bates

Date: 3/2/2005
Invoice #: RD822
Booking Slip:
Client #:

REGARDING:

Endeavor

Consultant Fee:                                                                $1,500,000.00

Wire info: City National Bank - 400 N. Roxbury Dr., Beverly Hills,
CA 90210  ABA: 122016066  Acct No. 112103996

Make Check Payable to:   Endeavor
c/o Endeavor
9601 Wilshire Blvd., 3rd Floor
Beverly Hills, CA 90210

Total  $1500000.00

| PLANT | |
| --- | --- |
| VENDOR NO. | |
| ACCOUNT NO. | 9000 - ~~5000~~ 140100 |
| EMERED | |
| APP. FOR PMT. | |

*Alliance*
*Wire transfer*

CONFIDENTIAL                                                                                    D-0439