1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION



JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,

    Plaintiff,

vs.                              CASE NO. 1:05 CV 01039

SOURCE INTERLINK COMPANIES, INC.,

    Defendant.
_____/


C O N F I D E N T I A L


VIDEOTAPED DEPOSITION OF: JIM GILLIS

    DATE:            May 3, 2006

    TIME:            9:30 a.m. to 2:41 p.m.

    LOCATION:        27200 Riverview Center
                     Suite 309
                     Bonita Springs, FL

    TAKEN BY:        Plaintiff

    REPORTER:        Betty G. Althoff, RPR

53

1  Q. And the top e-mail is your response to
2  Mr. Ledecky; correct?
3  A. Correct.
4  Q. All right, Mr. Ledecky says in his e-mail,
5  the subject is the "Conversation with Leslie from
6  Greece on Sunday at noon, EST"; correct?
7  A. Correct.
8  Q. Do you recall that when this proposal was
9  brought up by Mr. Ledecky, that Leslie Flegel was in
10 Greece at that time?
11 A. Yes.
12 Q. Okay. What was he doing over there?
13 A. We were on a boat.
14 Q. You were over there with him in Greece?
15 A. Yes.
16 Q. And what was the purpose of the trip to
17 Greece?
18 A. We had just -- we were on vacation.
19 Q. And did Mr. Flegel go over before you went
20 over to meet him in Greece or did you meet him over
21 there?
22 A. I don't remember.
23 Q. About how long were you all over there?
24 A. A couple weeks.
25 Q. Um, Mr. Ledecky, in his e-mail to you and

1          MR. STERN:  Object to the form.
2          THE WITNESS:  It sets up a scenario where
3     they could discuss how they go forward in a deal.
4    BY MR. MILLER:
5         Q.    Okay.  And to your knowledge, did Source
6    abide by this agreement?
7         A.    I would have to reread everything.  Did we
8    abide by the agreement?
9         Q.    Did you guys violate the agreement, as far
10   as you know?
11        A.    No.
12        Q.    When I say you guys, I mean Source.
13        A.    Okay.
14        Q.    To your knowledge, did Endeavor violate
15   this agreement?
16        A.    No.
17        Q.    Okay.  Now, at some point do you recall
18   being in a conference call with Mr. Ledecky, Leslie
19   Flegel and Ari Emanuel?
20        A.    I remember being on a conference call with
21   Ari, I am not sure if John was on it or not.
22        Q.    Okay.  Do you recall that as being the
23   first time that you were ever introduced to
24   Mr. Emanuel?
25        A.    Yes.

177

1  business event, was it not?
2      A.   And it describes it pretty well.
3      Q.   You are not saying that there were any
4  purposeful incorrect statements in that S-4?
5      A.   There were no purposeful incorrect
6  statements or admissions.
7      Q.   And is the S-4 accurate or not?
8      A.   It sure is.
9      Q.   Did you have any further conversations
10 with Mr. Flegel regarding Mr. Ledecky's desire to be
11 paid, as a result of the Alliance merger?
12     A.   No.
13     Q.   Did you have any further conversations
14 with Mr. Ledecky regarding his desire to be paid?
15     A.   If we spoke, it may have been one more
16 time and I don't remember that to be a fact.  But it
17 would be, if we did, it would be something like,
18 let's not talk until this thing is all straightened
19 out kind of thing, and we exchanged Christmas cards
20 and that is about it.
21     Q.   Is Mr. Emanuel still doing any consulting
22 for Source?
23     A.   I don't think he ever has.
24     Q.   Is Endeavor doing any consulting for
25 Source?