| | |
|---|---|
| Subj: | **Re: Congratulations on your great success!** |
| Date: | 3/1/2005 5:48:07 PM Eastern Standard Time |
| From: | SOURCESLF |
| To: | Jledecky |
| Sent on: | 9.0 for Windows sub 5116 |

There you are! I am very happy to hear from you and I have missed you. Thank you for your support and you are the one who got this started. This is a dream come true and I really believe the best is yet to come. I am in tomorrow, so please call me when it is convenient for you. I will instruct everyone to get me when you call.
Thanks John

