UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br>1400 34th Street NW<br>Washington, DC  20007<br><br>    Plaintiff,<br><br>    v.<br><br>SOURCE INTERLINK COMPANIES,<br>INC.<br>27500 Riverview Center Blvd.,<br>Suite 400<br>Bonita Springs, FL  34134<br><br>    Defendant. | ) Civil Action No.<br>) 1:05CV01039(JGP)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **CERTIFIED**<br>)  **COPY**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEPOSITION OF ERIKA PAULSON

Los Angeles, California

Wednesday, May 17, 2006

Reported by:
Carmen R. Sanchez
CSR No. 5060



**HAHN BOWERSOCK**
C O R P O R A T I O N
Certified Court and Deposition Reporters
151 Kalmus Drive · Suite L-1 · Costa Mesa, CA 92626
800-660-3187 · Fax 714-662-1398
www.hahnbowersock.com   email: hbdeposet@hahnbowersock.net

COSTA MESA•SAN BERNARDINO•LONG BEACH•LOS ANGELES•SAN DIEGO•SAN FRANCISCO

```
 1  Source gave us was one that had been used for
 2  investors; so I don't remember if we signed the
 3  confidentiality agreement pre the first Source meeting
 4  in Naples, or if it was pre the Alliance meeting.  But,
 5  yes, we entered into the confidentiality agreement.  At
 6  some point, we started exchanging information in the
 7  late summer/fall time frame.
 8       Q    The confidentiality agreement allows the
 9  two companies to share business information while
10  keeping it confidential; correct?
11       A    Yes.
12       Q    Is that -- and is that a common
13  agreement that's entered into between two companies
14  that are entering into a business relationship?
15       MR. STERN:  Object to the form.
16       MR. MILLER:  You can answer.
17       THE WITNESS:  Yes.
18  BY MR. MILLER:
19       Q    Did that confidentiality agreement
20  between Alliance and Source govern how they were going
21  to exchange information in their business relationship?
22       MR. STERN:  Object to the form.
23       THE WITNESS:  I'm confused by the question.
24       MR. MILLER:  Okay.  Let me ask it again.
25       Q    Did the confidentiality agreement that
```

48