IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, ) ) ) ) *Plaintiff*, ) ) v. ) Civil Action No. 1:05CV01039 (JGP) ) SOURCE INTERLINK COMPANIES, INC., ) ) *Defendant*. ) | |

ORDER

Upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's Opposition, and for good cause shown, it is hereby ORDERED that Defendant's Motion is DENIED.

Date: _____       _____
                    HON. JOHN GARRETT PENN
                    United States District Judge