IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>  *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>  *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV01039 (JGP)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF JOINT CONSENT TO MEDIATION

  This is to provide notice to the Court that the parties have consented to referral of this matter to mediation under the United States District Court Mediation Program.

                Respectfully submitted,

                 /s/ Allison Sinoski
               Jan Paul Miller
               THOMPSON COBURN LLP
               One U.S. Bank Plaza
               St. Louis, Missouri 63101-1611
               (314) 552-6365 (telephone)
               (314) 552-7365 (facsimile)

               Allison Sinoski (D.C. Bar No. 482593)
               THOMPSON COBURN LLP
               1909 K. Street, N.W. Ste. 600
               Washington, D.C. 20006-1167
               (202) 585-6900 (telephone)
               (202) 585-6969 (facsimile)

               *Attorneys for Plaintiff Jonathan Ledecky d/b/a*
               *Ironbound Partners*

        /s/  Kevin E. Stern
C. Allen Foster (D.C. Bar No. 411662)
Kevin E. Stern (D.C. Bar No. 459214)
GREENBERG TRAURIG, LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, D.C.  20006
(202) 331-3102 (telephone)
(202) 331-3101 (facsimile)

*Attorneys for Defendant Source Interlink Companies, Inc.*