| | |
|---|---|
| Subj: | RE: Conversation with Leslie from Greece on Sunday at noon EST. |
| Date: | 4/26/2004 11:30:18 AM Eastern Daylight Time |
| From: | DBates@sourceinterlink.com |
| | Jledecky@aol.com |

Sent from the Internet (Details)

Jon,

I spoke to Leslie this morning and he outlined your discussion with me.

Leslie informed me that Source could not compensate you on the basis described in you message to me. Leslie would propose that you receive an annual payment equal to 5% of the net income derived by Source from the business relationship, as determined in accordance with GAAP applied on a basis consistent with Source's financial statements and assuming full allocation of all costs and expenses.

Furthermore, Leslie wished me to inform you that our interest assumes that the "potential business partner" is not party with whom we have had contact.

Assuming that you agree to the compensation structure, I will review and revise the agreement between you and Source, and the NDA.

I look forward to hearing from you.

Doug

> -----Original Message-----
> From: Jledecky@aol.com [mailto:Jledecky@aol.com]
> Sent: Sunday, April 25, 2004 2:03 PM
> To: Doug Bates
> Cc: Leslie Flegel; Jim Gillis; Leslie Flegel; Gillis1@aol.com
> Subject: Conversation with Leslie from Greece on Sunday at noon EST.
>
> Hi Doug, I hope you are well
>
> I talked with Leslie today from Greece about the attached document.
>
> A leading company on the west coast wants to enter into an exciting business relationship with Source Interlink but is unwilling to disclose certain information about the potential relationship without the protection of the enclosed agreement. Leslie needs you to review this and ultimately execute it on behalf of the company.
>
> Leslie also indicated that he was willing to compensate me for making a deal happen between Source and this company. He left that potential compensation vague and I am not comfortable with that so I am attaching a second document for your review that memorializes an understanding. You will need to run this by Leslie obviously.
>
> Obviously, once we have agreement on these documents, I will disclose the name of the potential business partner in Appendix A and on the non disclosure document and we can move forward.
>
> Our goal is to have a conference call with Leslie and Jim from Greece with the Company's principals either on Monday or Tuesday once these documents have been approved by Source.

NOTICE: The contents of this email and any attachments to it may contain privileged and confidential information from Source Interlink Companies, Inc. This information is only for the viewing or use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of, or the taking of any action in the reliance upon, the information contained in this email, or any of the attachments to this email, is strictly prohibited and that this email and all of the attachments to this email, if any, must be immediately returned to Source Interlink Companies, Inc. or destroyed and, in either case, this email and all attachments to this email must be immediately deleted from your computer without making any copies thereof. If you have received this email in error, please notify Source Interlink Companies, Inc. by email immediately.

IB 00504

Thursday, May 20, 2004 America Online: Jledecky

