**Arendse, Jacqueline (Para-DC-LT)**

**From:** Jim Gillis
**Sent:** Thursday, April 22, 2004 3:53 PM
**To:** 'Jledecky@aol.com'
**Subject:** RE: HUGE business opportunity

239.293.2550 after 6pm

-----Original Message-----
From: Jledecky@aol.com [mailto:Jledecky@aol.com]
Sent: Thursday, April 22, 2004 3:27 PM
To: Jim Gillis
Cc: Gillis1@aol.com
Subject: HUGE business opportunity

An opportunity dropped in my lap today that could literally be worth $100 million a year in PROFIT to SORC. It could revolutionize the company.

It is tricky in that the group that brought it to me needs SORC to sign a confidentiality agreement. I am working on getting that done with their attorney today, hope to have something to you by tomorrow.

Furthermore, I need to be compensated for making the marriage, I will get you the fee arrangement on it.

You can have the lawyer in=house for you vet both agreements.

I also need YOU to take the first meeting and tee up the negotiations, these folks remind me so much of you and if we start off with a Leslie meeting they will go elsewhere. Goldman Sachs is their banker and is giving them a list of players, I have convinced them to meet with us FIRST on an exclusive basis.

This is very fast track with a very short lead time here. Can you come with me to Los Angeles next week to make the deal?

I would not hype you on this, it is simply incredible. I am jumping up and down at how brilliant this opportunity is. Just short of peeing in my pants!

I told the other side that you may have thought about it in the past. No matter, they are positioned so incredibly well to throw this business our way.

Call me on 202-255-7600 when you get a chance, I'm in meetings for the rest of the day. This is really something.



D-0475

3/9/2006