UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN LEDECKY**,<br><br>Plaintiff,<br><br>v.<br><br>**SOURCE INTERLINK COMPANIES, INC.**,<br><br>Defendant. | Civil Action No. 05-1039 (JGP) |

## ORDER

Upon consideration of the parties' **Notice of Joint Consent to Mediation [#64],** and pursuant to LCvR 84.4, it is hereby

**ORDERED** that this case is referred for mediation; it is further

**ORDERED** that counsel and the parties, including persons with full settlement authority, attend the mediation; it is further

**ORDERED** that mediation efforts be concluded and a status report submitted to the Court no later than 60 days from the date of this Order; and it is further

**ORDERED** that the Clerk of the Court furnish a copy of this Order to the Circuit Executive for the purpose of assigning a mediator.

Date: July 18, 2006                                     **JOHN GARRETT PENN**
                                                        **United States District Judge**