IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,  )<br><br>*Plaintiff*,  )<br><br>v.  )<br><br>SOURCE INTERLINK COMPANIES, INC.,  )<br><br>*Defendant*.  ) | Civil Action No. 1:05CV01039 (JGP) |

MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In its Reply Memorandum in Support of its Motion for Summary Judgment, Source mischaracterizes Plaintiff's position and raises new arguments. As such, Plaintiff seeks leave to file a surreply. A copy of that surreply is attached hereto as Exhibit A.

Respectfully submitted,

      /s/ Allison Sinoski
Jan Paul Miller
 THOMPSON COBURN LLP
 One U.S. Bank Plaza
 St. Louis, Missouri  63101-1611
 (314) 552-6365 (telephone)
 (314) 552-7365 (facsimile)

 Allison Sinoski (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600
 Washington, D.C.  20006-1167
 (202) 585-6900 (telephone)
 (202) 585-6969 (facsimile)

 *Attorneys for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2006, a true and correct copy of the foregoing Motion for Leave to File Surreply in Opposition to Defendant's Motion for Summary Judgment, was mailed electronically through CM/ECF to:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C.  20006

/s/ Allison Sinoski