1

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF COLUMBIA
3
4   _____
                                    )
5   JONATHAN LEDECKY d/b/a          )   Case No. 1:05CV01039
    IRONBOUND PARTNERS,             )
6                                   )
         Plaintiff,                 )   **COPY**
7                                   )
    vs.                             )
8                                   )
    SOURCE INTERLINK COMPANIES,     )
9   INC.,                           )
                                    )
10       Defendant.                 )
    _____)
11
12
13           VIDEOTAPED DEPOSITION OF
14              JONATHAN J. LEDECKY
15                Washington, D.C.
16          Wednesday, March 29, 2006
17
18  Job No.: 1-74746
    Pages 1 through 278
19  Reported by: John L. Harmonson, RPR
20
21
22



L.A.D. REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF JONATHAN J. LEDECKY
CONDUCTED ON WEDNESDAY, MARCH 29, 2006

164

| | | |
|---|---|---|
| 1 | MR. SCHWARTZ: He told you. He told | 14:27:15 |
| 2 | you he believed he was still entitled to recover, | 14:27:16 |
| 3 | and then you've continued to ask the question. | 14:27:18 |
| 4 | What you're doing is browbeating the witness -- | 14:27:21 |
| 5 | MR. STERN: No. What you're doing is | 14:27:23 |
| 6 | coaching the witness so he won't answer the | 14:27:23 |
| 7 | question. | 14:27:25 |
| 8 | MR. SCHWARTZ: -- in the hopes he's | 14:27:25 |
| 9 | going to change his answer. And if you want to do | 14:27:26 |
| 10 | that, that's something we need to do with Judge | 14:27:28 |
| 11 | Penn, is all I'm saying. | 14:27:30 |
| 12 | MR. STERN: Let's get back to the | 14:27:32 |
| 13 | questions. | 14:27:34 |
| 14 | EXAMINATION BY MR. STERN: | 14:27:37 |
| 15 | Q.   I'm asking you -- | 14:27:37 |
| 16 | A.   It's fun to watch you guys do this, | 14:27:47 |
| 17 | though. | 14:27:47 |
| 18 | THE COURT REPORTER: It wears me out, | 14:27:47 |
| 19 | though. | 14:27:47 |
| 20 | EXAMINATION BY MR. STERN: | 14:27:47 |
| 21 | Q.   I'm asking you based on your | 14:27:47 |
| 22 | understanding of the agreement. I'm not asking | 14:27:48 |

VIDEOTAPED DEPOSITION OF JONATHAN J. LEDECKY
CONDUCTED ON WEDNESDAY, MARCH 29, 2006

165

| | | |
|---|---|---|
| 1 | you as a lawyer. I understand you're not a | 14:27:50 |
| 2 | lawyer. Is it your understanding, based on your | 14:27:52 |
| 3 | reading of this agreement which you agreed to and | 14:27:55 |
| 4 | entered into, that if there does not exist a | 14:27:57 |
| 5 | written agreement between Source and Endeavor, | 14:28:00 |
| 6 | that you believe you're entitled to | 14:28:03 |
| 7 | compensation -- | 14:28:04 |
| 8 |     A.    Yes. | 14:28:05 |
| 9 |     Q.    -- under this agreement? | 14:28:05 |
| 10 |     A.    Yes. | 14:28:06 |
| 11 |     Q.    Okay. Explain why. | 14:28:06 |
| 12 |     A.    I'm not a lawyer. | 14:28:10 |
| 13 |     Q.    Well, you just told me why you think | 14:28:11 |
| 14 | you're entitled to it. You must have a reason for | 14:28:14 |
| 15 | that. | 14:28:17 |
| 16 |     A.    Because of the services that I provided | 14:28:17 |
| 17 | to Source and Endeavor. | 14:28:19 |
| 18 |     Q.    Okay. Based on the services you | 14:28:20 |
| 19 | provided -- | 14:28:22 |
| 20 |     A.    Which led to the acquisition by Source | 14:28:23 |
| 21 | of Alliance Entertainment, which is the most | 14:28:27 |
| 22 | important acquisition in the company's history and | 14:28:30 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

VIDEOTAPED DEPOSITION OF JONATHAN J. LEDECKY
CONDUCTED ON WEDNESDAY, MARCH 29, 2006

166

| | | |
|---|---|---|
| 1 | which both Mr. Flegel and Mr. Gillis indicated | 14:28:33 |
| 2 | that I would be owed compensation for in direct | 14:28:37 |
| 3 | conversations with me. So yes, I have been | 14:28:37 |
| 4 | operating under that assumption. That's why we're | 14:28:39 |
| 5 | in the room, because now they have changed their | 14:28:42 |
| 6 | mind. | 14:28:45 |
| 7 | Q. Okay. | 14:28:46 |
| 8 | A. So the answer is yes. Obviously, I do | 14:28:46 |
| 9 | believe I'm entitled to compensation under the | 14:28:50 |
| 10 | terms of this agreement. Mr. Gillis indicated | 14:28:52 |
| 11 | that I was entitled to enormous compensation under | 14:28:55 |
| 12 | the agreement. I'm sure that will come out in | 14:28:59 |
| 13 | discovery when we depose Mr. Gillis. | 14:29:01 |
| 14 | Q. Okay. | 14:29:04 |
| 15 | A. We're looking forward to that. | 14:29:05 |
| 16 | Q. I am, too. | 14:29:07 |
| 17 | But I want to again focus on the terms | 14:29:08 |
| 18 | of the agreement, because you would agree that's | 14:29:11 |
| 19 | the terms by which you're entitled to compensation | 14:29:13 |
| 20 | pursuant to, right? | 14:29:17 |
| 21 | MR. SCHWARTZ: Objection. He just | 14:29:18 |
| 22 | answered the question. | 14:29:20 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664