1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION



JONATHAN LEDECKY d/b/a IRONBOUND
PARTNERS,

    Plaintiff,

    vs.                                  CASE NO. 1:05 CV 01039

SOURCE INTERLINK COMPANIES, INC.,

    Defendant.
_____/


C O N F I D E N T I A L


| | |
|---|---|
| VIDEOTAPED DEPOSITION OF: | DOUG BATES |
| DATE: | May 5, 2006 |
| TIME: | 10:30 a.m. to 1:25 p.m. |
| LOCATION: | 27200 Riverview Center<br>Suite 309<br>Bonita Springs, FL |
| TAKEN BY: | Plaintiff |
| REPORTER: | Betty G. Althoff, RPR |

1   to, I am not saying that there is no definition in
2   here.  I think if you read the context it is clear in
3   which -- what business relationship means.
4       Q.   All right, tell me where you see that.
5       A.   I think when you look at the concept of,
6   in paragraph one, where you talk about the
7   "evaluation of a proposed business venture, that the
8   um, Source has the unfettered discretion to accept or
9   reject any proposed business relationship with the
10  client."  And particularly with the respect to the
11  next sentence, which talks about it being manifested
12  by a written agreement between the parties.
13      Q.   Uh-huh.
14      A.   It is clear that we are talking about a
15  relationship here that is, um, a commercial
16  relationship, where each party is benefiting.
17      Q.   Okay.  Is there a difference between a
18  commercial relationship and a business relationship?
19      A.   No.
20      Q.   Okay.  So it is, all right.  So you
21  believe that in context, it means any type of
22  business relationship in which there is a benefit to
23  each side?
24      A.   Monetary benefit, yeah.  It is, it was, it
25  is designed to be, as I intended it, that is what it

1   was, yeah.
2       Q.   Okay. And beyond that, however, there is
3   no limitation in here as to what type of
4   relationship, business relationship that would be,
5   because as you said before, no one knew what form it
6   was going to take.
7       A.   The concept was it was a relationship
8   between Source and the client, and we didn't know
9   what -- there was no restriction on, um, particularly
10  on the form that that would take.
11      Q.   Uh-huh, okay. And so, just so I am
12  understanding, am I understanding that one of the
13  reasons it was left vague in here is because of just
14  that, because nobody knew what form it was going to
15  take?
16      A.   I didn't know what form it was going to
17  take, and my discussions with Mr. Ledecky, led me to
18  believe he didn't know what form it would take.
19      Q.   Okay, that is fair enough.
20           Um, it then talks about in paragraph two,
21  and again, I am referring to Exhibit 5. In paragraph
22  two, entitled Compensation, it talks about what
23  compensation Ironbound would receive if it is due
24  compensation under this contract; correct?
25      A.   Yes.