UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br>1400 34th Street NW<br>Washington, DC  20007<br><br>           Plaintiff,<br><br>     v.<br><br>SOURCE INTERLINK COMPANIES,<br>INC.<br>27500 Riverview Center Blvd.,<br>Suite 400<br>Bonita Springs, FL  34134<br><br>           Defendant. | ) Civil Action No.<br>) 1:05CV01039(JGP)<br>)<br>)<br>)<br>)<br>)  CERTIFIED<br>)  COPY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEPOSITION OF ARIEL ZEV EMANUEL

Beverly Hills, California

Thursday, May 18, 2006

Reported by:
Carmen R. Sanchez
CSR No. 5060

**HAHN**
**BOWERSOCK**
C O R P O R A T I O N
Certified Court and Deposition Reporters
151 Kalmus Drive · Suite L-1 · Costa Mesa, CA 92626
800-660-3187 · Fax 714-662-1398
www.hahnbowersock.com   email: hbdeposet@hahnbowersock.net

COSTA MESA·SAN BERNARDINO·LONG BEACH·LOS ANGELES·SAN DIEGO·SAN FRANCISCO

```
 1  on the back by Mr. McGuire as The Endeavor Agency's
 2  general counsel?
 3          A    Yes.
 4          Q    Okay.
 5               Does this appear to be a mutual
 6  nondisclosure agreement between your company,
 7  The Endeavor Agency, and Source Interlink Companies,
 8  Inc.?
 9          A    It looks like that.  I haven't looked at
10  the whole agreement, but it looks like that.
11          Q    All right.
12               If you need some time to look through
13  it, feel free.
14          A    It looks like that.
15          Q    Okay.
16               Did you know at the time whether your
17  company was entering into a nondisclosure agreement
18  with Source?
19          A    I don't recall.
20          Q    You might have known, but you don't
21  recall?
22          A    Yeah.
23          Q    All right.
24               Again, this would be a common first step
25  when your company was dealing with another company in a
```

27

```
 1  business relationship?
 2          MR. STERN:  Objection to the form.
 3          MR. McGUIRE:  Can you ask the question in a
 4  different way, please.
 5          MR. MILLER:  Sure.
 6      Q   Would this be a common first step when
 7  your company, Endeavor, was entering into a business
 8  relationship with another company?
 9          MR. STERN:  Objection to the form.
10          MR. MILLER:  You can answer the question.
11          MR. McGUIRE:  Yes, you can.
12          THE WITNESS:  Yes.
13          MR. MILLER:  Okay.
14      Q   Do you recall that the first
15  introduction when Mr. Ledecky first made the
16  introduction between you and some folks at Source, that
17  it was over a telephone; that there was a telephone
18  call initially?
19      A   The first introduction was over a
20  telephone?
21      Q   Yeah.  Let me see if I can jog your
22  memory.  Do you recall that you spoke with -- and if
23  you don't remember, I'm not trying to put something in
24  your mind.  I'm just -- do you recall that your first
25  conversation with anyone at Source was with Mr. Flegel
```

28