MINUTES OF THE QUARTERLY MEETING OF
THE BOARD OF DIRECTORS OF
SOURCE INTERLINK COMPANIES, INC.

APRIL 4, 2005
10:40 a.m. Eastern time

The quarterly meeting of the Board of Directors of Source Interlink Companies, Inc. (the "Company") was held on April 4, 2005 at the offices of the Company, 4250 Coral Ridge Drive, Coral Springs, Florida 33065. The following directors were:

PRESENT:     A. Clinton Allen
             S. Leslie Flegel
             James R. Gillis
             Aron S. Katzman
             Allan R. Lyons
             Ariel Z. Emanuel
             George A. Schnug
             David R. Jessick
             Michael R. Duckworth
             Gregory Mays
             Gray Davis

Also present by invitation of the Board of Directors were:

Pinchas "Peter" Blei, a Senior Vice President of the Company
Harry L. "Terry" Franc, III, a consultant to the Company
George B. Nobbe, a Senior Vice President of the Company
Douglas J. Bates, General Counsel of the Company
Marc Fierman, Chief Financial Officer of the Company
Dean Heine, the Company's investor relations consultant
George W. Campagna, a Senior Vice President of the Company
Jason S. Flegel, an Executive Vice President of the Company
Alan E. Tuchman, and Executive Vice President of the Company

Mr. Flegel, Chairman of the Board of Directors and Chief Executive Officer, called the meeting to order, reviewed the meeting's agenda and requested that Mr. Bates keep the minutes of the meeting.

*Opening Remarks and Introductions*

Mr. Flegel opened the meeting by welcoming all newly appointed directors, after introductions were made.

CONFIDENTIAL

D-0433

**REDACTED - CONFIDENTIAL
NON-RESPONSIVE INFORMATION**

CONFIDENTIAL

D-0434

**REDACTED - CONFIDENTIAL
NON-RESPONSIVE INFORMATION**

CONFIDENTIAL

D-0435

At 3:05 p.m., Mr. Emanuel left the meeting.

*Agreement with The Endeavor Agency*

Mr. Flegel led a discussion of the marketing assistance currently being provided by The Endeavor Agency, an entity with which director Ariel Z. Emanuel is affiliated, during which the directors asked questions, provided input and issued direction to management. Thereafter, upon motion duly made and seconded, the following resolution was unanimously adopted:

**RESOLVED**, that the Nominating and Corporate Governance Committee be, and hereby is, delegated the authority and granted the power to authorize and approve an agreement with The Endeavor Agency and to direct its execution and delivery by the appropriate officers of the Company.

**REDACTED - CONFIDENTIAL
NON-RESPONSIVE INFORMATION**

**CONFIDENTIAL**

D-0436

**REDACTED - CONFIDENTIAL
NON-RESPONSIVE INFORMATION**

CONFIDENTIAL

D-0437

**REDACTED - CONFIDENTIAL**
**NON-RESPONSIVE INFORMATION**

    Mr. Flegel then reported that the June meeting of the Board of Directors would be held in Chicgo, Illinois; the September meeting would held in New York, NY and the December meeting in Los Angeles, CA.

    There being no further business, the meeting was thereupon duly adjourned at 5:36 p.m., Eastern time.

*[signature]*
Douglas J. Bates
Secretary of the Meeting

------------------Page Break-----------------

**CONFIDENTIAL**

D-0438