IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 1:05CV01039 (JGP) |
| SOURCE INTERLINK COMPANIES, INC., | ) ) ) | |
| *Defendant*. | ) ) | |

ORDER

Upon consideration of Plaintiff's Motion for Leave to File Surreply in Opposition to Defendant's Motion for Summary Judgment, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.

Date: _____                    _____
                                       HON. JOHN GARRETT PENN
                                       United States District Judge