IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>*Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>*Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

MOTION TO STRIKE ANSWER TO AMENDED COMPLAINT

Plaintiff moves to strike Defendant's Answer to Amended Complaint because it was not filed within the ten days provided by Rule 15(a) of the Federal Rules of Civil Procedure. A memorandum in support of this motion is attached hereto.

Respectfully submitted,

      /s/ Allison Sinoski
Jan Paul Miller
 THOMPSON COBURN LLP
 One U.S. Bank Plaza
 St. Louis, Missouri 63101-1611
 (314) 552-6365 (telephone)
 (314) 552-7365 (facsimile)

Allison Sinoski (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600
 Washington, D.C. 20006-1167
 (202) 585-6900 (telephone)
 (202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

- 2 -

CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of July, 2006, a true and correct copy of the foregoing Motion to Strike Answer to Amended Complaint, was mailed electronically through CM/ECF to:

    Kevin E. Stern
    C. Allen Foster
    Maria Hallas
    GREENBERG TRAURIG, LLP
    800 Connecticut Ave., N.W.
    Suite 500
    Washington, D.C.  20006


    /s/ Allison Sinoski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>    *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

MEMORANDUM IN SUPPORT OF MOTION TO
STRIKE ANSWER TO AMENDED COMPLAINT

On February 28, 2006, Plaintiff filed an Amended Complaint, which included three additional counts for breach of the duty of good faith and fair dealing, estoppel, and reformation. Under the Federal Rules, Source had ten days to file a responsive pleading, Fed. R. Civ. P. 15(a), yet Source did not file a timely answer. Instead, it moved to dismiss the two implied contract claims contained in Plaintiff's original complaint, pursued discovery, and filed a motion for summary judgment. Almost five months after the Amended Complaint was filed, on July 20, 2006, Source filed an answer. Because Source did not file its answer until many months after the time period for filing had expired under the Federal Rules, that answer should be stricken from the record.

Moreover, by failing to file its answer in a timely fashion, Source has admitted everything in the Amended Complaint that it had not denied in its previous Answer. Fed. R. Civ. P. 8(d); *In re Costibas*, 262 B.R. 182 (D.N.H. 2001) (holding that, where a party fails to file a responsive pleading to an amended complaint, a new count in the amended complaint that was not contained in the original complaint and denied in the original answer is deemed admitted).

Thus, Mr. Ledecky's counts for estoppel, breach of the duty of good faith and fair dealing, and reformation of contract are all deemed admitted by Source.

In admitting Mr. Ledecky's estoppel claim (Am. Compl., Count Six), Source has admitted that it "accepted Ironbound's introduction to Endeavor, as evidenced by the fact that it retained Endeavor as a consultant, accepted Endeavor's services in connection with the Alliance merger, and paid Endeavor $1.5 million." (Am. Compl. at ¶ 63). Further, Source has admitted that, "[h]aving accepted the introduction to Endeavor and entered into an ongoing business relationship that has resulted, and will continue to result, in net income to Source, Source is estopped from claiming that Ironbound is not entitled to compensation under the Agreement." (Am. Compl. at ¶ 64).

Second, Source has admitted Mr. Ledecky's claim for breach of the duty of good faith and fair dealing. (Am. Compl., Count Five). In so doing, Source has admitted that, under the parties' agreement, it had an implied duty of good faith and fair dealing, and that it "breached that duty by, among other things, attempting to prevent fulfillment of alleged contractual conditions" and "by disregarding the fulfillment of alleged contractual conditions and seeking to impose limitations on its obligations that are not supported by the Agreement." (Am. Compl. at ¶¶ 58-60). Moreover, Source has admitted that, "as a result of Source's breach of its duty of good faith and fair dealing, Ironbound has been damaged by an amount to be proven at trial." (Am. Compl. at ¶ 61).

Finally, Source has conceded that "[t]he name Ironbound Partners, LLC was used in the Agreement in the mistaken belief that it was a validly registered Delaware limited liability company, when in fact it had been merged out of existence several years earlier," and that "Ledecky was actually operating under a trade or fictitious name, as permitted under the laws of

the District of Columbia." (Am. Compl. at ¶ 67). Accordingly, Source has conceded that "[i]t would be inequitable for Source to retain the benefit of the bargain while avoiding its obligations under the Agreement due to an error regarding the name used by Ledecky." (Am. Compl. at ¶ 70).

Because Source has conceded these claims in Mr. Ledecky's amended complaint, including his estoppel claim, it is now estopped from asserting that Mr. Ledecky is not entitled to compensation under the Agreement. It is also estopped from denying that it breached its duty of good faith and fair dealing and from contesting Mr. Ledecky's claim for reformation of the Agreement.

Respectfully submitted,

    /s/ Allison Sinoski
Jan Paul Miller
 THOMPSON COBURN LLP
 One U.S. Bank Plaza
 St. Louis, Missouri  63101-1611
 (314) 552-6365 (telephone)
 (314) 552-7365 (facsimile)

Allison Sinoski (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600
 Washington, D.C.  20006-1167
 (202) 585-6900 (telephone)
 (202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2006, a true and correct copy of the foregoing Memorandum in Support of Motion to Strike Answer to Amended Complaint, was mailed electronically through CM/ECF to:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C.  20006

                              /s/ Allison Sinoski