IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>*Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>*Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

### ORDER

Upon consideration of Plaintiff's Motion to Strike Defendant's Answer to Amended Complaint, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is GRANTED, and

ORDERED that all allegations and counts in the Amended Complaint that were not included in the Complaint are deemed admitted due to Defendant's failure to file a responsive pleading to the Amended Complaint within the time provided by the Federal Rules.

Date: _____                    _____
                                       HON. JOHN GARRETT PENN
                                       United States District Judge