IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a <br> IRONBOUND PARTNERS, <br><br> *Plaintiff*, <br><br> v. <br><br> SOURCE INTERLINK COMPANIES, INC., <br><br> *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

### JOINT MOTION TO AMEND ORDER FOR PRETRIAL CONFERENCE AND ORDER REFERRING CASE TO MEDIATION

The parties jointly move to amend the Court's Order for Pretrial Conference, dated July 12, 2006, to reschedule the Pretrial Conference for October 12, 2006 at 10:00 a.m. The parties also move to amend the Court's Order dated July 18, 2006 referring this action to mediation to enlarge the deadline for the conclusion of mediation efforts and the filing of a status report until October 12, 2006. Additionally, the parties move to enlarge the deadline for counsel to meet to discuss the objectives for the pretrial conference and for the purpose of preparing their respective pretrial statements until September 22, 2006. Finally, the parties move to enlarge the deadline for filing their respective pretrial statements until September 29, 2006. The parties have conferred with each other and with the mediator appointed to this case and have determined that these amendments are necessary to resolve various scheduling conflicts and to allow the parties adequate time to utilize the mediation process to attempt to settle this matter.

Respectfully submitted,


    /s/ Allison Sinoski
Jan Paul Miller
 THOMPSON COBURN LLP
 One U.S. Bank Plaza
 St. Louis, Missouri  63101-1611
 (314) 552-6365 (telephone)
 (314) 552-7365 (facsimile)

Allison Sinoski (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600
 Washington, D.C.  20006-1167
 (202) 585-6900 (telephone)
 (202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*


    /s/  Kevin E. Stern
C. Allen Foster (D.C. Bar No. 411662)
Kevin E. Stern (D.C. Bar No. 459214)
 GREENBERG TRAURIG, LLP
 800 Connecticut Ave., N.W.
 Suite 500
 Washington, D.C.  20006
 (202) 331-3102 (telephone)
 (202) 331-3101 (facsimile)

*Attorneys for Defendant Source Interlink Companies, Inc.*