IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>*Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05-CV-01039 (JGP)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of the parties' Joint Motion to Amend Order for Pretrial Conference and Order Referring Case to Mediation, and for good cause shown, it is hereby:

ORDERED that the pretrial conference shall take place on October 12, 2006; it is further

ORDERED that mediation efforts be concluded and a status report submitted to the Court no later than October 12, 2006; it is further

ORDERED that counsel shall meet on or before September 22, 2006 to discuss the objectives for the pretrial conference and for the purpose of preparing their respective pretrial statements; and it is further

ORDERED that counsel shall file pretrial statements with the Court on or before September 29, 2006.

Date: _____             _____
                               HON. JOHN GARRETT PENN
                               United States District Judge