IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,  *Plaintiff*,  v.  SOURCE INTERLINK COMPANIES, INC.,  *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:05CV01039 (JGP) |

Notice of Attorney Name Change

Ms. Allison Sinoski, Esq., attorney for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners, hereby serves notice that, due to her recent marriage, her name has been changed to Mrs. Allison Manger, Esq.

Respectfully submitted,

     /s/ Allison Manger
Allison Manger (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C.  20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorney for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of August, 2006, a true and correct copy of the foregoing Notice of Attorney Name Change, was mailed electronically through CM/ECF to:

>Kevin E. Stern
>C. Allen Foster
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C.  20006


       /s/ Allison Manger