IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,<br><br>Plaintiff,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>Defendant. | Civil Action No. 1:05CV01039 (JGP) |

### ENTRY OF APPEARANCE

The undersigned counsel, being duly admitted to practice before the United States District Court for the District of Columbia, hereby enters an appearance as additional counsel for the Defendant, Source Interlink Companies, Inc., in the above-entitled case.

Respectfully submitted,

By: /s/ Geoffrey J. Greeves
Geoffrey J. Greeves (Bar No. 463035)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 331-3183
Facsimile: (2020 261-0183
email: greevesg@gtlaw.com

Dated: August 29, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Entry of Appearance was served August 29, 2006 via first-class mail, postage prepaid upon the following:

>Jan Paul Miller, Esq.
>Thompson Coburn, LLP
>One U.S. Bank Plaza
>St. Louis, MO  63101-1611

                                                       _____/s/Geoffrey J. Greeves_____