UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOURCE INTERLINK )<br>COMPANIES, INC., )<br>)<br>)<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1039 (JGP) |

## ORDER

This matter is before the Court on the **Motion for Leave to File Surreply in Opposition to Defendant's Motion for Summary Judgment [#68]** ("Pl.s Mot."), wherein plaintiff contends that his Surreply is warranted because "[i]n its Reply Memorandum in Support of its Motion for Summary Judgment, Source *mischaracterizes Plaintiff's position* and *raises new arguments*." Pl.s Mot., at 1 (emphasis added).  Plaintiff provided no authority for either one of these contentions within the Motion. *Contra* LcvR 7(a) ("Each motion shall include or be accompanied by a statement of the *specific points of law and authority* that support the motion, including where appropriate a *concise statement of facts*." (emphasis added)).

On the merits, plaintiff's argument that "Source mischaracterizes Plaintiff's position" within its Reply Memorandum is not a basis for the Court to grant a Motion for Leave to File Surreply. *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001) ("Because this contention does not involve a new matter but rather an alleged mischaracterization, the court denies the

plaintiff's motion [for leave to file surreply.]"); *see also Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998). Moreover, the proposed Surreply failed to address plaintiff's contention that "Source . . . raise[d] new arguments" within its Reply Memorandum. Pl.s Mot., at 1.

Accordingly, it is hereby

**ORDERED** that the Motion for Leave to File Surreply in Opposition to Defendant's Motion for Summary Judgment [#68] is **DENIED**.

Date: September 15, 2006					**JOHN GARRETT PENN**
							**United States District Judge**