IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SOURCE INTERLINK COMPANIES, INC., )<br>)<br>*Defendant*. ) | Civil Action No. 1:05CV01039 (JGP) |

NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6 of the Rules of the United States District Court for the District of Columbia, please enter the appearance of Harvey A. Levin, Esq. (D.C. Bar No. 203869), Thompson Coburn LLP, 1909 K Street, Suite 600, Washington, D.C. 20006, telephone number (202) 585-6900, facsimile number (202) 585-6969, e-mail: hlevin@thompsoncoburn.com as counsel for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners.

Respectfully submitted,

  /s/   Harvey A. Levin
Harvey A. Levin, Esq. (D.C. Bar No. 203869)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorney for Plaintiff Ironbound Partners, LLC*

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2006, a true and correct copy of the foregoing Notice of Appearance, was mailed electronically through CM/ECF to:

> Kevin E. Stern
> C. Allen Foster
> Geoffrey Greeves
> Maria Hallas
> GREENBERG TRAURIG, LLP
> 800 Connecticut Ave., N.W.
> Suite 500
> Washington, D.C.  20006

        /s/    Allison Manger