IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a <br> IRONBOUND PARTNERS, <br><br> *Plaintiff*, <br><br> v. <br><br> SOURCE INTERLINK COMPANIES, INC., <br><br> *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

## JOINT STIPULATIONS

Pursuant to the Court's Order for Pretrial Conference, the parties have agreed to the following fact stipulations:

1. Mr. Ariel Emanuel became a member of the Board of Directors of Defendant Source Interlink Companies, Inc. ("Source") on November 18, 2004.

2. The merger between Source and Alliance Entertainment Corporation closed on February 28, 2005.

3. Plaintiff's Exhibit 3 (Amendment No. 1 to Form S-4 Registration Statement Under the Securities Act of 1933 of Source Interlink Companies, Inc.) and Plaintiff's Exhibit 4 (Form 10-K of Source Interlink Companies, Inc. for the fiscal year ended January 31, 2006) were filed with the United States Securities and Exchange Commission.

4. Plaintiff's Exhibit 7 documents the payment of $1.5 million to the Endeavor Agency, LLC ("Endeavor") in satisfaction of the invoice that Source received from Endeavor on or around March 2, 2005, after Alliance was merged into Source. (Plaintiff's Exhibit 6).

5. The term "Client," as used in the Referral Agreement, refers to Endeavor.

6. The term Ironbound Partners, LLC, as used in the Referral Agreement, refers to Plaintiff Jonathan Ledecky.

In addition, the parties have agreed to stipulate to the authenticity of the exhibits that each party has indicated that it may introduce at trial, except for the following exhibits: Plaintiff's Exhibits 53, 55, 61, 73 and 74. With respect to Plaintiff's Exhibits 53, 55, and 61, the parties stipulate to their authenticity in all respects except for the authenticity of Ariel Emanuel's signature.

Respectfully submitted,

*Allison Manger*
_____
Jan Paul Miller
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101-1611
(314) 552-6365 (telephone)
(314) 552-7365 (facsimile)

Allison Manger (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

_____
C. Allen Foster (D.C. Bar No. 411662)
Kevin E. Stern (D.C. Bar No. 459214)
GREENBERG TRAURIG, LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20006
(202) 331-3102 (telephone)

(202) 331-3101 (facsimile)

*Attorneys for Defendant Source Interlink Companies, Inc.*