IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Civil Action No. 1:05CV01039 (JGP) |
| SOURCE INTERLINK COMPANIES, INC., | ) ) ) |
| *Defendant*. | ) ) |

PLAINTIFF'S PROPOSED VOIR DIRE

Plaintiff presents the following questions as its proposed voir dire in this action:

1.  Plaintiff Jonathan Ledecky d/b/a Ironbound Partners is represented by Mr. Jan Paul Miller, Mr. Harvey Levin, and Mrs. Allison Manger of Thompson Coburn LLP. Have any of the members of the jury, members of their family or close friends, known or ever been represented by Mr. Miller, Mr. Levin, Mrs. Manger, their law firm, or have any knowledge of any kind about them or their firm?

2.  Plaintiff Jonathan Ledecky d/b/a Ironbound Partners was previously represented by Mr. Matthew Schwartz of Thompson Coburn LLP and Marcus & Millichap Real Estate Investment Brokerage Company. Have any of the members of the jury, members of their family or close friends, known or ever been represented by Mr. Schwartz or have any knowledge of any kind about him?

3.  Defendant Source Interlink Companies, Inc. is represented by Mr. Kevin Stern, Mr. C. Allen Foster, Mr. Geoffrey Greeves, and Ms. Maria Hallas of Greenburg Traurig, LLP. Have any of the members of the jury, members of their family or close friends, known or ever

been represented by Mr. Stern, Mr. Foster, Mr. Greeves, Ms. Hallas, or have any knowledge of any kind about them or their firm?

  4.  Does anyone on the jury panel know each other?

  5.  Have any of you, or members of your family, been a party to a lawsuit?

    a.  What were the circumstances of the suit?

    b.  What was the result?

  6.  Have any of you ever had an experience with a referral or finder's fee agreement before?

    a.  What was that experience?

  7.  Have any of you ever been involved in the breach of a contract?

  8.  Have any of you ever been in a situation where you believed someone had breached a contract?

  9.  Have any of you ever been employed by or known anyone that has been employed by any party to this case?

  10.  Do any of you have any knowledge about this case or what the facts purport to be other than what you have heard in this courtroom today?

  11.  Have any of the members of the jury, members of their family or close friends, ever known or conducted business with Mr. S. Leslie Flegel, Mr. Doug Bates, Mr. James R. Gillis, Source Interlink Companies, Inc., or have any knowledge of any kind about Messrs. Flegel, Bates and Gillis or Source?

  12.  Have any of the members of the jury, members of their family or close friends, ever known or conducted business with Mr. Jonathan Ledecky, Ironbound Partners, or have any knowledge of any kind about Mr. Ledecky or Ironbound?

- 3 -

13. Have any of the members of the jury, members of their family or close friends, ever known or conducted business with Mr. Ariel Emanuel or The Endeavor Agency, LLC, or have any knowledge of any kind about Mr. Emanuel or Endeavor?

14. Have any of the members of the jury, members of their family or close friends, ever known or conducted business with Ms. Erika Paulson, Mr. Ron Burkle, The Yucaipa Companies, LLC, or have any knowledge of any kind about Ms. Paulson, Mr. Burkle, or Yucaipa?

15. Have any of the members of the jury, members of their family or close friends, ever known or conducted business with Alliance Entertainment Corp., or have any knowledge of any kind about that company?

16. Have any of you ever taken any law courses or had any legal training?

17. Have any of you worked in the field of law?

18. Have any of you ever served on a jury before?

    a. Were you the Foreman?

    b. What was the case about?

    c. Were you able to reach a verdict?

    d. Is there anything about your previous experience as a juror that would prevent you from rendering a fair and impartial verdict in this case?

14. Do any of you know any of the parties to this case or have you ever heard about them before today? How? When? Where?

15. Please briefly describe your job or profession, and that of your spouse where applicable.

16. Briefly describe your prior work experience.

17. Do any of you have any reason to believe that you should not serve on this jury based on what you have heard thus far?

18. Some of you may know a reason why you should not sit as a juror on this case, and I simply have not asked a question that brings forth that information. If any of you feel that you know of such a reason, please tell me.

Respectfully submitted,

   /s/ Harvey A. Levin
Jan Paul Miller
 THOMPSON COBURN LLP
 One U.S. Bank Plaza
 St. Louis, Missouri  63101-1611
 (314) 552-6365 (telephone)
 (314) 552-7365 (facsimile)

Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600
 Washington, D.C.  20006-1167
 (202) 585-6900 (telephone)
 (202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2006, a true and correct copy of the foregoing Plaintiff's Proposed Voir Dire, was mailed electronically through CM/ECF to:

> Kevin E. Stern
> C. Allen Foster
> Geoffrey Greeves
> Maria Hallas
> GREENBERG TRAURIG, LLP
> 800 Connecticut Ave., N.W.
> Suite 500
> Washington, D.C.  20006

/s/ Allison Manger