# APPENDIX A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,<br><br>    Plaintiff,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    Defendant. | Case No. 1:05CV01039 (JGP) |

**DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S DEPOSITION
DESIGNATIONS**

Pursuant to the Court's Order for Pretrial Conference, Defendant Source Interlink Companies, Inc. ("Source") respectfully submits the portions of the following depositions that Source may introduce at trial in lieu of live testimony from these witnesses:

| DEPONENT | Date | Designation |
|---|---|---|
| Ariel Z. Emanuel | May 18, 2006 | |
| | | 9:18 - 11:6 |
| | | 11:15 - 12:4 |
| | | 12:13 - 13:25 |
| | | 14:10 - 14:19 |
| | | 15:1 - 15:18 |
| | | 16:10 - 18:9 |
| | | 18:17 - 19:9 |
| | | 19:13 - 21:15 |
| | | 25:8 - 25:12 |
| | | 28:14 - 32:12 |
| | | 35:8 - 37:8 |
| | | 39:5 - 40:8 |
| | | 45:20 - 48:14 |
| | | 50:11 - 51:13 |
| | | 51:22 - 52:20 |

| | | |
|---|---|---|
| | | 53:3 - 55:17 |
| | | 55:24 - 56:25 |
| | | 58:16 - 58:18 |
| | | 58:21 |
| | | 58:23 - 60:6 |
| | | 63:18 - 66:9 |
| | | 67:1 - 67:13 |
| | | 67:18 - 69:9 |
| | | 69:20 - 70:15 |
| | | 71:5 - 71:12 |
| | | 72:14 - 72:19 |
| | | 82:9 - 82:14 |
| | | 82:21 - 85:25 |
| | | 86:4 - 86:5 |
| | | 86:12 - 87:7 |
| | | 88:16 - 91:12 |
| | | 92:2 - 92:10 |
| | | 95:3 - 95:19 |
| | | 97:13 - 98:8 |
| | | 102:6 - 103:18 |
| | | 118:25 - 120:7 |
| | | |
| **Erika Paulson** | **May 17, 2006** | |
| | | 7:15 - 10:21 |
| | | 11:1 - 15:7 |
| | | 15:21 - 16:3 |
| | | 16:7 - 21:7 |
| | | 22:22 - 24:9 |
| | | 24:14 - 24:20 |
| | | 27:10 - 30:25 |
| | | 31:5 - 31:25 |
| | | 32:10 - 39:3 |
| | | 40:18 - 42:4 |
| | | 42:20 - 43:6 |
| | | 44:2 - 44:11 |
| | | 45:7 - 45:18 |
| | | 51:11 - 55:21 |
| | | 57:21 - 59:1 |
| | | 59:9 - 59:13 |

|  |  | |
|--|--|--|
|  |  | 60:2 - 60:8 |
|  |  | 60:25 - 6110 |
|  |  | 63:20 - 64:3 |
|  |  | 74:8 - 75:2 |
|  |  | 89:18 - 93:17 |
|  |  | 104:24 - 105:13 |
|  |  | 106:14 - 110:16 |
|  |  | 113:17 - 115:7<br>115:8 - 116:20 |
|  |  | 125:4 - 126:4 |

Respectfully submitted,

/s/ Kevin E. Stern                    .
Kevin E. Stern (Bar No. 459214)
Geoffrey J. Greeves (Bar No. 463035)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC  20006
Tel:  (202) 331-3100
Fax:  (202) 331-3101

*Counsel for Defendant Source Interlink Companies, Inc.*

Dated:  September 29, 2006