# APPENDIX B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, <br><br> Plaintiff, <br><br> v. <br><br> SOURCE INTERLINK COMPANIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05CV01039 (JGP) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS**

Pursuant to the Court's Order for Pretrial Conference, Defendant Source Interlink Companies, Inc. ("Source") respectfully submits the following (1) objections to Plaintiff's designated deposition testimony and proposed counter-designations to Source's designated deposition testimony; and (2) counter-designations to Plaintiff's designated deposition testimony that Source may seek to introduce at trial:

| DEPONENT | Date | Plaintiff's Designation/Counter-Designation | Source's Objection | Source's Counter-Designation |
|---|---|---|---|---|
| Ariel Z. Emanuel | May 18, 2006 | 9:18-24 | | |
| | | 12:2-13:25 | | |
| | | 18:17-21:15 | | |
| | | 24:10-26:4 | Source objects to 24:10-25:7 on grounds of relevance, FRE 403, lack of foundation, improper opinion | |
| | | 26:19-28:12 | Source objects on grounds of relevance, FRE 403, lack of foundation, improper opinion | |
| | | 35:8-37:15 | | |
| | | 44:15-45:1 | | |
| | | 45:20-47:21 | | 47:22-48:14 |
| | | 50:14-51:13 | | 50:11-13, |
| | | 52:5-20 | | 51:22-52:4 |
| | | 53:3-16 | | 53:17-54:4 |
| | | 54:5-57:21 | Source objects to 57:1-21 on grounds of relevance, FRE 403, lack of foundation | |
| | | 58:16-58:18 | | |
| | | 58:21 | | |
| | | 58:23-60:6 | | |
| | | 62:8-63:2 | | |
| | | 63:18-69:9 | Source objects to 67:14-17 on grounds of relevance | |
| | | 69:20-71:20 | Source objects to 71:14-20 on grounds of hearsay | 71:21 |
| | | 73:11-20 | | |
| | | 77:6-82:7 | Source objects to 81:1-82:7 on | |

| | | | grounds of relevance, FRE 403, lack of foundation, lack of personal knowledge, and for the reasons stated in Source's Motion In Limine re SEC statements | |
|---|---|---|---|---|
| | | 82:9-82:14 | | |
| | | 86:4-86:5 | | |
| | | 86:12-87:7 | | |
| | | 88:16-91:12 | | |
| | | 92:2-92:10 | | |
| | | 93:23-94:3 | | 95:3-19 |
| | | 96:4-96:13 | Source objects to 96:4-13 for the reasons stated in Source's Motions In Limine re SEC statements | |
| | | 110:8-21 | Source objects to 110:8 on grounds of relevance, FRE 403, lack of foundation | |
| **S. Leslie Flegel** | **May 4, 2006** | | | 12:20-23 |
| | | 13:17-14:19 | | 13:1-14:5 |
| | | 14:25-15:23 | Source objects to 15:8-12 on grounds of lack of foundation, relevance | |
| | | | | 17:4-11 |
| | | 19:16-20:7 | Source objects to 20:3-7 on grounds of relevance; See also Source's Motion In Limine re: Payments | |
| | | 20:17-21 | Source objects to 20:17-21 on grounds of relevance; See also | |

| | | | | |
|---|---|---|---|---|
| | | | Source's Motion In Limine re: Payments | |
| | | 21:23-22:3 | Source objects on grounds of relevance | |
| | | 23:2-4 | | |
| | | 33:14-15 | | |
| | | 34:11-37:16 | Source objects to 37:5-16 on grounds of relevance | |
| | | 38:5-8 | | |
| | | 39:25-40:10 | | |
| | | 42:25-45:3 | Source objects to 42:25-43:4 on grounds of relevance, hearsay; Source objects to 43:7-44:2 on grounds of relevance, hearsay; Source objects to 44:3-7 on grounds of relevance; Source objects to 44:8-13 on grounds of foundation, assumes facts; Source objects to 44:20-45:3 on grounds of relevance, hearsay | |
| | | | | 45:4-17 |
| | | | | 45:19-25 |
| | | | | 46:1-5 |
| | | 48:2-49:3 | Source objects on grounds that the offered document speaks for itself | |
| | | 51:20-25 | | |
| | | 53:15-24 | | |
| | | 54:3-55:10 | Source objects to 54:8-20 on grounds that the offered document speaks for | |

