# APPENDIX C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,<br><br>Plaintiff,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>Defendant. | Case No. 1:05CV01039 (JGP) |

**DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S**
**TRIAL EXHIBIT LIST**

Pursuant to this Court's Order for Pretrial Conference, Defendant Source Interlink Companies, Inc. ("Source") respectfully submits its trial exhibit list.

## DEFENDANT SOURCE INTERLINK COS., INC.
## TRIAL EXHIBIT LIST

| Exhibit No. | Description | Date | Bates |
|---|---|---|---|
| 1 | Letter from T. McGuire to J. Ledecky with attached Non-Disclosure Agreement | 4/21/2004 | D-0468 - 0471 |
| 2 | Email from J. Ledecky to T. McGuire requesting Non-Disclosure Agreement and Confidentiality Agreement | 4/22/2004 | |
| 3 | Reply email from T. McGuire to J. Ledecky Confirming transmittal of Confidentiality and Non-Disclosure Agreements | 4/22/2004 | |
| 4 | Email from T. McGuire to J. Ledecky with attached Mutual Non-disclosure Agreement | 4/22/2004 | D-0462 - 0465 |
| 5 | Email between J. Gillis and J. Ledecky regarding opportunity for Source and compensation for arranging opportunity | 4/22/2004 | D-0475 |
| 6 | Email from J. Ledecky to T. McGuire regarding update on Source with attached Commission Agreement | 4/25/2004 | |
| 7 | Email from J. Ledecky, to D. Bates regarding conversation with L. Flegel from Greece | 4/25/2004 | D-0477 |
| 8 | Email between J. Gillis and J. Ledecky regarding conversation with L. Flegel | 4/25/2004 | D-0476 |
| 9 | Mutual Non-Disclosure Agreement signed by D. Bates and T. McGuire | 4/26/2004 | D-0429 - 0432 |
| 10 | Unsigned Referral Agreement | 4/26/2004 | IB 00567 - 0569 |
| 11 | Referral Agreement signed by J. Ledecky and D. Bates | 4/26/2004 | IB 00001 - 0003 |

| 12 | Email between D. Bates and J. Ledecky regarding potential compensation for making deal happen between Source and potential business partner | 4/26/2004 | IB 00504 |
|---|---|---|---|
| 13 | Email from D. Bates to J. Ledecky attaching redraft of Proposed Engagement Agreement | 4/26/2004 | IB 00505 - 0509 |
| 14 | Email between D. Bates and J. Ledecky regarding comments on Proposed Referral Agreement | 4/26/2004 | IB 00510 |
| 15 | Email from D. Bates to J. Ledecky attaching proposed changes to Non-Disclosure Agreement | 4/26/2004 | IB 00511 |
| 16 | Email from J. Ledecky to T. McGuire regarding revision to Mutual Non-Disclosure Agreement | 4/26/2004 | |
| 17 | Email from J. Ledecky to T. McGuire with attached revisions to Non-Disclosure Agreement | 4/26/2004 | D-0457 |
| 18 | Email from D. Bates to J. Ledecky regarding removal of termination on sale language | 4/26/2004 | IB 00516 |
| 19 | Email between T. McGuire and J. Ledecky regarding revisions to Non-Disclosure Agreement | 4/26/2004 | IB 00517 |
| 20 | Fax to J. Ledecky of Non-Disclosure Agreement (signed by T. McGuire and D. Bates) | 4/27/2004 | IB 00534 |
| 21 | Email between D. Bates, J. Ledecky and D. Everett regarding confirming conference call and Non-Disclosure Agreement | 4/27/2004 | IB 00574 |
| 22 | Email from J. Ledecky to T. McGuire regarding faxing Non-Disclosure Agreement | 4/27/2004 | |
| 23 | Email between T. McGuire and J. Ledecky regarding signing the Non-Disclosure Agreement on behalf of Endeavor | 4/27/2004 | |

