# APPENDIX E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,<br><br>      Plaintiff,<br><br>      v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>      Defendant. | Case No. 1:05CV01039 (JGP) |

**DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S
PROPOSED VOIR DIRE QUESTIONS**

Pursuant to this Court's Order for Pretrial Conference, Defendant Source Interlink Companies, Inc. ("Source") respectfully submits the following proposed *voir dire* questions:

1. Do you have any knowledge about this case other than what the lawyers and the Court have said to you in this courtroom, and if so, how do you have such knowledge?

2. Do you know any of the individuals seated in this courtroom, and if so, how do you know them?

3. Do you know any of the lawyers in this case, and if so, how?:

   Jan Paul Miller
   Allison Manger (Sinoski),
   Kevin Stern
   Geoffrey Greeves

4. Do you know or have you ever heard of the following persons or companies, and if so, how do you know or did you hear about them?:

   Jonathan Ledecky
   Ironbound Partners
   Source Interlink Companies, Inc.
   Alliance Entertainment Corporation
   The Yucaipa Companies, LLC

        Ron Burkle
        Endeavor Agency, LLC
        Greenberg Traurig, LLP
        Thompson Coburn, LLP

5. Do you know or have you ever heard of any of the following persons who are expected to testify in this trial, and if so, how do you know or did you hear about them?:

        Douglas J. Bates
        S. Leslie Flegel
        Jim Gillis
        Ari Emanuel
        Erika Paulson

6. Have you or any member of your family ever been employed in the entertainment industry?

7. Have you or any member of your family ever been a party to a referral or finder's fee agreement?

8. Have you ever served on a jury before?

9. Have you ever been the victim of a crime?

10. Have you or any member of your family worked in the legal system?

11. Are there any lawyers in your family?

12. Have you ever been employed as a venture capitalist?

13. Have you or any member of your family ever been paid or denied a referral or finder's fee?

14. Have you or any member of your family ever paid someone a referral or finder's fee?

15. Have you ever held a real estate or business broker's license?

16. Have you ever been a party to a lawsuit? Plaintiff or defendant?

17. Have you ever negotiated a contract?

18. Do you have any difficultly reading or understanding English?

19. Have you ever been involved in the negotiation of a merger or acquisition agreement?

20. Have you ever owned a business?

21. Have you ever been involved in the sale of a business?

22. Do you understand that parties can agree to do and not do certain things and put such agreement in a writing called a contract?

23. Have you ever been involved in a dispute over a contract?

24. Have you ever accused someone of breaching a contract?

25. Have you ever been accused of breaching a contract?

26. Have you ever entered into a non-disclosure agreement or NDA?

27. Have you ever filed a lawsuit?

28. Have you ever been sued?

29. Have you ever had a disagreement about the meaning of the terms of a contract you signed?

30. If the facts and terms of a contract warranted it, could you decide against a party even if you felt that was not a fair or just result?

31. Would you, having reached a determination on the basis of the evidence, or lack of it, change your mind merely to join a majority of the jurors who reached a different determination?

32. Do you know of any possible reason whatsoever why you could not serve impartially in this case and fairly weigh the evidence and render a true and just verdict according to the law as it will be explained to you by the Court?

33. Have you or any member of your family ever been employed by the Washington Capitals or Washington Wizards?

34. Have you ever had a job where more than half of your compensation was a year-end performance-based bonus?

35. Have you ever served on the board of directors of any company?

Respectfully submitted,

/s/ Kevin E. Stern
Kevin E. Stern (Bar No. 459214)
Geoffrey J. Greeves (Bar No. 463035)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
Tel: (202) 331-3100
Fax: (202) 331-3101

*Counsel for Defendant Source Interlink Companies, Inc.*

Dated: September 29, 2006