IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>SOURCE INTERLINK COMPANIES, INC.,  )<br>  )<br>Defendant.  )<br>_____) | Case No. 1:05CV01039 (JGP) |

## ORDER

Upon consideration of Defendant Source Interlink Companies, Inc.'s Motion *in Limine* to Preclude Plaintiff From Asserting an Estoppel Claim, any opposition thereto, and the applicable law, and for good cause shown, it is hereby ORDERED that

1. Defendant's Motion is GRANTED; and

2. Plaintiff is precluded from asserting an estoppel claim.

IT IS SO ORDERED.

This _____ day of _____, 2006.


_____
United States District Judge

copies to:

Jan Paul Miller, Esq.
Allison Manger, Esq.
THOMPSON COBURN, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006