IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SOURCE INTERLINK COMPANIES, INC., )<br>)<br>Defendant. )<br>_____) | Case No. 1:05CV01039 (JGP) |

## ORDER

Upon consideration of Defendant Source Interlink Companies, Inc.'s Motion *in Limine* to Exclude Evidence and/or Arguments Concerning Plaintiff's Now-Dismissed Equitable Claims, any opposition thereto, and the applicable law, and for good cause shown, it is hereby ORDERED that

1. Defendant's Motion is GRANTED; and

2. Plaintiff is precluded from offering at trial any evidence and/or argument concerning or relating to his *quantum meruit* and/or unjust enrichment claims.

IT IS SO ORDERED.

This _____ day of _____, 2006.


_____
United States District Judge

5

copies to:

Jan Paul Miller, Esq.
Allison Manger, Esq.
THOMPSON COBURN, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006