IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    Defendant. | Case No. 1:05CV01039 (JGP) |

## ORDER

Upon consideration of Defendant Source Interlink Companies, Inc.'s Motion *in Limine* to Exclude Evidence Concerning the Payment of Bonuses, Fees and/or the Awarding of Employment Contracts in Connection With the Alliance Merger, any opposition thereto, and the applicable law, and for good cause shown, it is hereby ORDERED that

1. Defendant's Motion is GRANTED; and

2. Plaintiff is precluded from offering at trial any evidence and/or argument concerning or relating to the payment of bonuses, fees and/or the awarding of employment agreements or other compensation in connection with the Alliance merger.

IT IS SO ORDERED.

This _____ day of _____, 2006.

                                                        _____
                                                        United States District Judge

copies to:

Jan Paul Miller, Esq.
Allison Manger, Esq.
THOMPSON COBURN, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006