# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
JONATHAN LEDECKY d/b/a         ) Civil Action No.
IRONBOUND PARTNERS,            ) 1:05CV01039(JGP)
1400 34th Street NW            )
Washington, DC  20007          )
                               )
         Plaintiff,            )
                               )
    v.                         )
                               )
SOURCE INTERLINK COMPANIES,    )
INC.                           )
27500 Riverview Center Blvd.,  )
Suite 400                      )
Bonita Springs, FL  34134      )
                               )
         Defendant.            )
_____)
```

DEPOSITION OF ARIEL ZEV EMANUEL

Beverly Hills, California

Thursday, May 18, 2006


Reported by:
Carmen R. Sanchez
CSR No. 5060

Page 70

1 talking to Erika and Ron. And, finally, I think I had
2 one or two conversations with Ron and one or two
3 conversations with Erika about securing a payment for
4 myself if something transpired.
5 BY MR. MILLER:
6     Q     Okay. So it was in your interest to
7 make sure it kept on track?
8     A     Well, I wanted to get paid.
9     Q     Did you learn at some point that it did
10 get back to track; that is, the merger talks got back
11 on track?
12    A     Yeah -- yes.
13    Q     How did you find out?
14    A     I think -- I think Ron called me and
15 said that he had a good meeting with them.
16    Q     Do you recall --
17    A     Yeah, Ron had called me.
18    Q     Do you recall -- before you got that
19 call from Mr. Burkle, do you recall calling Mr. Flegel
20 and urging him to get back on the phone and start up
21 talks with Mr. Burkle again?
22    A     As I said to you, there was a couple --
23 I mean, I don't know if there was one call, three
24 calls, five calls. I don't remember. I had been
25 talking -- Leslie had talked to me. Erika talked to

Page 71

1 me. I think Ron talked to me a couple times. So I had
2 talked to him, and I was doing what I do on Leslie's
3 side; doing what I do on Ron's side.
4     Q     Okay.
5           At some point, after the talks got back
6 on track, you learned that they wanted you to be on the
7 board of directors of the new Source?
8     A     Yeah.
9     Q     Okay.
10          How did you find that out?
11    A     I'm not sure -- I think both Ron and
12 Leslie called me separately to tell me that.
13    Q     Okay.
14          Did they tell you why?
15    A     If I remember, Leslie's conversation is
16 that he thought I was very helpful in the process of
17 getting them back to the table; that he trusted me and
18 that -- that made it -- I don't remember his exact
19 words. That he trusted me, and he wanted me to be on
20 the board. I think Ron said something in the same
21 context.
22    Q     Okay.
23    A     I think in that conversation with Ron, I
24 think I said to him, "Where does it say that I get
25 paid?"

Page 72

1     Q     Okay. What was his reaction?
2     A     Well, he said to me -- I don't know if
3 it was on that call or on another call, when we were
4 negotiating the fee, he said that he had never paid
5 anybody -- you know, 'cause I think this is what his
6 company does. He buys companies. That he had paid
7 people certain amount of money, and that this was --
8 because I wanted more. He said that this was the right
9 amount, the amount that he was willing to pay me; and I
10 said I didn't think so and then -- then the
11 conversation ended. We ended the conversation, but I
12 said that if you want me on the board, I'd go on the
13 board.
14    Q     Did you discuss payment with Mr. Flegel?
15    A     No, not that I recall.
16    Q     Why not?
17    A     Because I was -- it was coming from the
18 context because of my relationship with Ron. I knew
19 Ron.
20    Q     Did you have any role in choosing any of
21 the other directors that ended up on the Source board?
22    A     Not that I recall, no.
23        MR. MILLER: Okay. Let me have this marked
24 Exhibit No. 7, please.
25          (Plaintiff's Exhibit 7 was marked for

Page 73

1 identification by the Certified Shorthand Reporter
2 and attached hereto.)
3 BY MR. MILLER:
4     Q     Showing you Exhibit No. 7, which is a
5 one-page E-mail from Doug Bates to you attaching a
6 consent form to be signed; is that correct?
7     A     That's what it looks like.
8     Q     Okay.
9           Do you recall getting that?
10    A     No, but so?
11    Q     Do you remember if you signed a consent
12 to be appointed to the board of Source Interlink
13 companies?
14    A     I don't know.
15    Q     You did agree, obviously, to go on the
16 board?
17    A     Yes.
18    Q     And you're currently on the board;
19 correct?
20    A     Correct.
21    Q     Do you recall other forms that you
22 signed with Source?
23    A     No.
24    Q     Just trying to jog your memory.
25          Could I have this marked as number

HAHN & BOWERSOCK (800) 660-3187 FAX (714) 662-1398