# EXHIBIT D

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION


JONATHAN LEDECKY d/b/a IRONBOUND
PARTNERS,

    Plaintiff,

    vs.                    CASE NO. 1:05 CV 01039

SOURCE INTERLINK COMPANIES, INC.,

    Defendant.
_____/


C O N F I D E N T I A L


VIDEOTAPED DEPOSITION OF: JIM GILLIS

| | |
|---|---|
| DATE: | May 3, 2006 |
| TIME: | 9:30 a.m. to 2:41 p.m. |
| LOCATION: | 27200 Riverview Center<br>Suite 309<br>Bonita Springs, FL |
| TAKEN BY: | Plaintiff |
| REPORTER: | Betty G. Althoff, RPR |

190

1  didn't put books and magazines in.
2    Q.   Uh-hmn.
3    A.   The company is bigger.
4    Q.   What else?
5    A.   Um, it was accretive.
6    Q.   I am sorry?
7    A.   It was accretive.
8    Q.   It was accretive, what does that mean?
9    A.   It means Alliance, you know, the cost of
10 the stock versus what we make on income was a better
11 thing than not.  We are better off with Alliance than
12 without them.
13   Q.   Okay.  Are you realizing more profits as a
14 result of it?
15   A.   Sure.
16   Q.   Approximately how much?
17   A.   I don't know the exact number.
18   Q.   Are we talking thousands, millions?
19   A.   Millions.
20   Q.   On an annual basis?
21   A.   Yes.
22   Q.   Millions, tens of millions?
23   A.   Millions -- but not with DVD's at
24 checkouts.
25   Q.   Okay.  Did you receive a bonus as a result

191

1  of this merger?
2    A.   Yes.
3    Q.   How much?
4    A.   I think, I figure I lost about a million
5  two.
6    Q.   How do you figure that?
7    A.   Because I had to waive a change of control
8  worth 1.5, and for that I think I got three hundred
9  thousand dollars.
10   Q.   What do you mean you had to waive a loss
11 of control for a million five?
12   A.   This merger wouldn't happen without me
13 waiving off a change of control, which this was
14 changing control of the company.
15   Q.   You need to explain what change in control
16 means.
17   A.   Change in control means it would be a
18 different company post-closing than it was before
19 closing.
20   Q.   Um-hmn.
21   A.   It would have a different board of
22 Directors I guess.
23   Q.   Okay.  So under the previous contract,
24 employment contract, that you had?
25   A.   That I had.

192

1    Q.   Were you entitled to payment in that
2  instance?
3    A.   Yes, I was.
4    Q.   Of how much?
5    A.   I think we figured it out to be a million
6  and a half dollars.
7    Q.   Do you have a change of control contract
8  clause in your current employment contract?
9    A.   Kind of, sort of.
10   Q.   What do you mean by that?
11   A.   I have one, if Flegel goes; if he stays
12 alive and well and stays, I don't.
13   Q.   What do you mean?  What do you get paid if
14 Mr. Flegel leaves the company?
15   A.   To the end of my employment agreement.
16   Q.   I don't understand what that means.
17   A.   If he -- my understanding of it -- I am
18 not a lawyer.  If he leaves the company, for whatever
19 reason, and there is a exchange of control, I have an
20 option to leave.
21   Q.   And you get paid?
22   A.   And get paid.
23   Q.   How much?
24   A.   Depending on what day it is.  It is tied
25 into how much money I make between now and the end of

193

1  the year, and my current salary and both, nothing
2  more or less.
3    Q.   So there is no -- is there a lump sum
4  payment?  I guess I am not following you.
5    A.   The lump sum payment, and the formula is
6  the time left on the contract.
7    Q.   Oh, so you get a lump sum payment, owing
8  you everything owed to you under the contract, but
9  you don't have to stay around to collect it?
10   A.   Correct.
11   Q.   Are you aware that others in, other people
12 at Source, received bonuses as a result of the
13 merger?
14   A.   I am now.
15   Q.   Okay.  What do you mean you are now?
16   A.   I just read it in the -- I forget where I
17 saw it.  Oh, I was looking on Yahoo the other day,
18 and I saw some of the bonuses, but I wasn't in the
19 loop on every bonus that was paid until recently.
20   Q.   Did you also, with your new employment
21 contract, did you also get a raise in your salary?
22   A.   No, I got a decrease of two thousand a
23 year.
24   Q.   Okay.  Have you spoken with anyone,
25 outside of Source, regarding this lawsuit?