IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> SOURCE INTERLINK COMPANIES, INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:05CV01039 (JGP) |

## ORDER

Upon consideration of Defendant Source Interlink Companies, Inc.'s Motion *in Limine* to Exclude Matthew D. Schwartz and Any Other Trial Witness Not Listed in Plaintiff's Initial Disclosures or Supplements Thereto, any opposition thereto, and the applicable law, and for good cause shown, it is hereby ORDERED that

1. Defendant's Motion is GRANTED;

2. Plaintiff is precluded from offering at trial any testimony from Matthew D. Schwartz; and

3. Plaintiff is precluded from offering at trial any testimony from any other trial witness not listed in Plaintiff's initial disclosures, or supplements thereto.

IT IS SO ORDERED.

This _____ day of _____, 2005.

_____
United States District Judge

copies to:

Jan Paul Miller, Esq.
Allison Manger, Esq.
THOMPSON COBURN, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006