# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-01039 (JGP) |
| ) | |
| SOURCE INTERLINK COMPANIES, INC., ) | |
| ) | |
| Defendant. ) | |

## VOLUNTARY WITNESS DISCLOSURE

Pursuant to paragraph 8 of the Court's Order for Initial Scheduling Hearing, and by agreement among the parties, Plaintiff Ironbound Partners, LLC ("Ironbound") discloses the names and addresses of the following witnesses with knowledge of the subject matter of this litigation:

1. Jonathan Ledecky
   Ironbound Partners, LLC
   1400 34th Street NW
   Washington, DC 20007

Mr. Ledecky has information regarding Ironbound's relationship with Ariel Emanuel and Source Interlink Companies, Inc. ("Source") and information regarding the negotiation, formation, and performance of the Referral Agreement dated as of April 26, 2004 by and between Ironbound and Source (the "Agreement").

2. S. Leslie Flegel
   Source Interlink Companies, Inc.
   17500 Riverview Center Blvd., Suite 400
   Bonita Springs, FL 34134

Mr. Flegel has information regarding the negotiation, formation and performance of the Agreement, Source's business and opportunities in the market for home entertainment content

products, and Source's relationships with Ledecky, Ironbound, Emanuel, and Alliance Entertainment Corp. ("Alliance").

3. Doug Bates
   Source Interlink Companies, Inc.
   17500 Riverview Center Blvd., Suite 400
   Bonita Springs, FL 34134

Mr. Bates has information regarding the negotiation, formation and performance of the Agreement, Source's business and opportunities in the market for home entertainment content products, and Source's relationships with Ledecky, Ironbound, Emanuel, and Alliance.

4. Ariel Emanuel
   The Endeavor Agency, LLC
   9701 Wilshire Blvd.
   Beverly Hills, CA 90212

Mr. Emanuel has information regarding his relationships with Source, Ironbound, and Alliance, Source's business and opportunities in the market for home entertainment content products, and Source's relationship with Alliance.

5. James R. Gillis
   Source Interlink Companies, Inc.
   17500 Riverview Center Blvd., Suite 400
   Bonita Springs, FL 34134

Mr. Gillis has information regarding the negotiation, formation and performance of the Agreement, Source's business and opportunities in the market for home entertainment content products, and Source's relationships with Ledecky, Ironbound, Emanuel, and Alliance.

In disclosing this information, Ironbound does not represent that it will call any of these witnesses at trial, but reserves the right to designate the persons identified on this list or other persons not identified herein to be called as witnesses in the trial of this matter.

*Matthew D. Schwartz* (D.C. Bar No. 436619)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorney for Plaintiff Ironbound Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2005, a true and correct copy of the foregoing Voluntary Witness Disclosure was served via facsimile and United States mail, postage prepaid, on:

> C. Allen Foster
> Kevin E. Stern
> Maria Hallas
> GREENBERG TRAURIG, LLP
> 800 Connecticut Ave., N.W.
> Suite 500
> Washington, D.C. 20006

*Allison Sinoski*