# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>       *Plaintiff,*<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>       *Defendant.* | Civil Action No. 1:05CV01039 (JGP) |

## PLAINTIFF'S SUPPLEMENTAL WITNESS DISCLOSURE

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Plaintiff Jonathan Ledecky d/b/a Ironbound Partners ("Ironbound") supplements its initial witness disclosure with the names and addresses of the following witnesses with knowledge of the subject matter of this litigation:

1.    John Chiles
       Jefferies & Company, Inc.
       650 California Street, 29th Floor
       San Francisco California 94108

Mr. Chiles has information regarding admissions made by S. Leslie Flegel, Chairman and CEO of Defendant Source Interlink Companies, Inc. ("Source") regarding Source's obligation to compensate Mr. Ledecky in connection with the merger between Source and Alliance Entertainment Corp. ("Alliance").

In disclosing this information, Ironbound does not represent that it will call this witness at trial, but reserves the right to designate the person identified on this list, the persons identified in its initial witness disclosure, or other persons not identified herein to be called as witnesses in the trial of this matter.

Respectfully submitted,


*Allison Sinoski*

Matthew D. Schwartz (D.C. Bar No. 436619)
Allison Sinoski (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600
 Washington, D.C.  20006-1167
 (202) 585-6900 (telephone)
 (202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a*
*Ironbound Partners*

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2006, a true and correct copy of the foregoing Plaintiff's Supplemental Witness Disclosure, was served via U.S. mail, postage prepaid, on:

> Kevin E. Stern
> C. Allen Foster
> Maria Hallas
> GREENBERG TRAURIG, LLP
> 800 Connecticut Ave., N.W.
> Suite 500
> Washington, D.C.  20006

*Allison Sinoski*