IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,<br><br>      Plaintiff,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:05CV01039 (JGP)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF FROM TESTIFYING ABOUT ANY OUT-OF-COURT STATEMENTS FROM JOHN CHILES**

Defendant Source Interlink Companies, Inc. ("Source") hereby moves and respectfully requests that this Court enter an order *in limine* precluding Plaintiff from testifying about any out-of-court statements made to him by Source's investment banker, John Chiles, of Jefferies & Co. because such statements are inadmissible hearsay.

**DISCUSSION**

In this case Plaintiff is seeking to recover a commission from Source under a Referral Agreement for Source's merger with Alliance Entertainment Corp. During his deposition, Plaintiff testified about a conversation he had with Source's investment banker, John Chiles of Jefferies & Co., around the time that the Alliance merger was announced in November 2004, wherein Mr. Chiles purportedly told Plaintiff that Source's Chairman and CEO, Leslie Flegel, had told him that Source would owe Plaintiff "millions of dollars" for the merger pursuant to the Referral Agreement:

    Q. So when did you first have a conversation with Leslie [Flegel] about getting paid under the referral agreement?

>A. Probably around [late October or November of '04]. I had actually heard from an investment banker that Leslie had indicated to him that he would owe me millions of dollars as well. So it was good to hear it from two different sources. I felt between Jim telling me that and the investment banker telling me that Leslie had told him that, that I had no concerns. So I felt very, very good about my relationship with Sources (sic).
>Q. Who was the investment banker?
>A. A man named John Chiles, C-H-I-L-E-S, of Jefferies & Company.
>Q. Okay. And what's his relationship to Source?
>A. He was one of the investment bankers for Source. And I believe Jefferies & Company may have provided the fairness opinion on the deal.
>Q. And he said -- he related to you a conversation or discussion he had with Leslie Flegel about you getting compensated?
>A. Yes.

Jonathan Ledecky Dep. at 261(8)-262(9) (Exhibit A). Mr. Chiles was never deposed in this case. Plaintiff, however, has indicated that he intends to testify at trial about his conversation with Mr. Chiles in an attempt to show that Source has "admitted" that it owes Mr. Ledecky compensation under the Referral Agreement. *See* Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, Statement of Material Fact No. 9 (Exhibit B).

Plaintiff should be precluded from testifying to Mr. Chiles' purported statement that Leslie Flegel told him that Source would owe Plaintiff "millions of dollars" if the Alliance merger went through. This statement is classic hearsay, *i.e.*, an out-of-court statement that Plaintiff intends to offer in evidence to prove the truth of the matter asserted, and none of the hearsay exceptions are applicable here.[1] Mr. Chiles' statement is therefore inadmissible pursuant to Fed. R. Evid. 802.

## CONCLUSION

---

[1] Mr. Chiles' out-of-court statement to Plaintiff is still inadmissible hearsay even if Mr. Flegel's purported statement to Mr. Chiles is determined to be a non-hearsay admission by a party-opponent.

For the foregoing reasons, Source's Motion *in Limine* to Preclude Plaintiff From Testifying About Any Out-of-Court Statements From John Chiles should be granted.

Respectfully submitted,

/s/ Kevin E. Stern                .
Kevin E. Stern (Bar No. 459214)
Geoffrey J. Greeves (Bar No. 463035)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
Tel: (202) 331-3100
Fax: (202) 331-3101

*Counsel for Defendant Source Interlink Companies, Inc.*

Dated: September 29, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of July, 2006, I caused a true and correct copy of the foregoing to be served by electronic mail through CM/ECF on the following persons:

Jan Paul Miller, Esq.
THOMPSON COBURN, LLP
One U.S. Bank Plaza
St. Louis, MO 63101

Allison Manger, Esq.
THOMPSON COBURN, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006

                                /s/ Tanya Caudell
                                Tanya Caudell