IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SOURCE INTERLINK COMPANIES, INC., )<br>)<br>Defendant. )<br>_____) | Case No. 1:05CV01039 (JGP) |

## **ORDER**

Upon consideration of Defendant Source Interlink Companies, Inc.'s Motion Motion *in Limine* to Preclude Plaintiff From Testifying About Any Out-of-Court Statements From John Chiles, any opposition thereto, and the applicable law, and for good cause shown, it is hereby ORDERED that

1.  Defendant's Motion is GRANTED; and

2.  Plaintiff is precluded from testifying about any out-of-court or hearsay statements made to him by John Chiles.

IT IS SO ORDERED.

This _____ day of _____, 2006.

_____
United States District Judge

copies to:

Jan Paul Miller, Esq.
Allison Manger, Esq.
THOMPSON COBURN, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006