# EXHIBIT A

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____
                                   )
JONATHAN LEDECKY d/b/a             )   Case No. 1:05CV01039
IRONBOUND PARTNERS,                )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )
                                   )
SOURCE INTERLINK COMPANIES,        )
INC.,                              )
                                   )
        Defendant.                 )
_____)


VIDEOTAPED DEPOSITION OF

JONATHAN J. LEDECKY

Washington, D.C.

Wednesday, March 29, 2006


Job No.: 1-74746
Pages 1 through 278
Reported by: John L. Harmonson, RPR

Page 158

1  business is done in America.
2     Q.   Other than that nondisclosure
3  agreement, are you aware of any other written
4  agreement between the parties?
5     A.   That was executed or that was in place?
6  Because I certainly have seen documents that were
7  not executed or didn't have a signature on them
8  that were produced during discovery.
9     Q.   I'm talking about executed agreements.
10    A.   Not that I've seen through discovery,
11 no.
12    Q.   So let's assume for the sake of
13 argument, based on your interpretation of the
14 agreement, if it's determined that that agreement,
15 this nondisclosure agreement, does not satisfy the
16 written agreement requirement here in this
17 contract, am I correct in saying that you would
18 not be entitled to any compensation under this
19 agreement?
20       MR. SCHWARTZ: Objection. That calls
21 for a legal conclusion.
22       MR. STERN: I'm asking for his

Page 159

1  understanding.
2        MR. SCHWARTZ: Objection.
3        If you can answer it, answer it. That
4  calls for a legal conclusion. If you think you
5  can answer it, go ahead.
6        THE WITNESS: I don't even know what
7  the question is now.
8  EXAMINATION BY MR. STERN:
9     Q.   Assume for me that this nondisclosure
10 agreement does not satisfy this written agreement
11 requirement here in the agreement, in the referral
12 agreement.
13    A.   That's a big assumption.
14    Q.   Okay. Well, I'm asking you to assume
15 that.
16    A.   Okay.
17    Q.   If that agreement does not satisfy that
18 requirement, would you agree you are not entitled
19 to any compensation under this agreement?
20       MR. SCHWARTZ: Objection. That calls
21 for a legal conclusion.
22       If you can answer it, answer it.

Page 160

1        THE WITNESS: The answer is yes, I
2  would be entitled to compensation regardless of
3  that.
4  EXAMINATION BY MR. STERN:
5     Q.   Okay. So you're saying it doesn't have
6  to exist in a written agreement between the
7  parties for you to get compensation under this
8  agreement?
9        MR. SCHWARTZ: Objection; asked and
10 answered.
11       MR. STERN: No, it's not.
12       THE WITNESS: I think I did answer the
13 question just previously.
14 EXAMINATION BY MR. STERN:
15    Q.   Then the answer is yes?
16       MR. SCHWARTZ: Read the question back,
17 please.
18       MR. STERN: My question is -- I'll ask
19 it again.
20 EXAMINATION BY MR. STERN:
21    Q.   Is it your testimony that you can
22 recover compensation under this agreement even if

Page 161

1  there does not exist a written agreement between
2  Source and Endeavor?
3        MR. SCHWARTZ: Objection; asked and
4  answered.
5        THE WITNESS: I would say given the
6  conversations that I had with Mr. Flegel and
7  Mr. Gillis, that certainly was my understanding,
8  yes.
9  EXAMINATION BY MR. STERN:
10    Q.   Okay. And I'm not talking about
11 conversations here. Based on your reading of the
12 document here, as a party to the agreement, who
13 read the agreement, agreed with the terms and
14 understood it as a sophisticated businessman, is
15 it your understanding based on reading the
16 document that you can recover under the agreement
17 compensation even if there does not exist a
18 written agreement between the parties?
19       MR. SCHWARTZ: Objection. It calls for
20 a legal conclusion, and it's been asked and
21 answered.
22       If you can answer it, answer it.

Page 162

1  But I object. It calls for a legal
2  conclusion.
3     MR. STERN: All right. I've had
4  enough. I can ask him the question 20 times.
5     MR. SCHWARTZ: No, you can't. I'll
6  stop you and stop the deposition.
7     MR. STERN: He has not answered the
8  question.
9     MR. SCHWARTZ: He has answered the
10 question.
11    MR. STERN: He has not answered the
12 question.
13    MR. SCHWARTZ: He's answered it three
14 times now. If you become harassing in the
15 deposition, we'll close it down and we'll go to
16 Judge Penn and we'll let Judge Penn make a
17 determination.
18    You're asking for legal conclusions.
19 They're totally improper, and you're harassing him
20 because you want to browbeat an answer out of him.
21    MR. STERN: I'm not --
22    MR. SCHWARTZ: I'm not going to let you

Page 163

1  do that, and if you want to go to the judge, close
2  it down or move on. We can argue about it later.
3     MR. STERN: I'm going to ask the
4  question until he answers.
5     MR. SCHWARTZ: I'm not going to let you
6  keep asking it. He's answered.
7     MR. STERN: He's --
8     MR. SCHWARTZ: If you can answer,
9  answer it. If you can't answer it, don't answer
10 it.
11    MR. STERN: I'm perfectly entitled to
12 ask a party to an agreement his understanding of
13 the agreement. It's not a legal conclusion. He's
14 not a lawyer; that's perfectly fine. He is a
15 party to the agreement, he read the agreement, he
16 agreed to its terms. He has to have an
17 understanding of that, and that's all I'm asking
18 for.
19    MR. SCHWARTZ: You asked about his
20 legal rights under the agreement.
21    MR. STERN: I asked his understanding
22 of the agreement.

Page 164

1     MR. SCHWARTZ: He told you. He told
2  you he believed he was still entitled to recover,
3  and then you've continued to ask the question.
4  What you're doing is browbeating the witness --
5     MR. STERN: No. What you're doing is
6  coaching the witness so he won't answer the
7  question.
8     MR. SCHWARTZ: -- in the hopes he's
9  going to change his answer. And if you want to do
10 that, that's something we need to do with Judge
11 Penn, is all I'm saying.
12    MR. STERN: Let's get back to the
13 questions.
14 EXAMINATION BY MR. STERN:
15    Q.  I'm asking you --
16    A.  It's fun to watch you guys do this,
17 though.
18    THE COURT REPORTER: It wears me out,
19 though.
20 EXAMINATION BY MR. STERN:
21    Q.  I'm asking you based on your
22 understanding of the agreement. I'm not asking

Page 165

1  you as a lawyer. I understand you're not a
2  lawyer. Is it your understanding, based on your
3  reading of this agreement which you agreed to and
4  entered into, that if there does not exist a
5  written agreement between Source and Endeavor,
6  that you believe you're entitled to
7  compensation --
8     A.  Yes.
9     Q.  -- under this agreement?
10    A.  Yes.
11    Q.  Okay. Explain why.
12    A.  I'm not a lawyer.
13    Q.  Well, you just told me why you think
14 you're entitled to it. You must have a reason for
15 that.
16    A.  Because of the services that I provided
17 to Source and Endeavor.
18    Q.  Okay. Based on the services you
19 provided --
20    A.  Which led to the acquisition by Source
21 of Alliance Entertainment, which is the most
22 important acquisition in the company's history and