IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>Defendant. | Case No. 1:05CV01039 (JGP) |

## **ORDER**

Upon consideration of Defendant Source Interlink Companies, Inc.'s Motion *in Limine* to Exclude Lay Opinion Testimony, any opposition thereto, and the applicable law, and for good cause shown, it is hereby ORDERED that

1.   Defendant's Motion is GRANTED; and

2.   Plaintiff is precluded from offering any opinion testimony at trial regarding whether Defendant and The Endeavor Agency, LLC ("Endeavor") ever entered into a "business relationship" or what in general constitutes a "business relationship."

IT IS SO ORDERED.

This _____ day of _____, 2006.

_____
United States District Judge

copies to:

Jan Paul Miller, Esq.
Allison Manger, Esq.
THOMPSON COBURN, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006