IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>SOURCE INTERLINK COMPANIES, INC.,  )<br>)<br>Defendant.  )<br>_____)  | Case No. 1:05CV01039 (JGP) |

## ORDER

Upon consideration of Defendant Source Interlink Companies, Inc.'s Motion *in Limine* to Exclude Evidence of and Statements Made in Settlement Discussions, any opposition thereto, and the applicable law, and for good cause shown, it is hereby ORDERED that

1. Defendant's Motion is GRANTED; and

2. Plaintiff is precluded from offering at trial any evidence of and statements made in settlement discussions between Plaintiff and Defendant.


IT IS SO ORDERED.

This _____ day of _____, 2006.


_____
United States District Judge

copies to:

Jan Paul Miller, Esq.
Allison Manger, Esq.
THOMPSON COBURN, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006