# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>   Plaintiff,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>   Defendant. | Civil Action No. 1:05-CV-01039 (JGP) |

## DECLARATION OF MATTHEW D. SCHWARTZ

I, Matthew D. Schwartz, declare as follows:

1. I am of counsel to the law firm of Thompson Coburn LLP and have represented Plaintiff Jonathan Ledecky d/b/a Ironbound Partners as lead counsel in this lawsuit (since the lawsuit was filed, I accepted a position as a general counsel with one of my former clients, which required my withdrawal as lead counsel in this lawsuit).

2. Prior to the filing of this lawsuit, I had several conversations with Mr. Doug Bates, Defendant Source Interlink Companies Inc's. ("Source") General Counsel, concerning Mr. Ledecky's claim for compensation under the Referral Agreement, which is the subject of this dispute.

3. In or about April or May of 2005, I advised Mr. Bates that it was my understanding that, in an effort to compromise Mr. Ledecky's claim under the Referral Agreement, Source's CEO, Mr. S. Leslie Flegel, had proposed entering into a new agreement with Mr. Ledecky similar to an agreement it had with The Endeavor Agency, LLC ("Endeavor").

-2-

During our telephone conversation, I asked Mr. Bates to provide details of Source's arrangement with Endeavor so that Mr. Ledecky could evaluate Mr. Flegel's proposal.

4.   In response to my request, Mr. Bates informed me that Source and Endeavor were in the process of finalizing a written agreement to govern future services, which he expected to be "wrapped up" shortly, but declined to provide details of the terms or conditions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: July 6, 2006

Matthew D. Schwartz