IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONBOUND PARTNERS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOURCE INTERLINK COMPANIES, INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:05CV01039 (JGP) |

**<u>ORDER</u>**

Upon consideration of Defendant Source Interlink Companies, Inc.'s Motion *in Limine* to Preclude Any Arguments Relating to The Effect of Any Misstatements or Inaccuracies in Defendant's Public Filings With The United States Securities And Exchange Commission, any opposition thereto, and the applicable law, and for good cause shown, it is hereby ORDERED that

1. Defendant's Motion is GRANTED; and

2. Plaintiff is precluded from offering at trial any evidence and/or argument concerning the effect of any misstatements or inaccuracies in Defendant's documents which have been publicly filed with the United States Securities and Exchange Commission.

IT IS SO ORDERED.

This _____ day of _____, 2006.

_____
United States District Judge

8

copies to:

Jan Paul Miller, Esq.
Allison Manger, Esq.
THOMPSON COBURN, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006

WDC 371348634v1 9/29/2006