# EXHIBIT A

Registration No. 333-12165

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

PLAINTIFF'S EXH. NO. 13
For Identification (IB00005-IB00504)
Witness: A. EMANUEL
Date: 5/18/2006
Carmen R. Sanchez, CSR No. 5060

Amendment No. 1
to

# Form S-4
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

# Source Interlink Companies, Inc.
*(Exact name of registrant as specified in its charter)*

| Missouri | 5192 | 43-1710906 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

27500 Riverview Center Boulevard, Suite 400
Bonita Springs, Florida 34134
(239) 949-4450
*(Address, Including Zip Code, and Telephone Number,
Including Area Code, of Registrant's Principal Executive Offices)*

Douglas J. Bates, Esq.
General Counsel
Source Interlink Companies, Inc.
27500 Riverview Center Boulevard, Suite 400
Bonita Springs, Florida 34134
(239) 949-4450
*(Name, Address, Including Zip Code, and Telephone Number,
Including Area Code, of Agent for Service)*

IB 00005

*Copies to:*

| Charles C. Cohen, Esq. | Steven V. Bernard, Esq. | Robert B. Knauss, Esq. |
|---|---|---|
| Marc P. Taxay, Esq. | Steve L. Camahort, Esq. | Sandra Seville-Jones, Esq. |
| Cohen & Grigsby, P.C. | Steven Liu, Esq. | Munger, Tolles & Olson LLP |
| 11 Stanwix Street, 15th Floor | Wilson Sonsini Goodrich & Rosati, P.C. | 355 South Grand Avenue |
| Pittsburgh, PA 15222-1319 | 650 Page Mill Road | 35th Floor |
| (412) 297-4900 | Palo Alto, CA 94304-1050 | Los Angeles, CA 90071-1560 |
| | (650) 493-9300 | (213) 683-9100 |

# THE MERGER

*The following is a description of the material aspects of the proposed merger. The following discussion is a summary only and may not contain all of the information that is important to you. We encourage you to read carefully this entire proxy statement/prospectus, including th merger agreement included as Annex A to this proxy statement/prospectus, for a more complete understanding of the merger.*

## General

Each of Source Interlink's and Alliance's board of directors has approved the merger agreement. At the effective time of the merger, Alliance will merge with and into Alligator Acquisition, LLC, our wholly owned subsidiary.

In the merger, each share of Alliance common stock will be automatically converted into the right to receive that number of shares of our common stock based on the Exchange Ratio. The "Exchange Ratio" will be the quotient obtained by dividing (a) the aggregate number of shares of our common stock issued and outstanding (including shares issuable upon the exercise of all unexpired and unexercised options, warrants or other rights to acquire our common stock) immediately prior to the effective time of the merger by (b) the aggregate number of shares of Alliance common stock issued and outstanding (including shares directly or indirectly issuable upon the exercise of all unexpired and unexercised options, warrants or other rights to acquire Alliance capital stock) immediately prior to the effective time of the merger.

We will not issue fractional shares of our common stock in the merger. Instead, each Alliance stockholder otherwise entitled to a fractional share will receive cash, without interest, in lieu of a fraction of a share of our common stock. As of the effective time of the merger, we will deposit such amount with the exchange agent and will cause the exchange agent to forward payments to the owners of fractional interests.

At the effective time of the merger, each outstanding Alliance stock option, warrant and other right to acquire Alliance capital stock will cease to represent a right to acquire shares of Alliance capital stock and will be converted into an option, warrant or other right to acquire a number of shares of our common stock equal to the number of shares of Alliance common stock directly or indirectly issuable upon the exercise of such option, warrant or other right to acquire Alliance capital stock multiplied by the Exchange Ratio, at a per share exercise price equal to the existing per share exercise price of such option, warrant or other right to acquire Alliance capital stock divided by the Exchange Ratio.

## Background of the Merger

On a regular basis, both we and Alliance evaluate different strategies for improving our respective competitive positions and enhancing shareholder value, including opportunities for mergers with other companies, acquisitions of other companies and marketing and development alliances. In particular, we have for some time pursued a multi-faceted growth strategy that has included strategic alliances with, or acquisition of, businesses engaged in the fulfillment of products other than magazines for the purpose of complementing our existing fulfillment business.

On or about April 28, 2004, S. Leslie Flegel, our chairman and chief executive officer, John J. Ledecky, our largest shareholder, and Ariel Emanuel, our advisor and now one of our directors, held a conference call to discuss possible business opportunities for us involving the distribution of video and audio products.

