# EXHIBIT C

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,

    Plaintiff,

vs.                  CASE NO. 1:05 CV 01039

SOURCE INTERLINK COMPANIES, INC.,

    Defendant.
_____/


C O N F I D E N T I A L


VIDEOTAPED DEPOSITION OF:    DOUG BATES

    DATE:                    May 5, 2006

    TIME:                    10:30 a.m. to 1:25 p.m.

    LOCATION:             27200 Riverview Center
                            Suite 309
                            Bonita Springs, FL

    TAKEN BY:             Plaintiff

    REPORTER:             Betty G. Althoff, RPR

**106**

1   Q.  And eventually, this was to alert the
2   reader, which would be the public, which was reading
3   the 10-K, what happened?
4   A.  No. They would never see this. It would
5   never be worded this way. This is not a filed
6   document that goes to the reader. The information
7   that is in here will be used by us to prepare a
8   public document, and to make a judgment on what needs
9   to be included in where.
10  Q.  And that is exactly what happened with
11  this S-4, Exhibit No. 9; isn't it?
12  A.  The information contained in here was
13  ultimately used, in part, for the preparation of this
14  document.
15  Q.  And if we go to page, if we look at
16  Exhibit 9, and we go to page -- let me find it
17  again -- 50 at the bottom, 71 at the top right.
18  A.  Okay.
19  Q.  Second to the last paragraph says:
20      "Ariel Emanuel, one of our Directors, will
21  be paid a million and a half dollars upon the
22  consummation of the merger, as compensation for
23  consulting services provided to us in connection with
24  the merger;" is that what it says?
25  A.  That is what it says, but it is wrong.

**107**

1   Q.  And that information came from this
2   questionnaire?
3   A.  I don't know that.
4   Q.  Okay. Where did it come from?
5   A.  I don't remember, I can't, I mean we had a
6   lot of discussions in the working group, and I can't
7   tell you exactly where that information would have
8   come from, except that I can tell you for certain we
9   knew that there was a million and a half being paid,
10  and um, I knew then, I know now, that he never
11  provided any consulting services or any other
12  services except in his individual capacity as a
13  Director of the Company to Source Interlink Companies
14  or any of its subsidiaries other than Alliance.
15  Q.  Okay. You have got to help me through
16  this, Mr. Bates. These are the only two documents we
17  have seen, at least during these depositions, that
18  refer to this million and a half dollars that is
19  being paid to Mr. Emanuel; correct?
20  A.  I don't know what you have seen.
21  Q.  Okay. Well, they are the only two we have
22  looked at today; is that right?
23  A.  Yes.
24  Q.  Are there any other documents that you're
25  aware of that talk about why Mr. Emanuel is being

**108**

1   paid this million and a half bucks?
2   A.  None that I am aware of, but that doesn't
3   mean that they don't exist. You would have to ask
4   Erika Paulson or Ari Emanuel that.
5   Q.  And as to these two documents, you're
6   telling me this public filing from the company, the
7   F-4, Exhibit 9, is wrong; is that right?
8   A.  I am telling you that.
9   Q.  And you are telling me that when Exhibit
10  16 says that he provided consulting services to the
11  company --
12  A.  Right.
13  Q.  -- that it is really not referring to
14  Source; it is really referring to Alliance?
15  A.  No, it is referring to here, the company.
16  All I said here was that the Company, initial cap
17  company --
18  Q.  Uh-huh?
19  A.  -- is the Company, and all its
20  subsidiaries, which included in this instance,
21  Alliance.
22  Q.  Okay.
23  A.  And that to my knowledge, Mr. Emanuel
24  provided no services, consulting or otherwise, except
25  as an individual capacity as a Director, to Source

**109**

1   Interlink, the parent company or any of its
2   subsidiaries that existed prior to the merger.
3   Q.  Uh-huh. That is not what it says here, is
4   it?
5   A.  No, I think that is exactly what it says.
6   Q.  Okay, I guess, all right. Is your
7   understanding that someone, is your explanation
8   somebody reading this Exhibit 15 should be able to
9   gather all that from this document?
10  A.  This is not designed to be read by a lay
11  person.
12  Q.  Right, but the S-4 is -- and you are
13  telling me that is wrong.
14  A.  Yes, I am telling you it is -- there is an
15  immaterial error in that, in that discussion -- that
16  is not relevant to a person who is reaching an
17  investment decision in respect to this transaction.
18  Q.  Okay. So there is no way for a person who
19  is trying to make an investment decision relative to
20  this transaction to know what you are telling me, and
21  that is that Mr. Emanuel never provided consulting
22  services to Source; right?
23      MR. STERN: Object to the form.
24      THE WITNESS: You would have to ask the
25  question again.