IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 1:05CV01039 (JGP) |
| SOURCE INTERLINK COMPANIES, INC., | ) ) | |
| *Defendant*. | ) ) ) | |

NOTICE REGARDING TRIAL COUNSEL

Plaintiff serves notice that both Harvey A. Levin and Jan Paul Miller will be serving as

Plaintiff's trial counsel in this matter.  Mr. Levin will be representing Plaintiff at the pretrial

conference scheduled for October 12, 2006.


Respectfully submitted,


  /s/  Allison Manger
Jan Paul Miller
 THOMPSON COBURN LLP
 One U.S. Bank Plaza
 St. Louis, Missouri  63101-1611
 (314) 552-6365 (telephone)
 (314) 552-7365 (facsimile)

Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600
 Washington, D.C.  20006-1167
 (202) 585-6900 (telephone)
 (202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a*
*Ironbound Partners*

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of October, 2006, a true and correct copy of the

foregoing Notice Regarding Trial Counsel, was mailed electronically through CM/ECF to:

       Kevin E. Stern
       C. Allen Foster
       Geoffrey Greeves
       Maria Hallas
       GREENBERG TRAURIG, LLP
       800 Connecticut Ave., N.W.
       Suite 500
       Washington, D.C.  20006

           /s/  Allison Manger