

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

JONATHAN LEDECKY d/b/a IRONBOUND
PARTNERS,

    Plaintiff,

vs.                                    CASE NO. 1:05 CV 01039

SOURCE INTERLINK COMPANIES, INC.,

    Defendant.
_____/

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF: JIM GILLIS

    DATE:           May 3, 2006

    TIME:           9:30 a.m. to 2:41 p.m.

    LOCATION:       27200 Riverview Center
                    Suite 309
                    Bonita Springs, FL

    TAKEN BY:       Plaintiff

    REPORTER:       Betty G. Althoff, RPR

95

1    Q.    And that conference call turned out to be
2 the first step towards what ended up being the merger
3 of Source and Alliance; is that correct?
4         MR. STERN:  Object to form.
5         THE WITNESS:  What, one more time?
6 BY MR. MILLER:
7    Q.    That conference call that was set up by
8 Mr. Ledecky turned out to be the first step of the
9 process that eventually culminated in the merger of
10 Source and Alliance; correct?
11        MR. STERN:  Object to the form.
12        THE WITNESS:  I don't think it was the first
13   step.
14 BY MR. MILLER:
15   Q.    You don't think so?
16   A.    Huh-uh.
17   Q.    Okay.  Could we take a look at Exhibit 1,
18 again?
19   A.    Sure.
20   Q.    Let me direct you to page 36.
21   A.    Top or bottom?
22   Q.    Bottom is 36, I will give you the top in a
23 second, because those are usually easier to find.
24 The top right says page 54 of five hundred and
25 whatever.

1    A.    Okay.
2    Q.    Okay. And you see the heading down
3 towards the bottom in bold, that says background of
4 the merger; correct?
5    A.    Uh-huh.
6    Q.    Okay. And then that section goes on, the
7 rest of 36, all of 37, all of 38 and over to 39;
8 correct?
9    A.    Yes.
10   Q.    And it follows through, that section
11 follows through all the various primary events that
12 led up to the merger of Alliance and Source; correct?
13   A.    Yep.
14   Q.    And basically it was information that, as
15 you said, was in the S-4, was going out for people to
16 evaluate prior to voting on the merger; correct?
17   A.    Yes.
18   Q.    If you look at the first paragraph, under
19 background of the merger, it describes generally,
20 very general background. "On a regular basis both we
21 and Alliance evaluate different strategies for
22 improving our respective competitive positions," et
23 cetera; is that right?
24   A.    Uh-huh.
25   Q.    Yes?

1      A.    Yes.
2      Q.    Then it goes into chronologically what
3  happened, correct, after that paragraph?
4      A.    What was the question?
5      Q.    After the initial paragraph, under
6  background of the merger, the document then goes on
7  to explain chronologically --
8      A.    How we get to where we get.
9      Q.    -- how you get to the merger; correct?
10     A.    Yes.
11     Q.    And the very first chronological entry is:
12 "On or about April 28th, 2004, S. Leslie Flegel, our
13 Chairman and Chief Executive Officer, John J.
14 Ledecky, our largest shareholder, and Ariel Emanuel,
15 our advisor, and now one of our Directors, held a
16 conference call to discuss possible opportunities for
17 us involving the distribution of video and audio
18 products"; correct?
19     A.    Yes.
20     Q.    So that call ended up being the first step
21 in a process that culminated in the merger between
22 Alliance and Source?
23          MR. STERN:  Object to form.
24          THE WITNESS:  Do you mean a first step in
25     that this was a planned first step towards a

1   merger with Alliance or just because we were chit
2   chatting about this to begin with, and we ended up
3   being merged, that was step number one by
4   accident?
5  BY MR. MILLER:
6       Q.   I am asking that, according to the public
7  document that your organization put out?
8       A.   It reads to me that they do stuff and we
9  do stuff, and Flegel talked with Ledecky on the
10 phone, and they chatted about doing distribution of
11 audio/video products, is what it reads to me.  It
12 doesn't say anything about Alliance.
13      Q.   Is that the call that you were involved
14 in?
15      A.   I don't have any idea.
16      Q.   It is fair to say, however, that the very
17 first chronological event listed in this document put
18 out by Source is a call between Mr. Ledecky,
19 Mr. Flegel and Mr. Emanuel; correct?
20      A.   Sure, yes.
21      Q.   And thereafter, various other events are
22 listed in this document?
23      A.   Correct.
24      Q.   Culminating in the merger of Source and
25 Alliance; correct?

1   A.   Correct.

2   Q.   All right. After the first call that you
3   were on -- well, let me back up one last question.
4   This April 28th call that is listed on page 36 of
5   Exhibit 1 the S-4, that might have been the call you
6   were in. You don't recall whether you were in it or
7   not or it might have been a different call?

8   A.   I have no idea what call it was.

9   Q.   Okay. After your initial call involving
10  Mr. Emanuel, what happened then, relating to
11  discussions between Source and Endeavor?

12  A.   After that call we got back to the States,
13  um, I made a -- I made a retail call on Kroger
14  Company to talk about DVD's and checkouts.

15  Q.   Okay. And then what happened?

16  A.   Um, Ari was introduced to us in our New
17  York City offices.

18  Q.   Okay.

19  A.   Are we done with this big boy?

20  Q.   For now, yeah. And who set up the meeting
21  between Mr. Emanuel and individuals from Source in
22  New York?

23  A.   John Ledecky.

24  Q.   Okay. And there were a series of e-mails
25  back and forth regarding that; correct?

177

1  business event, was it not?
2      A.    And it describes it pretty well.
3      Q.    You are not saying that there were any
4  purposeful incorrect statements in that S-4?
5      A.    There were no purposeful incorrect
6  statements or admissions.
7      Q.    And is the S-4 accurate or not?
8      A.    It sure is.
9      Q.    Did you have any further conversations
10 with Mr. Flegel regarding Mr. Ledecky's desire to be
11 paid, as a result of the Alliance merger?
12     A.    No.
13     Q.    Did you have any further conversations
14 with Mr. Ledecky regarding his desire to be paid?
15     A.    If we spoke, it may have been one more
16 time and I don't remember that to be a fact.  But it
17 would be, if we did, it would be something like,
18 let's not talk until this thing is all straightened
19 out kind of thing, and we exchanged Christmas cards
20 and that is about it.
21     Q.    Is Mr. Emanuel still doing any consulting
22 for Source?
23     A.    I don't think he ever has.
24     Q.    Is Endeavor doing any consulting for
25 Source?