**Arendse, Jacqueline (Para-DC-LT)**

**From:** Doug Bates
**Sent:** Thursday, February 24, 2005 11:55 AM
**To:** Leslie Flegel
**Subject:** FW: Source Interlink engagement letter

**CONFIDENTIAL**

Here is what I have

-----Original Message-----
**From:** Tom McGuire [mailto:tmcguire@endeavorla.com]
**Sent:** Friday, February 04, 2005 8:54 PM
**To:** Doug Bates
**Cc:** Ariel Emanuel; Gary Rosenfeld
**Subject:** FW: Source Interlink engagement letter

Doug:

At long last, here is a draft of the agency letter agreement for your review and Leslie's review.

I look forward to any comments you may have. If you have none, lets figure out the Term of the deal and have a discussion about equity.

Thanks.

Tom

**D-0553**

3/10/2006

Plaintiff's Exhibit 59

# CONFIDENTIAL

As of _____, 2005

Doug Bates
General Counsel
Source Interlink Companies
27500 Riverview Center Boulevard
Bonita Springs, Florida 34134

RE: **Engagement letter**

Dear Doug:

This letter agreement ("Agreement") will confirm our mutual understanding and agreement in connection the engagement of The Endeavor Agency LLC ("Endeavor") as exclusive, worldwide ("Territory") agent and representative of Source Interlink Companies and Source Interlink Companies' affiliated companies (collectively "Source") with respect to Source's acquisition of rights or development of distribution relationships for home entertainment content products including, but not limited to home video and DVD ("Covered Media"). The Parties agree that the term of this agreement shall be for two years, commencing as of the date of this letter ("the Term").

Endeavor shall be entitled to ten percent (10%) of all revenue generated by Source in connection with contracts entered into or negotiated or substantially negotiated by Source in the Covered Media during the Term ("Commissions"). To the extent any transaction is entered into by Source during the Term, or substantially negotiated by Endeavor on Source's behalf during the Term and entered into by Source within six (6) months of expiration of the Term, Endeavor's right to receive Commissions in connection with any such transaction as provided for herein shall continue for the term of any such transaction, as same may be entered into, renewed, modified, extended or otherwise amended.

The Commissions will be paid to Endeavor as and when commissionable revenue or consideration is received by Source.

Additionally, as of the date of this agreement, Endeavor shall be vested with __% of the outstanding capital stock of Source.

The Parties acknowledge that Endeavor shall render the services described in this Agreement on a non-exclusive basis. Nothing herein shall prohibit Endeavor from representing other entities or clients in the Territory during the Term, nor shall Endeavor be prevented from representing any of its individual clients in their dealings with Source (so long as Endeavor fully discloses to Source such representation), or with any other entities. The parties further acknowledge that Source will not engage any other agent to represent Source in connection with acquisition of rights or development of distribution relationships in the Covered Media in the Territory during the Term.

**D-0554**

Nothing in this Agreement shall be construed to permit Endeavor to make commitments or to incur any obligations on Source's behalf. Endeavor shall not accept any engagement for Source, or make any commitment purportedly binding upon Source without the prior written approval of an authorized representative of Source.

The parties agree that Endeavor's representation of Source's interest in media other than the Covered Media will be considered by the parties on a case by case basis.

Neither party may assign or delegate its rights or obligations under this Agreement without the prior written consent of the other party.

Endeavor shall treat as confidential all information given to Endeavor by Source in the course of this Agreement, and save as shall be necessary to carry out its duties under this Agreement; Endeavor shall not disclose such information to any third parties.

This Agreement shall be governed by the laws of the State of California, the United States, and the courts of California shall have exclusive jurisdiction. The prevailing party in any action shall be entitled to recover its reasonable attorneys' fees and costs.

This Agreement shall remain in full force and effect unless or until the Agreement is amended or modified by both parties in writing. This Agreement may be executed by facsimile, or in several counterparts, which will nonetheless be a single instrument and agreement. This Agreement shall be effective as of the date first written above. This agreement contains the entire agreement between the parties hereto. Please indicate your agreement to and the acceptance of the foregoing by signing in the appropriate space set forth below.

Very truly yours,
THE ENDEAVOR AGENCY, L.L.C.

By:_____


Accepted and Agreed Upon:
SOURCE INTERLINK COMPANIES

By:_____


**D-0555**