1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

4     _____

                               )

5     JONATHAN LEDECKY d/b/a      )    Case No. 1:05CV01039

      IRONBOUND PARTNERS,        )

6                                )

           Plaintiff,           )

7                                )        **COPY**

      vs.                        )

8                                )

      SOURCE INTERLINK COMPANIES, )

9     INC.,                      )

                               )

10          Defendant.           )

      _____)

11

12

13           VIDEOTAPED DEPOSITION OF

14              JONATHAN J. LEDECKY

15               Washington, D.C.

16          Wednesday, March 29, 2006

17

18    Job No.:  1-74746

      Pages 1 through 278

19    Reported by:  John L. Harmonson, RPR

20

21

22



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW  •  Suite 850, Washington, D.C. 20036
Tel: 202.861.3410  •  800.292.4789  •  Fax: 202.861.3425
Web: ladreporting.com  •  E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD  •  Baltimore, MD  •  Greenbelt, MD  •  McLean, VA

VIDEOTAPED DEPOSITION OF JONATHAN J. LEDECKY
CONDUCTED ON WEDNESDAY, MARCH 29, 2006

263

| | | |
|---|---|---|
| 1 | for a proxy statement for the acquisition. | 16:25:04 |
| 2 | That was very good to see that. I felt | 16:25:07 |
| 3 | very good about that. It was consistent with what | 16:25:09 |
| 4 | the investment banker had told me Leslie had said | 16:25:12 |
| 5 | to him. It was consistent with what Jim Gillis | 16:25:14 |
| 6 | had told me. So it came as quite a shock when | 16:25:17 |
| 7 | Leslie told me I was entitled to no compensation | 16:25:20 |
| 8 | after the deal had closed. | 16:25:24 |
| 9 | Q. When was the first conversation you had | 16:25:26 |
| 10 | with Leslie Flegel about being compensated under | 16:25:28 |
| 11 | the agreement? | 16:25:28 |
| 12 | A. I would say again, as I answered | 16:25:28 |
| 13 | earlier, somewhere around the time of the | 16:25:30 |
| 14 | transaction's announcement. | 16:25:33 |
| 15 | Q. In November of 2004? | 16:25:34 |
| 16 | A. Again, around that period. Was it | 16:25:36 |
| 17 | exactly November? Was it after Thanksgiving? I | 16:25:38 |
| 18 | mean, it was somewhere around there. I was happy | 16:25:43 |
| 19 | for him and I felt very good about it. | 16:25:45 |
| 20 | And it wasn't a question of having to | 16:25:45 |
| 21 | have a conversation because, again, I had in my | 16:25:46 |
| 22 | mind three data points that were very good data | 16:25:48 |

VIDEOTAPED DEPOSITION OF JONATHAN J. LEDECKY
CONDUCTED ON WEDNESDAY, MARCH 29, 2006

264

| | | |
|---|---|---|
| 1 | points.  I had my mention in the proxy.  I had Jim | 16:25:55 |
| 2 | Gillis telling me.  I had the investment banker | 16:25:55 |
| 3 | telling me.  I had the agreement.  So I felt these | 16:25:55 |
| 4 | are guys I've dealt with for six years, they're | 16:25:58 |
| 5 | extremely honorable people, this is wonderful for | 16:26:02 |
| 6 | everybody. | 16:26:06 |
| 7 |     Q.    Okay.  And what did Leslie Flegel tell | 16:26:07 |
| 8 | you when you had that conversation with him? | 16:26:10 |
| 9 |     A.    He told me that he owed me something. | 16:26:12 |
| 10 | I then tried to press him what the something was, | 16:26:15 |
| 11 | and he said, "I'll have to think about it."  And | 16:26:18 |
| 12 | we went back and forth on that, and eventually he | 16:26:21 |
| 13 | said, "I couldn't possibly pay you millions of | 16:26:24 |
| 14 | dollars.  How could I do that with my board of | 16:26:27 |
| 15 | directors?  I couldn't possibly do that.  Let me | 16:26:30 |
| 16 | think about what I can do with my board of | 16:26:31 |
| 17 | directors.  There are things that I can and can't | 16:26:33 |
| 18 | do without my board approval.  I'll get back to | 16:26:36 |
| 19 | you." | 16:26:39 |
| 20 |     Q.    All right.  And did he get back to you? | 16:26:39 |
| 21 |     A.    He did. | 16:26:41 |
| 22 |     Q.    When was that? | 16:26:42 |