IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | )    Civil Action No. 1:05-CV-01039 (JGP) |
| SOURCE INTERLINK COMPANIES, INC., | ) ) ) |
| *Defendant*. | ) ) |

## ORDER

Upon consideration of Plaintiff's Opposition to Defendant's Motions in Limine, and for good cause shown,

Defendant's Motion in Limine to Exclude Evidence Concerning the Payment of Bonuses, Fees and/or the Awarding of Employment Contracts in Connection with the Alliance Merger is DENIED,

Defendant's Motion in Limine to Preclude Any Arguments Relating to the Effect of Any Misstatements or Inaccuracies in Defendant's Public Filings with the United States Securities and Exchange Commission is DENIED,

Defendant's Motion in Limine to Exclude Lay Opinion Testimony is DENIED,

Defendant's Motion in Limine to Preclude Plaintiff from Asserting an Estoppel Claim is DENIED,

Defendant's Motion in Limine to Exclude Evidence and/or Arguments Concerning Plaintiff's Now-Dismissed Equitable Claims is DENIED,

- 2 -

Defendant's Motion in Limine to Exclude Evidence and Statements Made in Settlement Discussions is DENIED,

Defendant's Motion in Limine to Exclude Matthew D. Schwartz and Any Other Trial Witness Not Listed in Plaintiff's Initial Disclosures or Supplements Thereto is DENIED, and

Defendant's Motion in Limine to Preclude Plaintiff from Testifying About Any Out-of-Court Statements from John Chiles is DENIED.

Date: _____                         _____
                                           HON. JOHN GARRETT PENN
                                           United States District Judge