IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>*Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:05CV01039 (JGP) |

PLAINTIFF'S MOTION FOR LEAVE
TO ADD SOURCE INTERLINK COMPANIES, INC'S
FORM 8-K DATED NOVEMBER 10, 2006 AS PLAINTIFF'S EXHIBIT 76

Plaintiff Jonathan Ledecky d/b/a/ Ironbound Partners, by undersigned counsel, respectfully moves to add as Plaintiff's Exhibit 76 the Form 8-K of Defendant Source Interlink Companies, Inc. ("Source") filed November 10, 2006 with the United States Securities and Exchange Commission, on the following grounds:

1. The Form 8-K concerns the resignation of S. Leslie Flegel as Chairman and CEO of Source and contains the terms of that resignation, including guaranteed payments of $5.5 million and eligibility for up to an additional $4 million.  Mr. Flegel is a principal actor in this litigation and his resignation in the midst of this suit, and the generous terms of the resignation, are areas of potentially relevant examination and evidence.

2. Source uniquely knew of the resignation and accompanying information contained in the Form 8-K and controlled its timing.

3. Source created the Form 8-K and is uniquely familiar with and responsible for its contents.

4. Source previously did not file the Form 8-K and otherwise did not disclose the transaction contained in the Form 8-K.

5. Plaintiff had no prior access to the Form 8-K or to the severance agreement contained in the Form 8-K.

6. Because of Source's unique control over the content and timing of the Form 8-K and the matters contained in the Form 8-K, Plaintiff was unable to include the Form 8-K on Plaintiff's original exhibit list in Plaintiff's Pretrial Statement filed September 29, 2006.

7. Trial in this matter is not scheduled to begin until March 6, 2007.

8. Source has ample time to review the Form 8-K and to object, if Source has objection, under the Federal Rules of Evidence.

9. Source will not be prejudiced in any fashion by Plaintiff's adding this Source document to Plaintiff's exhibits at this time.

WHEREFORE, Plaintiff respectfully requests leave to add the November 10, 2006 Source Form 8-K as Plaintiff's Exhibit 76.

Respectfully submitted,

/s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600
 Washington, D.C.  20006-1167
 (202) 585-6900 (telephone)
 (202) 585-6969 (facsimile)

Jan Paul Miller
 THOMPSON COBURN LLP
 One U.S. Bank Plaza
 St. Louis, Missouri  63101-1611
 (314) 552-6365 (telephone)

(314) 552-7365 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

3470774                                            - 3 -

## CERTIFICATE OF SERVICE

     I hereby certify that on this 15th day of November, 2006, a true and correct copy of the foregoing motion was served electronically through CM/ECF and by regular mail, postage prepaid, along with a copy of the proposed Plaintiff's Exhibit 76, to:

> Kevin E. Stern
> C. Allen Foster
> Geoffrey Greeves
> Maria Hallas
> GREENBERG TRAURIG, LLP
> 800 Connecticut Ave., N.W.
> Suite 500
> Washington, D.C.  20006

          /s/ Allison Manger