IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05CV01039 (JGP) |
| SOURCE INTERLINK COMPANIES, INC., | ) ) ) | |
| *Defendant*. | ) ) | |

ORDER

Upon consideration of Plaintiff's Motion for Leave to Add Source Interlink Companies, Inc.'s Form 8-K Dated November 10, 2006 as Plaintiff's Exhibit 76, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.


Date: _____                    _____
                                      HON. JOHN GARRETT PENN
                                      United States District Judge