UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN LEDECKY** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SOURCE INTERLINK** )<br>**COMPANIES, INC.,** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 05-1039 (JGP) |

## ORDER

For the reasons set forth in the Court's Memorandum Opinion to be filed, it is hereby

**ORDERED** that Defendant Source Interlink Companies, Inc.'s Motion for Summary Judgment [#58] is **DENIED**.

**Date: January 29, 2007**                                                                 **JOHN GARRETT PENN**
                                                                                                          **United States District Judge**