IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a <br> IRONBOUND PARTNERS, <br><br> *Plaintiff*, <br><br> v. <br><br> SOURCE INTERLINK COMPANIES, INC., <br><br> *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

**PLAINTIFF'S MOTION REQUESTING THE COURT TO TAKE JUDICIAL NOTICE OF THE DEFINITIONS OF "MANIFEST" AND "EXECUTION"**

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff Jonathan Ledecky d/b/a/ Ironbound Partners, by undersigned counsel, respectfully moves the Court to take judicial notice of the definitions of the terms "manifest" and execution," as contained in the Oxford English Dictionary (the "OED"). True and correct copies of those definitions are attached hereto as Exhibits A and B, respectively.[1]

The genesis of this request lies in the Referral Agreement between the parties at issue in this suit (Plaintiff's Exhibit 1 and Defendant's Exhibit 11). One of the main disputes between the parties is over the following sentence in paragraph 1 of that Agreement (emphasis added): "Acceptance shall be **manifest** only by **execution** of written agreement between Source and the Client." Defendant Source Interlink Companies, Inc. maintains that this sentence establishes a condition precedent to Plaintiff's recovery and that this condition was not met. Plaintiff maintains that this sentence is not a condition precedent, has none of the trappings of a condition

---

[1] Rule 201(d) provides, "A court shall take judicial notice if requested by a party and supplied with the necessary information."

3509605

precedent and does not have favoritism in the law as a condition precedent that would work a forfeiture. Plaintiff also maintains that this contract term was satisfied. Whichever view prevails, this sentence will be a material issue at trial.

A judicially noticed fact under Fed. R. Evid. 201(b) is one that "is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." For that reason, Rule 201(g) provides, "In a civil action or proceeding, the court shall instruct the jury to accept as conclusive any fact judicially noticed."

"Manifest" and "execution" are common words in the English language that are both "generally known within the territorial jurisdiction" and "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." The attached OED definitions show this.

Dictionary definitions of words in the English language are common subjects of judicial notice. *See, e.g., Werk v. Parker,* 249 U.S. 130, 132 (1919); *Comerica Bank v. Lexington Ins. Co.*, 3 F.3d 939, 944 (6th Cir. 1993); *B.V.D. Licensing Corp. v. Body Action Design, Inc.*, 846 F.2d 727, 728 (Fed. Cir. 1988); *New York Life Ins. Co. v. Calhoun*, 97 F.2d 896, 898 (8th Cir. 1938); *Village of Morrisville Water & Light Dept. v. U.S. Fid. & Guar. Co.*, 775 F. Supp. 718, 725, 725 n.9 (D. Vt. 1991); *Ziggity Sys., Inc. v. Val Watering Sys.*, 769 F. Supp. 752, 788 (E.D. Pa. 1990).

With regard to the source of the definitions, OED one of the most recognized and authoritative source for definitions of words in the English language. *See, e.g., Wade v. Lewis,*

561 F. Supp. 913, 936 (N.D. Ill. 1983); *Avenues in Leather, Inc. v. United States*, 2004 WL 897792, *5 n.9 (Ct. Int'l Trade, Apr. 26, 2004).[2]

WHEREFORE, Plaintiff respectfully requests that the Court take judicial notice of the definitions of the terms "manifest" and "execute," as contained in Exhibits A and B, respectively, and that the Court instruct the jury to accept those definitions as conclusive.

Respectfully submitted,

    /s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

---

[2] Further showing the appropriateness of the Court's taking judicial notice of these definitions, the latest Webster's Dictionary definitions are virtually the same. *See* Exhibits C and D.

- 4 -

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2007, a true and correct copy of the foregoing Motion for Judicial Notice was served electronically through CM/ECF on:

>Kevin E. Stern
>C. Allen Foster
>Geoffrey Greeves
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C.  20006

        /s/ Allison Manger