IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>*Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>*Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

**EXHIBIT A
TO
PLAINTIFF'S MOTION REQUESTING THE COURT TO TAKE JUDICIAL NOTICE
OF THE DEFINITIONS OF "MANIFEST" AND "EXECUTION"**

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2007

# manifest, *a.* and *adv.*

DRAFT REVISION Sept. 2000

*Brit.* /ˈmanɪfɛst/, *U.S.* /ˈmænəfɛst/ Forms: ME-15 **manifeste**, **manyfest**, ME- **manifest**, 16 **manyfaste**; *Sc.* pre-17 **manefast**, **manefest**, **maniefest**, **manifast**, **manifeist**, **manifeste**, **manyfest**, **menifest**, pre-17 17- **manifest**. [< Anglo-Norman and Middle French *manifeste* (c1190 in Old French in sense 'confirmed, proven', 1262 in sense 'visible, evident') and their etymon classical Latin *manifestus* (early Latin *manufestus*) caught in the act, flagrant, evident, unmistakable, prob. < *manus* hand (see MANUS *n.*$^1$) + *-festus*, of uncertain sense, the second element also of *infestus* hostile, harmful (see INFEST *v.*$^2$). Cf. Old Occitan *manifest* (c1220), Spanish *manifiesto* (1220-50), Italian *manifesto* (a1250), Portuguese *manifesto* (14th cent.).]

**A.** *adj.*   **I.** General uses.

**1. a.** Clearly revealed to the eye, mind, or judgement; open to view or comprehension; obvious.

**1385** in *3rd Rep. Royal Comm. Hist. MSS* (1872) 410/2 The curt..assignet tharseto Tewisday..for to caus his dome..to be giffyn..and that he made manyfest in playne curt. **?a1425** (c1380) CHAUCER tr. Boethius *De Consol. Philos.* III. pr. x. 158 Than is it manifest and open that by the getynge of dyvinite men ben makid blisful. **a1525** (c1448) R. HOLLAND *Bk. Howlat* (Asloan) 255 in F. J. Amours *Sc. Allit. Poems* (1897) 55 It neidis nocht to renewe all myn vnhele, Sen it was menit to ȝour mynd, and maid manifest. **1535** *Bible* (Coverdale): *1 Esdras* ii. 18 Be it knowne and manifest to our lorde the kynge, that the Iewes..begynne to buylde it [*sc.* the city] agayne. **1555** in R. Hakluyt *Princ. Navigations* (1589) II. 299 The beter, and also manifester testification of the truth. **1581** J. BELL tr. W. Haddon *Answer to Osorius* f. 458$^v$, Three manyfest lyes about one poore platter. **1611** *Bible* (A.V.): *John* ix. 3 That the workes of God should be made manifest in him. **1671** MILTON *Samson Agonistes* 997 She's gone, a manifest Serpent by her sting. **1711** R. STEELE *Spectator* No. 71 ¶10 The contrary is so manifest, that I cannot think you in earnest. **1712** J. BROWNE tr. P. Pomet *Compl. Hist. Druggs* I. 179 A Gum that is..glewy in the Mouth, without manifest Taste. **1837** C. R. GORING & A. PRITCHARD *Microgr.* 181 It is a manifest and visible error. **1860** J. TYNDALL *Glaciers of Alps* I. iii. 26 In many places..the mass showed manifest signs of lateral pressure. **1890** G. GISSING *Emancipated* I. iv. 132 His eyes were now agleam, and the beauty of his countenance fully manifest. **1925** J. M. MURRY *Keats & Shakespeare* iv. 42 Two of the clues to the thought behind this letter are manifest to the eye. **1956** W. S. CHURCHILL *Hist. Eng.-speaking Peoples* II. IV. ii. 16 The Wars of the Roses had weakened English authority in Wales, but it was in Ireland that their effects were most manifest. **1983** W. BYRON tr. A. Le Vot *F. Scott Fitzgerald* VII. xxi.

