IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>*Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>*Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

**EXHIBIT B
TO
PLAINTIFF'S MOTION REQUESTING THE COURT TO TAKE JUDICIAL NOTICE
OF THE DEFINITIONS OF "MANIFEST" AND "EXECUTION"**

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2007

---

# execution

SECOND EDITION 1989

(ɛksɪˈkjuːʃən) Forms: 4 **execucoun**, 4-6 **execucion, -cioun, -cyon,** 4-7 **-sio(u)n, -syon,** 5 **excecussyon,** 6 **executyon, excecucione,** (**exicucyon**), *Sc.* **exsecutione,** (7 **exequition**), 6- **execution**. [ME. *execucion*, a. AF. *execucioun*, F. *exécution*, ad. L. *execūtiōn-em, exsecūtiōn-em*, n. of action f. *ex(s)equī*: see EXECUTE *v.*]

The action of executing; the state or fact of being executed.

**1.** The action of carrying into effect (a plan, design, purpose, command, decree, task, etc.); accomplishment: an instance of this. Also, **to carry,** †**order, put in** or **into execution**.

> c1374 CHAUCER *Troylus* III. 472 He..Had every thing..put in Execucion. **1388** WYCLIF *1 Esdras* vi. 13 [vii. 1] Therfor Tathannai..and hise counseleris, diden execucioun..bi that that kyng Darius hadde comaundid. **1494** FABYAN *Chron.* I. i. 7 In all olde Storyes..is nat founde..that any suche Storye..was put in execucion. **1591** SHAKES. *Two Gent.* I. iii. 36, I like thy counsaile..and..how well I like it, The execution of it shall make knowne. **1651** *Nicholas Papers* (Camden) 259 He beggs me to further the execusion of the Kings comission. **1707** FREIND *Peterborow's Cond. Sp.* 208 To such extraordinary Thoughts, and such diligent executions, were owing all our successes in Spain. **1772** JOHNSON *Let. Mrs. Thrale* 29 Oct., His intention and execution are not very near each other. **1810** WELLINGTON in Gurw. *Disp.* V. 507 The mode in which directions given to the Portuguese authorities are carried into execution. **1863** FR. A KEMBLE *Resid. Georgia* 109, I..determined to put into execution a plan I had formed. **1871** MORLEY *Voltaire* (1886) 11 There are..eras of counsel and eras of execution.

†**b.** The giving practical effect to (a passion, sentiment, or principle); exercise (of powers); manifestation in act (*rarely,* in speech). *Obs.*

> **1581** MARBECK *Bk. of Notes* 780 Workes..are rather the executions and the ministring of righteousnesse. **1586** T. B. *La Primaud. Fr. Acad.* I. (1594) 17 He may..represse them [his wicked inclinations]..that they breake not out into any damnable execution. **1593** SHAKES. *3 Hen. VI,* II. ii. 111 Scarse I can refraine The execution of my big-swolne heart Vpon that Clifford. **1604** — *Oth.* III. iii. 466. **1606** — *Tr. & Cr.* I. iii. 210. **1622** R. HAWKINS *Voy. S. Sea* (1847) 208 Griefe and rage..caused me to breake forth into this reprehension and execution following—'Great is the crosse' [etc.]. **1652** BENLOWES *Theoph.* Pref. 21 My redemption from the execution of thy wrath.

**c.** The executing or carrying into effect (a law, agreement, writ, sentence, etc.). Cf. 7, 8.

c1380 WYCLIF *Wks.* (1880) 37 Bynde men to here wickid lawis & wrong execucions of hem. **1512** *Act 4 Hen. VIII*, c. 10 Fynes..levyed for the execucion and performaunce of the said Indentures. **1591** LAMBARDE *Archeion* (1635) 209 The Writ came so late to his hands, that he could not..make execution of it. **1651** HOBBES *Leviath.* II. xxi. 109 To cause those laws to be put in execution. **1710** PRIDEAUX *Orig. Tithes* ii. 54 We have God's Precedent in the Execution of that Law to guide us. **1766** GOLDSM. *Vic. W.* xxviii, The coward is determined to put the law in execution against me. **1803** WELLINGTON in Gurw. *Disp.* I. 492 The sentence on this sepoy should be carried into execution. **1845** McCULLOCH *Taxation* II. iv. (1852) 185 Commissioners have been appointed to carry the act into execution.

