IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>*Plaintiff,*<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>*Defendant.* | Civil Action No. 1:05CV01039 (JGP) |

**EXHIBIT C
TO
PLAINTIFF'S MOTION REQUESTING THE COURT TO TAKE JUDICIAL NOTICE
OF THE DEFINITIONS OF "MANIFEST" AND "EXECUTION"**



Also Visit   Unabridged Dictionary   Learner's Dictionary   Word Central for Kids   Collegiat

○ Dictionary  ○ Thesaurus  ○ Spanish/English

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

## manifest

4 entries found for **manifest**.
To select an entry, click on it.

    manifest[1,adjective]
    manifest[2,transitive verb]
    manifest[3,noun]
    manifest destiny

Main Entry: **¹man·i·fest** 🔊
Pronunciation: 'ma-n&-"fest
Function: *adjective*
Etymology: Middle English, from Anglo-French or Latin; Anglo-French *manifeste,* from Latin *manifestus* caught in the act, flagrant, obvious, perhaps from *manus* + *-festus* (akin to Latin in*festus* hostile)
**1** : readily perceived by the senses and especially by the sight
**2** : easily understood or recognized by the mind : **OBVIOUS**
**synonym** see **EVIDENT**
- **man·i·fest·ly** *adverb*

Learn more about "manifest" and related topics at Britannica.com

Get the Top 10 Search Results for "manifest"

**Ads by Google**

**Manifest Abundance & More**
Create Wealth, success, happiness & More. Complete course shows you how
http://www.creativelivinginc.com

**Read Blood and Thunder**
An Epic of the American West From the Author of Ghost Soldiers
www.bloodandthunderbook.com

**Manifest prosperity**
Learn How To Manifest With Speed, Light Energy Shaped By Your Need!
LightisReal.com/howtomanifest.html

**Pronunciation Symbols**




Also Visit | Unabridged Dictionary | Learner's Dictionary | Word Central for Kids | Collegiat

◉ Dictionary   ◯ Thesaurus   ◯ Spanish/English

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

**manifest**

4 entries found for **manifest**.
To select an entry, click on it.

    manifest[1,adjective]
    manifest[2,transitive verb]
    manifest[3,noun]
    manifest destiny

[Go]

Main Entry: **²manifest**
Function: *transitive verb*
: to make evident or certain by showing or displaying
**synonym** see **SHOW**
- **man·i·fest·er** *noun*

Learn more about "manifest" and related topics at Britannica.com

Get the **Top 10 Search Results for "manifest"**

**Ads by Google**

**Manifest Abundance & More**
Create Wealth, success, happiness & More. Complete course shows you how
http://www.creativelivinginc.com

**Read Blood and Thunder**
An Epic of the American West From the Author of Ghost Soldiers
www.bloodandthunderbook.com

**Manifest prosperity**
Learn How To Manifest With Speed, Light Energy Shaped By Your Need!
LightisReal.com/howtomanifest.html

**Pronunciation Symbols**