IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>*Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>*Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

**EXHIBIT D**
**TO**
**PLAINTIFF'S MOTION REQUESTING THE COURT TO TAKE JUDICIAL NOTICE OF THE DEFINITIONS OF "MANIFEST" AND "EXECUTION"**



**Blue collar**

Also Visit | Unabridged Dictionary | Learner's Dictionary | Word Central for Kids | Collegiate Dictionary |

Merriam-Webster OnLine Search — ○ Dictionary ○ Thesaurus ○ Spanish/English

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

### execution

One entry found for **execution**.

Main Entry: **ex·e·cu·tion** 🔊
Pronunciation: "ek-si-'kyü-sh&n
Function: *noun*
Etymology: Middle English *execucion,* from Anglo-French, from Latin *exsecution-, exsecutio,* from *exsequi* to execute, from *ex-* + *sequi* to follow -- more at SUE
**1 :** the act or process of **executing** : PERFORMANCE
**2 :** a putting to death especially as a legal penalty
**3 :** the process of enforcing a legal judgment (as against a debtor); *also* : a judicial writ directing such enforcement
**4 :** the act or mode or result of performance
**5** *archaic* : effective or destructive action <his brandished steel, which smoked with bloody *execution* -- Shakespeare> -- usually used with *do* <as soon as day came, we went out to see what *execution* we had done -- Daniel Defoe>

Learn more about "execution" and related topics at Britannica.com

Get the Top 10 Search Results for "execution"

**Ads by Google**

**Charities Info**
Get Info on Charities from 14 Search Engines in 1
www.info.com/Charities

**Superior Notary Services**
Nationwide Signing Service Toll Free 877-507-4600
www.superiornotaryservices.com

**PETA PSA Center**
Order public service announcements to help animals in your community.
PetaPSA.com

**Pronunciation Symbols**

Browse
A B C D
... Z

Ads by Google

Peace Stu...
War in the...
College Lo...
www.kcl.a...

Stop Israel
Demand th...
internationa...
cnionline.c...

War Essay
Instant acc...
www.direc...

Offering Flexible Options for Advancing Your Career     View Additional





WeightWatchers TurnAround Now Online
Choose what fits you be
Flexible POINTS Plan or No Counting Plan.

Also Visit    Unabridged Dictionary    Learner's Dictionary    Word Central for Kids    Collegiat

○ Dictionary  ○ Thesaurus  ○ Spanish/English

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

**execute**

One entry found for **execute**.

Main Entry: **ex·e·cute**
Pronunciation: 'ek-si-"kyüt
Function: *verb*
Inflected Form(s): **-cut·ed; -cut·ing**
Etymology: Middle English, from Anglo-French *executer,* from *execucion* execution
*transitive verb*
**1** : to carry out fully : put completely into effect <*execute* a command>
**2** : to do what is provided or required by <*execute* a decree>
**3** : to put to death especially in compliance with a legal sentence
**4** : to make or produce (as a work of art) especially by carrying out a design
**5** : to perform what is required to give validity to <*execute* a deed>
**6** : PLAY <*execute* a piece of music>
*intransitive verb*
**1** : to perform properly or skillfully the fundamentals of a sport or of a particular play <never had a team *execute* better -- Bobby Knight>
**2** : to perform indicated tasks according to encoded instructions -- used of a computer program or routine
**synonym** see KILL, PERFORM
- **ex·e·cut·able** /-"kyü-t&-b&l/ *adjective*

Learn more about "execute" and related topics at Britannica.com

Get the Top 10 Search Results for "execute"

**Ads by Google**

**Execute Sports 504m**
Save on All the Latest Marine Gear! Free Shipping & No Tax. Buy Now.
BoatersWorld.com

**Chicago Data Solutions**
Database driven web applications ASP.NET, SQL Server, Access
www.chicagodatasolutions.com

**Expert .NET Consulting**
Microsoft Regional Director Proven Results