IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a <br> IRONBOUND PARTNERS, <br><br> *Plaintiff*, <br><br> v. <br><br> SOURCE INTERLINK COMPANIES, INC., <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05CV01039 (JGP) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ERRATA TO PLAINTIFF'S MOTION REQUESTING THE COURT TO TAKE JUDICIAL NOTICE OF THE DEFINITIONS OF "MANIFEST" AND "EXECUTION"**

Plaintiff Jonathan Ledecky d/b/a/ Ironbound Partners, by undersigned counsel, respectfully files this Errata to correct Plaintiff's previously filed Motion Requesting the Court to Take Judicial Notice of the Definitions of "Manifest" and "Execution." Plaintiff inadvertently omitted the attached proposed order from that filing.

Respectfully submitted,

/s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C.  20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a*
*Ironbound Partners*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2007, a true and correct copy of the foregoing Errata was served electronically through CM/ECF on:

    Kevin E. Stern
    C. Allen Foster
    Geoffrey Greeves
    Maria Hallas
    GREENBERG TRAURIG, LLP
    800 Connecticut Ave., N.W.
    Suite 500
    Washington, D.C.  20006

    /s/ Allison Manger