| | | | itself;<br>Source objects to 55:1-5 on grounds that the offered document speaks for itself | |
|---|---|---|---|---|
| | | 56:20-25 | | |
| | | 57:24-59:12 | Source objects to 58:9-17 on grounds that the offered document speaks for itself;<br>Source objects to 58:24-59:12 as argumentative, document speaks for itself | |
| | | 61:2-62:13 | | |
| | | 64:14-21 | | |
| | | 65:9-67:5 | Source objects to 65:9-15 on grounds that the offered document speaks for itself | |
| | | 67:24-68:4 | Source objects on grounds that the offered document speaks for itself | |
| | | 71:18-23 | | |
| | | 72:5-21 | | |
| | | 73:3-74:9 | Source objects to 73:6-9 on grounds of relevance | |
| | | 75:22-76:1 | | |
| | | 77:2-5 | | |
| | | 79:16-82:22 | Source objects to 81:9-81:25 on grounds of hearsay | |
| | | 84:11-15 | | 82:24-83:19 |
| | | | | 84:19-85:2 |
| | | | | 85:10-21 |
| | | | | 89:21-90:14 |
| | | 91:1-93:10 | Source objects to 91:16-92:2 on | |

| | | | | |
|---|---|---|---|---|
| | | | grounds of hearsay; Source objects to 92:17-93:10 on grounds of hearsay | |
| | | 93:20-94:5 | Source objects to 93:20-25 on grounds of hearsay; Source objects to 94:2-4 on grounds of hearsay | |
| | | 94:12-24 | | |
| | | 97:25-98:6 | | |
| | | 98:13-99:13 | | |
| | | 103:4-104:17 | | |
| | | 105:20-106:23 | Source objects to 106:1-21 on grounds of foundation, relevance; Source objects to 106:22-23 on grounds that counsel is testifying, argumentative | |
| | | 107:3-5 | Source objects as argumentative | |
| | | 108:6-110:15 | Source objects to 109:10-13 on grounds of hearsay; Source objects to 109:23-110:9 on grounds of hearsay | |
| | | 112:9-113:18 | Source objects to 113:6-14 on grounds that the document speaks for itself, relevance | |
| | | 114:9-115:7 | Source objects to 11:14-18-115:1 on grounds that the document speaks for itself | |
| | | 122:14-123:23 | Source objects to 123:18-23 on grounds of hearsay | |

|  |  |  |  | 125:1-11 |
|---|---|---|---|---|
|  |  |  |  | 125:20-21 |
|  |  | 126:7-127:7 | Source objects on grounds of relevance, FRE 408; See Source's Motions In Limine on Settlement Discussions and on Payments |  |
|  |  | 131:3-8 | Source objects on grounds of relevance; See Source's Motion In Limine on Payments |  |
|  |  | 133:7-10 | Source objects as argumentative and assumes facts, counsel is testifying, relevance. See Source's Motion In Limine on Payments. |  |
|  |  | 137:9-18 |  |  |
|  |  | 138:20-139:13 | Source objects on grounds that the document speaks for itself, argumentative | 139:17-140:1 |
|  |  | 146:24-147:7 |  | 147:8-148:10 |
|  |  |  |  | 149:4-150:1 |
|  |  | 150:22-151:13 |  | 151:14-25 |
|  |  | 152:8-153:24 | Source objects to 152:8-153:12, on grounds of FRE 408; See Source's Motion In Limine on Settlement Discussions |  |
|  |  | 156:8-25 |  | 157:13-18 |
|  |  | 157:19-22 |  |  |
|  |  | 158:9-11 | Source objects on the grounds that this calls for a legal conclusion, lack of foundation |  |