| 24 | Email between T. McGuire and J. Ledecky regarding signing the Non-Disclosure Agreement on behalf of Endeavor w/ handwritten notes | 4/27/2004 | D-0450 |
|---|---|---|---|
| 25 | Fax from J. Ledecky to D. Bates with attached Referral Agreement signed by D. Bates and J. Ledecky | 4/27/2004 | IB 0052 - 0528 |
| 26 | Fax to D. Bates with attached Mutual Non-Disclosure Agreement (signed only by D. Bates) | 4/27/2004 | IB 00529 - 0532 |
| 27 | Email from T. McGuire to J. Ledecky requesting additional background information about Source | 4/28/2004 | IB 00539 |
| 28 | Email between J. Gills and J. Ledecky regarding Endeavor trip to New York | 5/2/2004 | D-0478 |
| 29 | Email between J. Gillis, J. Ledecky, and D. Everett regarding scheduling of 5/12/04 meeting with Endeavor | 5/3/2004 | D-0480 |
| 30 | Email from J. Ledecky to J. Gillis background information for meeting with Endeavor | 5/11/2004 | D-0481 |
| 31 | Email between A. Emanuel and J. Ledecky regarding need for meeting with Source in New York (Source not having the luxury to wait) | 5/11/2004 | IB 00004 |
| 32 | Email between J. Ledecky and J. Gillis regarding cancellation of meeting with Endeavor | 5/11/2004 | D-0482 |
| 33 | Email between J. Gillis and J. Ledecky regarding confirming meeting with Endeavor | 5/11/2004 | D-0483 |
| 34 | Letter from A. Emanuel to R. Burkle regarding meeting and possibilities with Source | 5/13/2004 | |
| 35 | Global Phoneworks phone invoice to Source for L. Flegel calls for period 4/14/2004 - 5/7/2004 | 5/14/2004 | D-0339 - 0344 |
| 36 | Email from J. Ledecky to L. Flegel regarding Ledecky's conversation with Emanuel | 5/14/2004 | D-0484 |

| 37 | Email from J. Ledecky to R. Rosen regarding Endeavor lack of communication with Source | 6/8/2004 | |
| --- | --- | --- | --- |
| 38 | Memo from E. Paulson and K Marchetti to R. Burkle regarding overview of Source | 6/9/2004 | D-0365 - 0366 |
| 39 | Email from J. Ledecky to A. Emanuel regarding Source going ahead with DVD initiative without Endeavor | 6/13/2004 | |
| 40 | Email from J. Ledecky to L. Flegel regarding LA Meeting | 6/23/2004 | D-0488 |
| 41 | Email from J. Gillis to J. Ledecky regarding contacting L. Flegel | 6/23/2004 | D-048 |
| 42 | Minutes of Source Board Meeting (Update the Board on management's discussions with Alliance Entertainment Corp.) | 07/27/2004 | D-0364 |
| 43 | Minutes of Source Board Meeting (Update the Board on management's discussions with Alliance Entertainment Corp.) | 9/23/2004 | D-0558 |
| 44 | Chart: "Alliance Entertainment/Source Interlink List of Open Issues" detailing Alliance's and Source's Positions on Merger, Management, Stockholders' Agreements, and Capitalization Questions | 10/2004 | |
| 45 | Minutes of Source Board Meeting (Update Board on current business development initiatives) | 10/5/2004 | D-0559 - 0560 |
| 46 | Minutes of Source Board Meeting (Potential merger with Alliance Entertainment Corp) | 11/17/2004 | D-0373 - 0377 |
| 47 | Press Release: Source Elects Founding Partner of Endeavor (A. Emanuel) to Board of Directors | 11/18/2004 | D-0378 - 0379 |
| 48 | Minutes of Source Board Meeting (Resolution to merge with Alliance Entertainment Corp) | 11/18/2004 | D-0380 - 0381 |

| 49 | Source S-4 Prospectus/Proxy Statement for Alliance merger | 1/19/2005 | D-0001 - 0338 |
| 50 | Email between D. Bates and T. McGuire regarding responses to Commission Agreement and options Source is willing to make part of its payment to Endeavor | 2/23/2005 | D-0552 |
| 51 | Email between D. Bates, L. Flegel and T. McGuire regarding Draft Engagement Letter Agreement (with attached draft) | 2/24/2005 | D-0553 - 0555 |
| 52 | Email from D. Bates to A. Emanuel regarding arranging payment of $1.5 million fee | 3/1/2005 | D-0556 |
| 53 | Draft Engagement Agreement | 3/2/2005 | D-0411 -0421 |
| 54 | Email from D. Bates to T. McGuire regarding Draft Engagement Agreement (with draft containing handwritten notes) | 3/21/2005 | |
| 55 | Minutes of Source Board Meeting (Agreement with Endeavor) | 4/4/2005 | D-0433 - 438 |
| 56 | Source letter terminating Referral Agreement with Ironbound | 9/7/2005 | D-0354 |
| 57 | Plaintiff's Response to Defendant's First Request for Admissions | 5/12/2006 | |
| 58 | Plaintiff's Response and Objections to Defendant's First Set of Interrogatories | 12/16/2005 | |
| 59 | Amended Complaint | 2/2/2006 | |