On June 22, 2004, Mr. Emanuel introduced Messrs. Flegel and Gillis to Erika Paulson, a director of Alliance and a partner with The Yucaipa Companies, LLC, or Yucaipa, which is affiliated with Alliance's controlling stockholder, AEC Associates, L.L.C. After an informal, general discussion regarding their respective businesses, Ms. Paulson and Messrs. Flegel and Gillis agreed that they should meet again to discuss their mutual interests.

On July 7, 2004, Mr. Tony Schnug, acting chief executive officer and a director of Alliance and a partner with Yucaipa, joined Ms. Paulsor and Messrs. Flegel and Gillis for a dinner during which the possibility of effecting a business combination between Source Interlink and Alliance was discussed. At the conclusion of

36

IB 00058

http://yahoo.brand.edgar-online.com/EFX dll/EDGARpro.dll?FetchFilingHTML1?SessionID=DbxMIg... 10/24/200

the meeting, all parties concluded that additional discussions should be held to explore a potential business combination.

On July 8, 2004, Ms. Paulson and Mr. Schnug visited our world headquarters in Bonita Springs, Florida. During the visit, our executive personnel provided Ms. Paulson and Mr. Schnug with an overview of our business.

On July 14, 2004, Mr. Flegel presented a summary description of the business of Alliance to the members of our board in conjunction with the annual meeting of the board. At the meeting, the board members discussed the strategic rationale for a merger of the two companies, including the potential benefits and synergies that would result from such a merger and the potential risks of the transaction. The board directed Mr. Flegel to continue to move forward with discussions on behalf of the company.

On July 16, 2004, we signed a mutual confidentiality agreement with Alliance and Alliance presented us with a preliminary information request.

On July 21, 2004, Mr. Flegel, together with Jason S. Flegel, our executive vice president, Marc Fierman, our chief financial officer, Douglas J. Bates, our general counsel, and George Nobbe, our senior vice president, visited Alliance's principal executive offices in Coral Springs, Florida. During that visit, representatives of Alliance provided representatives of our company with an overview of the business of Alliance. Messrs. Flegel, Fierman and Bates met separately with Ms. Paulson, Mr. Schnug and George Campagna, Alliance's chief financial officer, to discuss the possible economic terms of the transaction and transaction structures and to develop a schedule for completion of each parties' due diligence.

Over the course of the next several weeks, representatives of our company and Alliance exchanged certain business and financial information and continued to discuss the merits of a merger of the two companies.

On July 27, 2004, Mr. Flegel updated the board with respect to discussions held with Yucaipa and Alliance. Mr. Flegel summarized the contents of the presentation made by Alliance at the prior meeting held at Alliance's executive offices concerning Alliance's business and reviewed his observations from the plant tour. Mr. Flegel further reported that we had engaged BDO Seidman to assist in the financial due diligence investigation of Alliance.

On July 30, 2004, Mr. Flegel held a conference call with our board to discuss the status of negotiations with Yucaipa and Alliance.

On August 2, 2004, Mr. Flegel and Ms. Paulson met in the morning to discuss the basic economic terms and structure of the transaction and matters related to management.

On August 2, 2004, our board held a meeting in which Mr. Flegel discussed the negotiations with Yucaipa and Alliance. At this meeting, Mr. Fierman presented various financial analyses regarding Source Interlink and Alliance. Our board then discussed the proposed economic terms of the transaction and transaction structures. Our board instructed Mr. Flegel to continue discussions with Yucaipa and Alliance.

On August 10, 2004, Source Interlink and Alliance signed a standstill agreement.

On August 12, 2004, Mr. Bates and Mr. Fierman held a conference call with representatives of Yucaipa and Alliance to discuss the process for drafting the transaction documents and conducting due diligence on each of the companies. We instructed Wilson Sonsini Goodrich & Rosati, Professional Corporation, our mergers and acquisition special counsel, to begin work on a merger agreement and other documentation for the potential merger.

On August 16, 2004, Jefferies & Company, Inc., or Jefferies, met with representatives of our company to discuss the potential transaction with Alliance.

During the four-week period beginning August 10, 2004, representatives of our company and Alliance and their financial advisors continued their exchange and review of information concerning the companies, and representatives of our company and Alliance and their legal counsel continued to negotiate and exchange

37

IB 00059

drafts of the various merger documents. The first draft of the merger agreement was distributed on August 18, 2004.

During the week of August 23, 2004, Wilson Sonsini Goodrich & Rosati prepared and distributed to Munger Tolles & Olson LLP, legal counsel to Alliance, drafts of a merger agreement and related transaction documents.

From August 23 through August 25, 2004, our personnel and our legal counsel and accountants visited Alliance's offices to conduct due diligence.

On August 30 and August 31, 2004, Alliance personnel and its legal counsel and accountants visited our offices to conduct due diligence.