342 Miss Kroll was conquered by his charm despite his manifest weaknesses.

**b.** *Psychol.* and *Med.* With reference to dreams: directly reported, literal, uninterpreted; esp. in **manifest content**. Also: able to be observed or reported; producing observable signs; esp. in **manifest anxiety**. Opposed to *latent*.

> **1910** *Amer. Jrnl. Psychol.* **21** 283 The mechanism by which the manifest content is formed from the underlying dream thoughts, falls into four groups—condensation, displacement, dream-making, and secondary collaboration. **1913** E. JONES *Papers Psycho-Anal.* 26 Freud..contrasts the 'manifest content' which is the dream as directly related, with the 'latent content', which is the group of thoughts reached by psycho-analysis of the dream. **1951** *Jrnl. Exper. Psychol.* **41** 90/1 A group of widespread, directly observable overt reactions (e.g. restlessness, tenseness, excessive perspiration, etc.) are identified as 'manifest anxiety' and considered as the definition of anxiety neurosis. **1954** *Psychoanal. Stud. of Child* **9** 16 Infantile neurosis refers to the inner structure of infantile development, with or without manifest symptoms, which forms the basis of a later neurosis. **1968** *Brit. Jrnl. Psychiatry* **114** 622/1 Shagrass and Naiman (1956) used the sedation threshold as an objective index of anxiety and were able to put various types of neuroses in rank order according to their content of manifest anxiety. **1992** R. D. GROSS *Psychol.* xxix. 908 *Displacement* refers to the role of *symbols* in dreams, whereby something (eg. a king) appears in the manifest dream as a substitute for something or somebody involved in the wish (eg. the dreamer's father). **1998** *Clin. Pediatrics* **37** 1 Therapy focuses both on reducing the causes..and on controlling manifest symptoms [of allergic rhinitis].

**†2.** *literary*. [After the classical Latin construction with genitive.] Having evident signs *of*; evidently possessed *of* or guilty *of*. *Obs.*

> **1681** N. TATE & DRYDEN *Absalom & Achitophel* 7 Now, manifest of Crimes, contriv'd long since, He stood a bold Defiance with his Prince. **1700** DRYDEN *Chaucer's Palamon & Arcite* II. 623 Calisto there stood manifest of shame. **1725** E. FENTON in Pope et al. tr. Homer *Odyssey* I. I. 277 Thus manifest of right, I build my claim Sure-founded on a fair Maternal fame.

**II. Special uses.**

**3. manifest destiny** orig. *U.S.* (now *hist.*) (also with capital initials), the doctrine or belief that the expansion of the United States throughout the American continents was both justified and inevitable; this (expected) expansion itself; also in extended use. **manifest function** *Sociol.*, an intended consequence of social actions, structures, etc., which is recognized by the participants.

> **1845** J. O'SULLIVAN in *U.S. Mag. & Democratic Rev.* July-Aug. 5 Our *manifest destiny to overspread the continent allotted by Providence for the free development of our yearly multiplying millions. **1856** *Porter's Spirit of Times* 13 Dec. 235/2 He was a 'manifest destiny' man. **1858** *Economist* 6 Feb. 139/2 What reasons can be shown for

Oxford English Dictionary manifest, a., and adv.    Page 3 of :