**2.** The effecting or carrying out (a prescribed or designed operation or movement); the production (of a work of art or skill); the vocal or instrumental rendering (of a musical composition); in early use, †the performance (of rites or ceremonies). Hence often, The manner in which an operation, work, piece of music, is 'executed'.

c1534 tr. *Pol. Verg. Eng. Hist.* (Camden) I. 166 After the execution of divine service. *a*1700 DRYDEN (J.), The excellency of the subject contributed much to the happiness of the execution. **1713** *Guardian* No. 1 ¶3 This gentleman is, as to the execution of his work, a Mechanick. **1751** C. LABELYE *Westm. Br.* 16 The two largest Piers were ordered into Execution, of solid Portland Stone. **1751** CHAMBERS *Cycl., Execution* is particularly used in French music, for the manner of singing. **1768** GILPIN *Ess. Prints* 85 His [Rembrandt's] execution is peculiar to himself. It is rough or neat, as he meant a scetch or a finished piece. **1855** PRESCOTT *Philip II*, II. iv. (1857) 243 A new palace..presenting in the beauty..of its execution one of the noblest monuments of the architecture of the eighteenth century. **1879** *Cassell's Techn. Educ.* IV. 62/1 The execution of the requisite tools and machinery.

†**b.** An instance of the same; a performance.

**1581** MULCASTER *Positions* xxxix. (1887) 191 How it may..be helpt..I will hereafter in my priuate executions declare. *a*1628 PRESTON *Breastpl. Love* (1631) 125 Look to your actions, to your doings, to your executions and performances. **1728** R. MORRIS *Ess. Anc. Archit.* 89 Those Executions, which are perform'd conformable to the Practice of the Ancients. *Ibid.* 94 Our Moderns, whose Executions are generally standing Monuments to their Shame.

**c.** Excellence of execution; *esp.* in the performance of music, mastery of the processes by which the required artistic effect must be produced.

**1795** MASON *Ch. Mus.* ii. 137 The term Execution is generally applied to that volubility of throat which expresses accurately such divisions. **1807** JAS. JOHNSON *Orient. Voy.* 54 Most of them are taught music..and some have acquired a tolerable degree of execution. **1824** BYRON *Juan* XVI. xli, The circle..applauds..The lines, the feeling, and the execution. **1842-76** GWILT *Archit.* 176 They [statues] were not equal in execution to those of France. **1854** E. BRADLEY (C. Bede) *Verd. Green* II. ix, A firework piece of

Music, in which execution takes the place of melody.

**3.** The performance or fulfilment (of an office or function). ***to put in execution***: to execute.

> **1576** FLEMING *Panopl. Epist.* Qiv, Before, the sense of seeing was delighted..now the sense of feeling beginnes to put in execution his office. **1605** SHAKES. *Lear* I. i. 139 The Sway, Reuennew..Execution of the rest..be yours. **1631** GOUGE *God's Arrows* IV. §15. 401 Papists..are by law interdicted the execution of ministeriall functions. **1836** MARRYAT *Midsh. Easy* xli, You will have no obstruction from us in the execution of your duty. **1876** J. H. NEWMAN *Hist. Sk.* I. IV. i. 344 He gave himself up to..the due execution of his high duties.

†**b.** Action, operation. *Obs.*

> **1526** *Pilgr. Perf.* (W. de W. 1531) 49b, Whiche yf he had not tasted and put in execucyon, he sholde neuer haue dyed. **1634** SIR T. HERBERT *Trav.* 212 Like the Dodoes wings, more to looke at, then for execution. **1684** *Scanderbeg Rediv.* v. 116 The King had not with him above 4000 men..and of those scarce 1500 came up to Execution. **1729** G. SHELVOCKE *Artillery* IV. 295 The best Opportunity you can have for putting these [Poisonous] Balls in Execution, is when the Heavens are clouded over.

†**4.** Efficiency in action, executive ability. *Obs.*

> **1549** *Compl. Scot.* Ded. 4 Be his magnanyme proues ande martial exsecutione, he delyurit the holy land. **1600** HOLLAND *Livy* XXXVIII. xli. 1008 He was a man of much valour and execution. **1601** —— *Pliny* II. 213 Lucullus..a captain of great execution lost his life by such a loue potion.

**5.** Effective action (*esp.* of weapons); destructive effect, infliction of damage or slaughter. Now almost exclusively in phr. ***to do execution***.

> **1588** SHAKES. *Tit. A.* II. iii. 36 An Adder when she doth vnrowle To do some fatall execution. *Ibid.* IV. ii. 84. **1605** —— *Macb.* I. ii. 18 His brandisht Steele, Which smoak'd with bloody execution. **1590** SIR J. SMYTH *Disc. Weapons* 4b, Short..daggers are..of greater execution amongst al sorts of armed men. **1649** SELDEN *Laws Eng.* I. xiv. (1739) 26 Though the Canons roar loud, yet the execution is not mortal. *a***1672** WOOD *Life* (1848) 26 The two gallant majors charged the rebells up thro the street, doing execution al the way. **1828** G. W. BRIDGES *Ann. Jamaica* II. xviii. 342 The most cruel execution is usually inflicted..on the backs of a..flying enemy. **1855** PRESCOTT *Philip II*, I. viii. (1857) 137 The shot, probably from the distance of the ships, did no great execution.