| | | | | |
|---|---|---|---|---|
| | | 158:15-159:10 | Source objects to 158:21-159:10 on grounds of relevance, FRE 408; See Source's Motion In Limine on Settlement Discussions | 160:25-161:8 |
| | | 162:10-166:4 | Source objects to 162:21-163:9 as argumentative, document speaks for itself. Source objects to 164:9-165:5 on grounds of hearsay Source objects to 165:6-166:4, FRE 408; See Source's Motion In Limine on Settlement Discussions | |
| | | 166:9-16 | Source objects, FRE 408; See Source's Motion In Limine on Settlement Discussions | |
| | | 169:15-170:3 | Source objects on grounds of relevance; FRE 403; See Source's Motion In Limine on Payments | |
| | | 176:12-177:11 | Source objects on grounds of relevance, FRE 403; See Source's Motion In Limine on Payments | |
| | | 180:17-183:19 | Source objects on grounds of relevance, FRE 403; See Source's Motion In Limine on Payments | |
| | | 187:3-23 | Source objects on | 189:1-4 |

| | | | grounds of relevance, FRE 403; See Source's Motion In Limine on Payments. | |
|---|---|---|---|---|
| | | 193:12-194:4 | Source objects on grounds of relevance, FRE 403, damages are not an issue in this phase of the case | |
| **Doug Bates** | **May 5, 2006** | 7:5-20 | | |
| | | 9:2-7 | | |
| | | 13:14-14:5 | | 14:21-15:12 |
| | | | | 21:12-16 |
| | | | | 21:24-22:11 |
| | | | | 22:17-23:5 |
| | | 24:2-27:10 | Source objects to 24:11-27:10 on grounds that document speaks for itself | 28:13-25 |
| | | 30:1-33:22 | | |
| | | 34:15-24 | | 37:3-38:4 |
| | | 38:5-7 | | 38:8-9 |
| | | 38:10-22 | | |
| | | 39:12-15 | Source objects on grounds that document speaks for itself | 39:21-40:12 |
| | | 41:2-42:12 | Source objects to 41:2-10 on grounds that document speaks for itself; Source objects to 41:11-18 on grounds of foundation, assumes facts; Source objects to 42:1-42:10 on grounds that document speaks for | |

| | | | itself | |
|---|---|---|---|---|
| | | 42:15-25 | Source objects to 42:11-25 on grounds that document speaks for itself | |
| | | 43:21-44:9 | Source objects on grounds that document speaks for itself | 44:15-21 |
| | | 44:25-46:24 | Source objects to 44:25-45:7 on grounds that document speaks for itself | 47:20-48:9 |
| | | | | 49:2-25 |
| | | | | 50:12-22 |
| | | 50:23-51:1 | | 51:15-22 |
| | | 53:2-11 | | |
| | | 53:16-54:11 | | |
| | | 56:20-22 | | |
| | | 57:2-6 | Source objects on grounds that document speaks for itself | |
| | | 61:17-62:2 | Source objects on grounds of lack of personal knowledge | |
| | | 64:1-65:1 | Source objects to 64:5-15 on grounds of hearsay | |
| | | 66:11-18 | | |
| | | 68:15-73:21 | Source objects to 68:15-71:2 on grounds of lack of personal knowledge; Source objects to 72:23-73:12 on grounds of lack of personal knowledge | |
| | | 74:17-75:7 | | |
| | | 76:5-14 | Source objects on grounds of lack of personal knowledge | |

| | | | | |
|---|---|---|---|---|
| | | 79:12-15 | | |
| | | 82:5-15 | | |
| | | 83:12-84:12 | | |
| | | 86:8-88:1 | Source objects to 86:8-15 on grounds of lack of personal knowledge; Source objects to 87:4-88:1 on grounds that document speaks for itself | |
| | | 88:10-89:3 | Source objects to 88:20-21 on grounds of relevance, FRE 403; See Source's Motion In Limine on Payments; Source objects to 88:25-89:3 on grounds of relevance, FRE 403; See Source's Motions In Limine on Payments. | |
| | | 91:14-22 | Source objects to 91:19-22 on grounds of lack of personal knowledge, foundation | 93:9-18 |
| | | 101:9-102:25 | Source objects on grounds of relevance; document speaks for itself | |
| | | 104:4-20 | Source objects on grounds of relevance, FRE 403, document speaks for itself; See also Source's Motion In Limine on Payments | |
| | | 106:10-14 | | |
| | | 107:15-108:8 | Source objects to | 108:9-17 |