On September 1, 2004, Mr. Flegel met with representatives of Jefferies regarding the potential merger and discussed the possibility of retaining Jefferies to represent us in connection with these discussions. Later that day, we retained Jefferies as our financial advisor in connection with a potential merger with Alliance.

On September 9, 2004, Mr. Flegel met with Ms. Paulson in New York to discuss the economic terms of the transaction, including terms relating to the transaction structure and management matters.

On September 10, 2004, Mr. Flegel met with Ronald Burkle, the managing partner of Yucaipa, to discuss the strategic rationale for a merger of the two companies, including the potential benefits and synergies that would result from such a merger. Following the meeting, Mr. Flegel updated the board of directors with respect to the discussions held with Alliance and Yucaipa.

On September 10, 2004, Source Interlink and Alliance signed a letter agreement to extend the standstill agreement.

On September 17, 2004, Mr. Flegel updated our board with respect to the discussions held with Alliance and Yucaipa including negotiations relating to the economic terms of the transaction and transaction structures.

On September 18, 2004, Mr. Flegel updated our board with respect to the discussions held with Alliance and Yucaipa.

During the week of September 20, 2004, Cohen & Grigsby, our legal counsel, and BDO Seidman presented the preliminary results of their due diligence investigations to us. Also, during this week, Wilson Sonsini Goodrich & Rosati and Munger Tolles & Olson continued to exchange drafts of the merger agreement and related transaction documents.

On September 20, 2004, our board held a special meeting. Mr. Flegel updated the board on the status of discussions with Alliance, including the proposed structure and terms of the merger. The board discussed various issues arising in connection with the negotiations, including the possibility of not pursuing the merger. Mr. Bates reviewed with the directors their fiduciary duties relating to these issues.

On September 22, 2004, Mr. Flegel held a conference call with Mr. Burkle to inform him of the decision by our board to cease discussions with Alliance concerning the potential merger.

For a several week period beginning on September 22, 2004, representatives of our company and Alliance engaged in informal discussions regarding a business relationship.

On October 19, 2004, Mr. Flegel and Mr. Burkle met to discuss issues relating to transaction structure and to consider resuming merger discussions. Following this meeting, our board held a special meeting. Mr. Flegel updated the board on the status of discussions with Alliance, including the proposed structure of the merger. The board authorized and directed Mr. Flegel to resume formal merger discussions with Alliance.

From October 19, 2004 through November 17, 2004, our company and Alliance, with respective counsel, continued to negotiate the terms of the merger and the merger documents.

During the week of October 25, 2004, representatives of Source Interlink and representatives of Wilson Sonsini Goodrich & Rosati traveled to Los Angeles to meet with representatives of Alliance and Munger

Tolles & Olson. The parties held meetings for several days at which the parties negotiated the terms of the proposed transaction. Following these discussions, Wilson Sonsini Goodrich & Rosati and Munger Tolles & Olson continued to exchange drafts of the merger agreement and related transaction documents.

On October 28, 2004, Mr. Flegel updated our board with respect to the discussions held with Alliance and Yucaipa.

On November 9, 2004, the independent members of our board held a meeting to discuss the proposed transaction with Alliance.

On November 17, 2004, our board held a special meeting to consider the proposed merger with Alliance. At this meeting, Mr. Flegel summarized the strategic rationale for and the terms of the proposed merger. Representatives of Wilson Sonsini Goodrich & Rosati reviewed with the directors their fiduciary duties and reported to the board on the material terms and conditions of the merger agreement and the related transaction documents, including open issues related thereto. Representatives of Cohen & Grigsby and BDO Seidman presented summaries of their respective legal and accounting due diligence review of Alliance. Representatives of Jefferies presented various financial analyses to our board. During the meeting, the board asked various questions and discussed the potential merger.

On November 17, 2004, Alliance's board of directors met in Los Angeles and unanimously approved the merger.

On November 18, 2004, our board held another special meeting to consider the proposed merger with Alliance. At such meeting, our management and legal counsel updated the board with respect to the status of negotiations with Alliance and Yucaipa. Representatives of Jefferies then rendered an oral opinion to our board that, based on and subject to the various considerations and assumptions set forth therein, the exchange ratio was fair to our company from a financial point of view. After deliberating upon the matters raised at the special meetings held on November 17, 2004 and November 18, 2004, our board by a unanimous vote of those directors present, determined that the merger was consistent with and in furtherance of the long-term business interests of our company and fair to, and in the best interests of, our company and our shareholders, and that the merger agreement was advisable, and approved the merger, the issuance of shares of our common stock in the merger and related matters.