Case 1:05-cv-01039-JGP    Document 102-2    Filed 02/07/2007    Page 4 of 8

the manifest destiny to whip Africans which do not apply with equal force to prove the manifest destiny to subdue half-caste Spaniards into conformity with their will? **1867** J. R. LOWELL *Biglow Papers* 2nd Ser. p. vii, The incarnation of 'Manifest Destiny', in other words, of national recklessness as to right or wrong. **1927** J. W. PRATT in *Amer. Hist. Rev.* **32** 795 One can hardly read a work on the history of the United States in the two decades before the Civil War without meeting the phrase 'manifest destiny', widely used as a convenient statement of the philosophy of territorial expansion in that period. **1937** J. MARQUAND *Thank you, Mr. Moto* v. 31 It had always seemed to me a piece of manifest destiny..that the Japanese Empire should control China, and I told Best as much. **1959** *Listener* 18 June 1048/2 The long and stern struggle by which Canada had maintained its separateness against American 'Manifest Destiny'. **1980** *Times Lit. Suppl.* 25 Apr. 476/2 As historians come to appreciate the strength of 'survivalist' Catholicism, so Protestantism seems to be less..a pre-ordained and natural consummation, England's manifest destiny. **1991** *Classic CD* Dec. 5/1 An inexhaustible exploration of fugal procedures and permutations greatly ranging in texture and harmony and bursting to fulfil the manifest destiny of its extraordinary subject.

---

**1949** R. K. MERTON *Social Theory* I. i. 51 *Manifest functions* are those objective consequences contributing to the adjustment or adaptation of the system which are intended and recognised by participants in the system; *Latent functions*, correlatively, being those which are neither intended nor recognised. **1957** M. BANTON *W. Afr. City* ix. 168, I shall describe..how the companies fulfil their explicit functions of providing mutual aid and entertainment—what R. K. Merton has termed the manifest functions. **1973** P. F. LAZARSFELD *Main Trends in Sociol.* iii. 51 A manifest function is one which is intended and recognized by all people concerned.

---

†**B.** *adv.* = MANIFESTLY *adv. Obs.*

**1431** in C. Innes *Liber Melros* (1837) 523 It was manifest thar prufit be actentik letteris [etc.]. *a***1450** (1391) CHAUCER *Treat. Astrolabe* II. §26. 3 The excellence of the spere solide..shewith manyfest the diverse ascenciouns of signes in diverse places. *a***1513** J. IRLAND *Meroure of Wyssdome* f. 138, This heresy is manifest impossible. **1542** *Acts Parl. Scotl.* (1814) II. 417/1 Qulk..makis þe said p[ro]ces manifest fals and inept.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2007

---

# manifest, *v.*

DRAFT REVISION Dec. 2003

*Brit.* /ˈmanɪfɛst/, *U.S.* /ˈmænəˌfɛst/  Forms: lME (prob. transmission error) **magnyfest**, lME-15 **manifeste, manyfest**, lME- **manifest**; *Sc.* pre-17 **manefest, manifast**, pre-17 17- **manifest**. [< Anglo-Norman *manifester* to reveal, demonstrate and Middle French, French *manifester* (c1120 in Old French in sense 'to make known publicly', late 14th cent. 'to show', 1408 'to make known by actions or words'; late 12th cent. used reflexively of a person, 1540 of a thing or quality; 1868 in sense 7, although earlier implied in *manifestant* MANIFESTANT *n.*) and their etymon classical Latin *manifestāre* to reveal, disclose, clarify < *manifestus* MANIFEST *a.* Cf. Old Occitan *manifestar* (13th cent.), Italian *manifestare* (13th cent.), Spanish *manifestar* (1220-50), Portuguese *manifestar* (14th cent.; earlier *mãefestar* 13th cent.).]

**1.** *trans.*  **a.** To make (a quality, fact, etc.) evident to the eye or to the understanding; to show plainly, disclose, reveal. Also *refl.*, esp. of supernatural beings (cf. sense 6).