> *concr.* **1581** STYWARD *Mart. Discipl.* I. 45 The heart of the battaile, vsuallie called the slaughter of the field, or execution of the same.

**b.** *fig.* of the effect of arguments, personal charms, etc.

> **1678** CUDWORTH *Intell. Syst.* 683 Certain metaphysical arguments for a Deity..can do but little execution upon the minds of the generality. **1707** FARQUHAR *Beaux Strat.* II. ii, You are so well dress'd..that I fancy you may do Execution in a Country church. **1766** GOLDSM. *Vic. W.* i, Sophia's features were not so striking at first, but often did more certain execution. **1840** THACKERAY *Paris Sk.-bk., Beatrice Merger* 1 Black eyes, which might have done some execution had they been placed in a smoother face.

**6.** *Law.* The due performance of all formalities, as signing, sealing, etc., necessary to give validity to a deed or other legal document.

> **1776** *Trial Nundocomar* 17/1 Is the name..at the bottom of the paper, written as a witness to the execution? **1848** WHARTON *Law Lex., Execution of Deeds*, the signing, sealing, and delivery of them by the parties, as their own acts and deeds. **1891** *Law Times* XC. 462/2 One of Wayman's clerks attested Mrs. Headley's execution of the deed.

**7.** The enforcement by the sheriff, or other officer, of the judgement of a court; 'the obtaining of actual possession of anything acquired by judgement of law' (Coke *On Litt.* (1628) 154a); chiefly, the seizure of the goods or person of a debtor in default of payment. Also in phrases, **(to have) *for execution*, (to be, take) *in execution*, *to sue, take (forth) execution*.**

**writ of execution**, or simply **execution**: the process under which the sheriff or other officer is commanded to execute a judgement. **to return an execution**: to report the service of the writ. So **return of execution**.

> [**1292** BRITTON I. i. §5 A fere nos commaundementz..et les execuciouns de nos jugementz.] **1503-4** *Act 19 Hen. VII*, c. 36 §1 It [shall] be lawefull..to sue execucion..ayenst the seid sir Edward..by write or wryttes of Elegit. **1523** FITZHERB. *Husb.* §157, I doo..haue theyr bodyes in prisone for execution, tylle they haue made me payment. **1586** J. HOOKER *Girald. Irel.* in *Holinshed* II. 128/1 No action or sute taking effect..except also executions in law, awarded..before the beginning of the parlement. **1592** WEST *1st Pt. Symbol.* §104B, When he shall thinke it most to him conuenient to sue forth execution upon the said statute marchant. **1597** WARNER *Alb. Eng.* X. lvi, The Writ of Execution, that her Heading did purport. **1632** MASSINGER & FIELD *Fatal Dowry* I. ii, Let our executions That lie upon the father be returned Upon the son. **1632** *Star Chamb. Cases* (Camden) 128 Did afterwardes take forth execution against the defendant..and the partie was in execution. **1670** *Moral State Eng.* 30 By the next Term is presented with an Execution, from his Taylor, or Landlord. **1697** LUTTRELL *Brief Rel.* (1857) IV. 315 Two bailifs endeavouring to enter a house..upon an execution. **1725** *Lond. Gaz.* No. 6404/7 A Prisoner in Execution at Ruthyn Gaol. **1767** BLACKSTONE *Comm.* II. 447 Unless..the writ of execution is actually delivered to the sheriff. **1807** J. MARSHALL *Const. Opin.* (1839) 37 One court never awards execution on the judgment of another. **1817** SELWYN *Law Nisi Prius* II. 722 It may be prudent..to be prepared with an examined copy of the writ of possession and return of execution.

> **1827** HALLAM *Const. Hist.* (1876) I. vi. 302 A member having been taken in execution on a private debt before their [Parliament's] meeting. **1875** POSTE *Gaius* III. (ed. 2) 342 The English process in an ordinary execution is, etc.

**b.** Hence, in popular language: The actual levy or seizure of goods by a sheriff's officer.

> **1777** SHERIDAN *Sch. Scand.* I. i, I am told he has had another execution in the house yesterday. **1840** HOOD *Up the Rhine* 233 A..squalid, comfortless room, hardly furnished enough to invite an execution. **1849** THACKERAY *Pendennis* xix, Coming..with a piteous tale that.. there was an execution in their house.

**c.** *Scots Law* (see quot.).

> **1752** J. LOUTHIAN *Form of Process* 93 The Letters, with the Executions against the Prisoner. *Ibid.* 130 The Executor returns his Executions against the Criminals in the following manner. **1861** W. BELL *Dict. Law Scot., Execution* by a Messenger-at-Arms or other officer of the Law..is an attestation under the hand of the messenger [etc.] that he has given the citation, or executed the diligence, in terms of his warrant for so doing.