| | | | | |
|---|---|---|---|---|
| | | | 107:15-108:4 on grounds of foundation, relevance, lack of personal knowledge; See also Source's Motion In Limine on Payments | |
| | | | | 108:19-21 |
| | | | | 108:23-109:5 |
| | | 112:20-114:20 | Source objects on grounds of relevance, FRE 403; See also Source's Motion In Limine on Payments | |
| | | 115:12-14 | Source objects on grounds of relevance, FRE 403; See also Source's Motion In Limine on Payments | |
| | | 117:12-118:17 | | 118:18-119:24 |
| | | 122:25-125:5 | | 125:6-126:10 |
| | | | | 126:12-127:4 |
| | | | | 127:6-8 |
| | | | | 127:10-128:5 |
| | | | | 128:9-129:3 |
| | | 129:4-130:11 | Source objects on grounds of FRE 408; See Source's Motion In Limine on Settlement Discussions | |
| **James Gillis** | **May 3, 2006** | 27:1-29:14 | | |
| | | 29:23-30:18 | | |
| | | | | 32:6-19 |
| | | 33:20-34:13 | Source objects to 33:20-34:6 on grounds of relevance, lack of personal knowledge | 34:14-35:14 |
| | | 35:15-37:16 | | 37:17-38:3 |

| | | | | |
|---|---|---|---|---|
| | | 38:6-39:15 | Source objects to 39:6-10, on grounds of FRE 404 and 608 | |
| | | 40:5-7 | Source objects on the grounds of FRE 404 and 608 | 40:18-41:2 |
| | | 41:22-43:9 | | 41:5-12 |
| | | | | 45:7-14 |
| | | | | 45:18-47:9 |
| | | | | 47:22-48:5 |
| | | 48:6-19 | | 48:20-49:23 |
| | | 49:24-50:5 | | 50:6-15 |
| | | 52:17-53:15 | Source objects to 53:8-15 on grounds of relevance | |
| | | 55:16-24 | Source objects on grounds of relevance | 55:25-56:1 |
| | | | | 56:5-8 |
| | | | | 56:10-20 |
| | | 56:21-57:10 | | |
| | | | | 65:6-14 |
| | | | | 65:17-21 |
| | | 66:8-69:18 | Source objects to 66:13-68:14 on grounds of relevance, FRE 403, assumes facts, lacks foundation for term "business relationship", FRE 701, lay opinion; See also Source's Motion In Limine on Lay Opinion Testimony | |
| | | | | 71:8-13 |
| | | | | 71:17-22 |
| | | | | 71:24-72:1 |
| | | | | 72:3-22 |
| | | | | 72:24-25 |
| | | | | 78:9-12 |

| | | | | 78:14-15 |
|---|---|---|---|---|
| | | | | 78:19-21 |
| | | | | 78:23-24 |
| | | | | 79:1-10 |
| | | 79:11-16 | | |
| | | | | 79:17-24 |
| | | | | 80:3-5 |
| | | | | 80:7-8 |
| | | 80:10-16 | Source objects on grounds that the question is argumentative; document speaks for itself | |
| | | | | 80:17-19 |
| | | | | 80:21-22 |
| | | | | 80:25-81:1 |
| | | 81:2-9 | | |
| | | 81:10-82:13 | | |
| | | 83:23-84:22 | | |
| | | | | 83:10-22 |
| | | 89:21-90:16 | Source objects on grounds of lack of foundation and lack of personal knowledge | |
| | | 90:18-22 | Source objects on grounds of lack of foundation, document speaks for itself | |
| | | 91:17-25 | | |
| | | | | 92:1-21 |
| | | 92:22-93:4 | Source objects to 93:2-4 on grounds of relevance | |
| | | | | 93:5-20 |
| | | 94:12-16 | | |
| | | 94:22-25 | | |
| | | 95:17-97:19 | Source objects to 95:17-97:10 on grounds of relevance, lack of | |