During the afternoon of November 18, 2004, Source Interlink, Alliance and the other parties thereto executed the merger agreement and the related transaction documents. Following the close of trading on November 18, 2004, Source Interlink and Alliance jointly issued a press release announcing the merger.

### Reasons of Our Board of Directors for the Merger

At a meeting held on November 18, 2004, our board concluded that the merger was consistent with and in furtherance of the long-term business interests of our company and fair to, and in the best interests of, our company and our shareholders, and that the merger agreement was advisable. Accordingly, our board determined to recommend that our shareholders approve and adopt the merger agreement and approve the merger and the issuance of the shares of our common stock in the merger. The summary set forth below briefly describes the primary reasons, factors and information taken into account by our board in reaching its conclusion. Our board did not assign any relative or specific weights to the factors considered in reaching such determination, and individual directors may have given differing weights to different factors

In reaching its decision to approve the merger agreement and proceed with the business combination with Alliance, our board consulted with our management, legal advisors and financial advisors regarding the strategic, operational and financial aspects of the merger. In the course of reaching its decision to approve the merger agreement, the board considered a variety of factors, including the following material factors:

- management's belief that the merger can further our objective of creating the premier provider of information, supply chain management and logistics services to retailers and producers of home entertainment content products and to produce greater shareholder value than would be achieved absent the merger;

39

IB 00061

http://yahoo.brand.edgar-online.com/EFX_dll/EDGARpro.dll?FetchFilingHTML1?SessionID=DbxMIg...    10/24/200!

in connection with a merger with or into another person or group of affiliated persons, including, among other things, rendering its opinion described herein. Pursuant to the terms of the engagement letter, Source Interlink paid Jefferies a fee of $650,000 for rendering its opinion. The terms of the fee arrangement with Jefferies, which are customary in transactions of this nature, were negotiated at arm's length between the Source Interlink management team and Jefferies, and the Source Interlink board of directors were aware of the arrangement. In addition, Source Interlink agreed to reimburse Jefferies for its out-of-pocket expenses, including attorney's fees, incurred in connection with its engagement and to indemnify Jefferies and certain related persons against any liabilities and expenses arising our of or in conjunction with its rendering of services pursuant to its engagement, except if such liabilities are found in a final court judgment to be the direct result of Jefferies' gross negligence or bad faith.

**Interests of Source Interlink Directors, Officers and Affiliates in the Transaction**

When considering the recommendation of our board, you should be aware that certain of our directors, officers and affiliates have interests in the transaction that are different from, or are in addition to, your interests. Our board was aware of these potential conflicts and considered them.

All executive officers have interests in the combined company as employees in terms of job responsibilities, working environment and compensation which are in addition to and different from their interests as shareholders. All continuing directors will have the responsibility of being directors of a larger company after the merger. Under the terms of the merger agreement, the following members of our executive management team and board of directors will become executive officers and/or members of the board of the combined company:

| Name | Current Position with Source Interlink | New Position with Source Interlink |
|---|---|---|
| S. Leslie Flegel | Chairman of the Board and Chief Executive Officer | Chairman of the Board and Chief Executive Officer |
| James R. Gillis | President, Chief Operating Officer and Director | President, Chief Operating Officer and Director |
| Jason S. Flegel | Executive Vice President | Executive Vice President |
| John A. Amann | Executive Vice President | Executive Vice President |
| Marc Fierman | Chief Financial Officer | Chief Financial Officer |
| A. Clinton Allen | Director | Director |
| Ariel Emanuel | Director | Director |
| Aron S. Katzman | Director | Director |
| Allan R. Lyons | Director | Director |

Messrs. S. Leslie Flegel, James R. Gillis, Jason S. Flegel and Marc Fierman are expected to enter into employment agreements and receive cash signing bonuses, conditioned by and effective upon the consummation of the merger.

In order to accommodate the new directors to be designated to our board of directors, certain of the existing directors will be reclassified into a different class. This will have the effect, if the merger takes place, of extending the tenures of Messrs. Gillis and Katzman whose term will expire in 2006 rather than 2005.

Ariel Emanuel, one of our directors, will be paid $1.5 million upon the consummation of the merger as compensation for consulting services provided to us in connection with the merger. Mr. Emanuel was not a director at the time we entered into this arrangement with him nor when the board approved the merger.

As a result of these interests, these directors and officers could be more likely to vote to approve the issuance of the shares of our common stock in connection with the merger than if they did not hold these interests. Our shareholders should consider whether these interests may have influenced these directors and officers to support or recommend the merger agreement.

50

IB 00075

http://yahoo.brand.edgar-online.com/EFX_dll/EDGARpro.dll?FetchFilingHTML1?SessionID=DbxMIg...   10/24/200!