> ?*a*1425 (c1380) CHAUCER tr. Boethius *De Consol. Philos.* II. pr. vii. 49 Thynken ye to manyfesten..your renoun and doon yowr name for to ben born forth? **1483** CAXTON tr. *Caton* sig. Eviij, The synnes ben ofte hydde for a tyme but afterward..they are knowen and manyfestyd. **1484** CAXTON *Fables of Alfonce* xi. (1889) 281 The yonge man manyfested or descouered vnto her alle his courage and herte. **1582** *Bible* (Rheims): *John* ii. 11 He manifested [**1611** manifested forth] his glorie. *a*1586 (*a*1507) W. DUNBAR *Tua Mariit Wemen* (Maitland) 73 in *Poems* (1979) 44 To manifest my makdome to multitude of pepill. **1602** J. MARSTON *Antonios Reuenge* IV. iii. sig. G4, Who riseth vp to manifest her guilt? **1611** *Bible* (A.V.): *1 John* iv. 9 In this was manifested the loue of God towards vs. *a*1616 SHAKESPEARE *Merry W.* (1623) IV. vi. 15 The mirth whereof so larded with my matter, That neither (singly) can be manifested Without the shew of both. **1622** R. HAWKINS *Observ. Voiage S. Sea* I. 121 The Sunnes rising manifested vnto vs our errour. **1654** J. BRAMHALL *Just Vindic. Church of Eng.* iii. 31 Whether the Act..were operative or declarative, creating new right, or manifesting, or restoring old right. **1736** BP. J. BUTLER *Analogy of Relig.* I. iii. 45 He manifests himself to Us under the Character of a righteous Governor. **1841** F. MYERS *Catholic Thoughts* IV. §3. 188 Nature manifests itself to us only through our senses. **1875** H. E. MANNING *Internal Mission of Holy Ghost* viii. 210 He created our souls to manifest the light of His image. **1907** 'M' tr. *Gospel of Râmakrishna* iii. 88, I see that God is walking in every human form and manifesting Himself alike through the sage and the sinner. **1932** R. NIEBUHR *Moral Man & Immoral Society* iii. 58, I see that God is walking in every human form and manifesting himself alike in the sage and in the sinner. **1983** A. MASON *Illusionist* i. 10 His words were followed by a strange hush, as if the ancient intransigence of that religion they spoke of had come down for a moment

from its mountain fastnesses and manifested its presence in the elegant room.

**b.** With clause as object, or with object and infinitive or complement.

> **1559** W. CUNINGHAM *Cosmogr. Glasse* 17, I perceive that a circle, & a sphere are both rounde, & have like Centers, & Diameters..yet they do as greatlye..as this definition of Euclid, do manifest plainly. ***a1578*** R. LINDSAY *Hist. & Cron. Scotl.* (1899) II. 58/25 To manefest ȝourselfis quhat men ȝe ar. ***a1586*** SIR P. SIDNEY *Arcadia* (1590) I. v. sig. D5, He manifested himself an vnremoveable suiter to her daughter. **1600** SHAKESPEARE *2 Hen. IV* IV. iii. 233 Thy life did manifest thou lou'dst me not. **1643** SIR T. BROWNE *Relig. Medici* I. §22 No man will be able to prove it, when, from the process of the Text, I can manifest it may be otherwise. **1659** J. PEARSON *Expos. Creed* (1839) 324 That it was actually so..the place itself will not manifest. **1667** in J. A. Picton *City of Liverpool: Select. Munic. Rec.* (1883) I. 269 Neither..bowles or boxe had any inscripcion, manifesting them to be the gift of any p'ticular p'son. ***c1680*** W. BEVERIDGE *Serm.* (1729) I. 476 It is by this chiefly that we manifest ourselves to be christians. **1688** R. HOLME *Acad. Armory* III. 326/2 The Triangle will presently manifest whether the place be higher or lower than your Eye. **1711** R. STEELE *Spectator* No. 153 ¶4 It is thus in the Life of a Man of Sense, a short Life is sufficient to manifest himself a Man of Honour and Virtue. **1789** P. BROWNE *Civil & Nat. Hist. Jamaica* (new ed.) II. ii. 97, I have not yet seen the capsulæ of this plant, and place it here only from the habit, which seems to manifest it of this tribe. **1878** J. RUSKIN *Notes* I. 71 Of these ten [drawings], he made anticipatorily four, to manifest what their quality would be. **1981** V. KULVINSKAS et al. *Life in 21st Cent.* p. i, The Now is forever flowing through the electric space recreating the mass vision, the all-in-one, manifesting what tomorrow is.