¶**d.** An alleged designation for a company of officers. *Obs.*⁻⁰

> **1486** *Bk. St. Albans* Fvija, An Execution of Officerys.

**8.** The infliction of punishment in pursuance of a judicial sentence; an instance of this. (In legal use also more fully **criminal execution**.)   **a.** *gen.* (but chiefly with reference to corporal penalties).

> **c1430** *Hymns Virg.* (1867) 20 Medele þou merci with execusioun. **1563** *Homilies* II. *Wilful Rebel.* III. (1859) 575 Let us..fear the dreadful execution of God. **1640** W. PRYNNE *Petit.* in Rushw. *Hist. Coll.* III. I. 76 The small Remainder of his Ears, left after his first Execution. **a1656** BP. HALL *Occas. Medit.* (1851) 105 Let others rejoice, in these public executions. **1827** A. FONBLANQUE *Eng. under 7 Administr.* (1837) I. 81 In..military executions, a medical man stands by and sees what the sufferer under the scourge can bear. **1848** MACAULAY *Hist. Eng.* (ed. 3) I. 489 After the execution Dangerfield..was taken back to prison.

**b.** *spec.* The infliction of capital punishment; the putting (a person) to death in pursuance of a judicial or authoritative sentence. Also called ✝**execution of death**.

> **c1360** *Song of Mercy* 37 in *E.E.P.* (1862) 119 Riht wolde sle vs. for vr sunne. Miht wol don execucion. **1471** DUKE OF CLARENCE in *12th Rep. Comm. Hist. MSS.* App. IV. I. 4 Edmund late Duc of Somerset taken and put to execucion. **c1489** CAXTON *Sonnes of Aymon* xvi. 366 Maye ye doo execusion vpon hym. **1494** FABYAN *Chron.* II. xxxvii. 27 To be put to dethe..by heddyng, fleyng, brennynge, and other Cruel Execucions. **1517** R. TORKINGTON *Pilgr.* (1884) 69 To be put to execucion of Dethe by and bye. **1536** SIR

> W. KINGSTON in Ellis *Orig. Lett.* I. 122 II. 63, I have told my lord of Rocheford that he be in aredynes to morow to suffur execusyon. **1556** *Chron. Gr. Friars* (Camden) 25 Thys yere the commons of Cornwall arose..The captayns tane and put to excecucione. **1605** SHAKES. *Macb.* I. iv. 1 Is execution done on Cawdor? **1631** GOUGE *God's Arrows* IV. viii. 385 Disgrace, Torture, Execution of death..and other externall crosses like unto these. **1680** H. DODWELL *2 Lett. of Advice* (1691) 39 The stakes and gridirons, and other the most terrible executions. **1727** SWIFT *Gulliver* II. v. 137 To see an execution..of a man who had murdered. **1880** MCCARTHY *Own Times* IV. liii. 147 The execution of these men did not even tend to prevent crime.

**9.** 'The ravaging and destroying of a country that refuses to pay contribution' (Smyth *Sailor's Word-bk.* 1867). Also ***military execution***. [After Fr. *exécution*.]

> **1618** FLETCHER *Loyal Subj.* V. vi, You know his marches, You have seen his executions. Is it yet peace? **1689** *Lond. Gaz.* No. 2423/3 To put the Dutchies.. under Military Execution, in case they do not pay, etc.

**10.** *attrib.* and *Comb.* (chiefly in sense 8), as ***execution man***, ***Monday***, ***part***, ***place***, etc.; ***execution-day*** (see quot.); ***Execution-Dock***, the dock (at Wapping) where criminal sailors were executed.

> **a1700** B. E. *Dict. Cant. Crew*, *Execution-day, Washing-day.

> **1694** LUTTRELL *Brief Rel.* 1 Mar. (1857) III. 277 Some of the persons convicted lately for pyracy will be hanged at *Execution Dock on Saturday next. **1883** STEVENSON *Treasure Isl.* xxix. (1886) 211 It..looks mighty like a hornpipe in a rope's end at Execution Dock by London town.

> **c1575** *Cambyses* in Hazl. *Dodsley* IV. 200 Good *execution-man, for need Help me with him away. **1891** W. J. LOFTIE *Lond. City* 125 A Sunday always elapsed between 'Trial Friday' and '*Execution Monday'.

> **1710** NORRIS *Chr. Prud.* ii. 96 Policy agrees with Prudence, as to the *Execution part, the use of fit or effectual means.

> **1594** NASHE *Unfort. Trav.* Wks. 1883-4 V. 168 To the *execution place was he brought.

Hence **exe'cution** *v. Obs.*, = EXECUTE *v.* 6.

> **1565** T. STAPLETON tr. *Bede's Hist. Ch. Eng.* 18 The executioner..desired..that he might be executioned, ether for him or with him.