| | | | foundation, document speaks for itself | |
|---|---|---|---|---|
| | | | | 98:6-12 |
| | | 98:16-99:1 | | |
| | | 99:15-103:5 | | 103:6-103:23 |
| | | | | 105:3 |
| | | | | 105:11-22 |
| | | | | 106:10-20 |
| | | 108:13-20 | | 108:21-109:5 |
| | | | | 109:7-110:21 |
| | | | | 110:22 |
| | | | | 111:2-4 |
| | | | | 111:16-22 |
| | | | | 113:1-6 |
| | | | | 113:8-9 |
| | | | | 113:11-25 |
| | | 114:1-9 | | |
| | | | | 120:4-15 |
| | | 120:16-24 | | |
| | | | | 121:3-122:18 |
| | | | | 123:1-125:5 |
| | | 126:10-127:14 | | 127:15-128:15 |
| | | | | 128:21-129:11 |
| | | 132:1-8 | | |
| | | 137:18-138:1 | | |
| | | 138:19-140:8 | | |
| | | 141:11-23 | | |
| | | 142:11-144:18 | Source objects on grounds of relevance | |
| | | 145:18-146:2 | Source objects on grounds of relevance | |
| | | 146:5-147:5 | Source objects on grounds of relevance | |
| | | 147:14-150:11 | | |
| | | 153:7-16 | | |
| | | 153:23-154:2 | | |
| | | 154:13-16 | | |

|  |  |  |  | 155:17-156:5 |
|---|---|---|---|---|
|  |  | 156:18-157:23 | Source objects to 156:18-157:3 on grounds of lack of foundation, relevance, argumentative; Source objects to 157:11-157:25 on grounds of relevance, FRE 403; <u>See</u> Source's Motion In Limine on Payments |  |
|  |  | 158:10-14 |  | 165:8-166:14 |
|  |  | 166:15-167:6 |  |  |
|  |  | 169:20-170:22 |  | 170:23-171:10 |
|  |  | 171:11-172:6 |  | 172:7-174:13 |
|  |  |  |  | 174:23-175:12 |
|  |  | 176:13-177:8 |  | 178:4-9 |
|  |  |  |  | 179:12-180:7 |
|  |  |  |  | 182:6-14 |
|  |  | 183:13-19 |  |  |
|  |  | 186:5-23 | Source objects to 186:21-186-23 on grounds of relevance, FRE 403; <u>See also</u> Source's Motion In Limine on Payments |  |
|  |  | 186:25 | Source objects on grounds of relevance, FRE 403; <u>See also</u> Source's Motion In Limine on Payments |  |
|  |  | 187:2-8 | Source objects to 187:2-5 on grounds of relevance, FRE 403; <u>See also</u> Source's Motion In Limine on Payments |  |
|  |  | 189:18-19 | Source objects on grounds of |  |

| | | | | |
|---|---|---|---|---|
| | | | relevance; See also source's Motion In Limine on Equitable Claims Evidence | |
| | | 189:21-190:21 | Source objects on grounds of relevance; see also source's Motion In Limine on Equitable Claims Evidence | |
| | | 195:19-200:5 | Source objects on grounds of relevance; damages are not an issue in this phase of the trial | |
| **Erika Paulson** | **May 17, 2006** | 24:21-25:21 | Source objects to 24:21-25:10 on grounds of lack of foundation; personal knowledge | |
| | | 31:1-4 | Source objects on grounds of lack of foundation; personal knowledge | |
| | | 47:13-48:17 | Source objects to 47:13-48:11 on grounds of lack of foundation; personal knowledge Source objects to 48:12-17 on grounds of calling for a legal conclusion; lack of foundation; lay witness opinion; | |
| | | 94:2-96:10 | Source objects to 94:18-95:21 on grounds that the document speaks for itself; hearsay; lack of foundation. Source objects to 96:7-96:21 on | |

WDC 371349491v1 9/29/2006                17

| | | | |
|---|---|---|---|
| | | | grounds of hearsay; lack of personal knowledge; lack of foundation | |
| | | 99:22-100:21 | Source objects to 100:4-100:9 on grounds that the question is compound and leading<br>Source objects to 100:13-100:21 on grounds that the questions are argumentative | |

                                          Respectfully submitted,

                                          /s/ Kevin E. Stern              .
                                          Kevin E. Stern (Bar No. 459214)
                                          Geoffrey J. Greeves (Bar No. 463035)
                                          GREENBERG TRAURIG, LLP
                                          800 Connecticut Avenue, NW
                                          Suite 500
                                          Washington, DC  20006
                                          Tel:  (202) 331-3100
                                          Fax:  (202) 331-3101

                                          *Counsel for Defendant Source Interlink Companies, Inc.*

Dated:  September 29, 2006