**c.** Of things: to be evidence of, prove, attest.

> **1568** (*a*1508) W. DUNBAR *Flyting* (Bannatyne) 82 in *Poems* (1979) 79 Thy frawart phisnomy Dois manifest thy malice to all men. ***a1616*** SHAKESPEARE *Coriol.* (1623) II. ii. 13 For Coriolanus neyther to care whether they loue, or hate him, manifests the true knowledge he ha's in their disposition. ***a1674*** LD. CLARENDON *Surv. Leviathan* (1676) 125 The instance he makes of a Princes subduing an other people..should manifest to him the contrary. **1804** J. ABERNETHY *Surg. Observ.* 37 This remark is manifested by the present, as well as by many other cases in surgery. **1972** E. H. GOMBRICH *Story of Art* (ed. 12) xxiv. 380 The academie of the eighteenth century were under royal patronage, to manifest the interest which the King took in the arts. **1986** P. B. CLARKE *Black Paradise* vi. 92 It manifests a total rejection of the notion of the black person as simply an economic commodity.

**2. a.** *trans.* To display (a quality, condition, feeling, etc.) by action or behaviour; to give evidence of possessing, reveal the presence of, evince.

> ***a1525*** J. IRLAND *Of Penance & Confession* in W. A. Craigie *Asloan MS* (1923) I. 57 God schawis and manifestis his mercy and werite in hevin in hell and in erd. **1567** in J.

Cranstoun *Satirical Poems Reformation* (1891) I. 119 He Abrahamis Faith, but feir, profest; He Dauidis mercy manifest. **1664** H. POWER *Exper. Philos.* II. 103 A large Bladder, full blown, will weigh more then itself emptied, and manifest this inequality upon a ticklish pair of scales. **1719** *Boston News-let.* 19-26 Jan. 1/2 If it be the Right and Privilege of the Burgesses..to manifest a disregard to the Interest of the Crown..I must then own my reproofs heretofore ought to be spared. **1782** W. COWPER *Friendship* 112 They manifest their whole life through The needle's deviations too, Their love is so precarious. **1801** *Med. Jrnl.* **5** 436 No influence, during that time, was manifested by the medicine. **1814** H. F. CARY tr. Dante *Paradiso* IX. 18 The eyes Of Beatrice..manifested forth Approval of my wish. **1825** E. BULWER-LYTTON *Zicci* 8 Glyndon had also manifested a graceful faculty for verse. **1847** G. GROTE *Hist. Greece* (1862) III. II. xl. 434 The Medes..manifested great personal bravery. **1853** J. BRIGHT *Speech India* 3 June (1876) 2 When the noble Lord made that announcement, considerable dissatisfaction was manifested on both sides of the House. **1906** J. GALSWORTHY *Man of Property* 103 Of all the brothers and sisters James manifested the most emotion. Tears rolled down the parallel furrows of his thin face. **1920** H. J. LASKI *Polit. Thought in Eng.* ii. 33 For Locke was above all anxious to leave supreme power in a community whose single will, as manifested by majority-verdict, could not be challenged by any lesser organ than itself. **1954** O. SITWELL *Four Continents* ii. 25 *The Four Continents*, even as a title, manifested too antique a style. **1987** R. ELLMANN *Oscar Wilde* xii. 294 He thought of the self as having multiple possibilities, and of his life as manifesting each of these in turn.

**b.** *trans.* (*refl.* or in *pass.*). To be seen to be, or reveal itself as existing or operative.

**1726** SWIFT *Gulliver* I. II. iii. 51 The other two..observed..that I had lived several Years, as it was manifested from my Beard. **1808** *Med. Jrnl.* **19** 137 No tendency, in general, to dysentery, manifested itself at this time. **1860** J. TYNDALL *Glaciers of Alps* I. xx. 142 A strong polar action was manifested at many points of the surrounding rocks. **1871** B. STEWART *Heat* (ed. 2) §303 This heat..does not as a rule manifest itself by producing any increase of temperature. **1876** J. S. BRISTOWE *Treat. Theory & Pract. Med.* II. i. 149 The first symptoms are said to have manifested themselves on the seventh or eighth day. **1944** S. BELLOW *Dangling Man* 142 My present ill temper first manifested itself last winter. **1986** B. GELDOF *Is that It?* ix. 128 The aggression of the punk era was being manifested not in posturing or in spitting..but in actual physical violence.

**†3.** *trans.* To expound, unfold, clear up (a matter), as in a manifesto or public declaration. *Obs.*

**1530** J. PALSGRAVE *Lesclarcissement* 632/2, I manyfest, I make a thyng clere or open... It is nat for all men to manyfest this mater. **1596** H. KNYVETT *Def. Realme* (1906) Ep. Ded. 6 My purpose is..principally to manifest unto yo$^r$..Ma$^{tie}$..what course I hould in the preparinge ordering & conducting of yo$^r$ forces. **1629** *S'hertogenbosh* 5 They..manifested their Cause also vnto the Burgers of the Brabandish head Towns. **1669** T. GALE *Court Gentiles* 1. III. x. 108 An oration, if it does not manifest the mater, loseth its designe.

**4.** *trans.* Chiefly *Naut.* To record or enumerate in a manifest. Freq. in *pass.*

> **1541** *Act 33 Hen. VIII* c. 7 The double value of the saide mettall so declared and manifested. **1824** *Brit. Consular Rep.* (1940) 43 At all times, they have been short manifested to save duties. **1860** *Mercantile Marine Mag.* 7 120 Should a Captain manifest more packages than there are on board the ship,..he shall pay on each package so manifested. **1902** *Daily Chron.* 6 June 5/2 Every passenger is 'manifested' at the point of departure and various particulars about him set out.

**†5.** *trans. Spanish Hist.* In Spanish law: to protect (a person) by a 'manifestation' ( MANIFESTATION *n.* 2). *Obs. rare.*

> **1818** H. HALLAM *View Europe Middle Ages* iv. (1868) 279 'To manifest any one', says the writer so often quoted [*sc.* Zurita], 'is to wrest him from the hands of the royal officers that he may not suffer any illegal violence.' **1818** H. HALLAM *View Europe Middle Ages* iv. (1868) 280 (*note*) [tr. Zurita] In such cases only the Justiciary of Aragon, when recourse is had to him, interposes by manifesting the person arrested.

**6.** *trans.* (*refl.* or *intr.*). orig. *Spiritualism.* Of a ghost or spirit: to reveal its presence, make an appearance.

> **1858** N. HAWTHORNE *French & Ital. Note-bks.* (1871) II. 171 Other séances were held in her bed-chamber, at which good and holy spirits manifested themselves. **1898** *Daily News* 29 Mar. 6/1 A certain 'Dr. Phinuit', who, however, for some time has not manifested at all. **1900** *Westm. Gaz.* 22 Dec. 2/2 She locks the skeleton up in the cupboard, and immediately the ghost manifests with renewed vigour. **1961** W. H. SALTER *Zoar* ix. 112 The view was prevalent that during a trance a spirit invaded the medium's body of which it took..control... Hence the personalities who claimed to manifest during the trance were called 'Controls'. **1992** C. P. ESTÉS *Women who run with Wolves* i. 31 The spirits manifest as personages.

**7.** *intr.* = DEMONSTRATE *v.* 5a.

> **1898** *Daily News* 21 Feb. 5/6 In this astonishing country a gentleman of repute chooses his own time for going to prison, and is aided by the courtesy of the authorities in manifesting against the Court which condemned him. **1898** *Daily News* 26 Sept. 4/4 Public opinion in France manifests entirely in the opposite direction. **1899** *Daily News* 12 June 7/5 The object of the occupants being to manifest there for Loubet. **1978** *Daily Gleaner* (Fredericton, New Brunswick) 8 Nov. 40/7 Placard-toting strikers 'manifesting' in front of a factory.