IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
JONATHAN LEDECKY d/b/a             )
IRONBOUND PARTNERS,                )
                                   )
        *Plaintiff*,               )
                                   )
v.                                 )   Civil Action No. 1:05CV01039 (JGP)
                                   )
SOURCE INTERLINK COMPANIES, INC.,  )
                                   )
        *Defendant*.               )
_____)

**ORDER ON PLAINTIFF'S MOTION REQUESTING THE COURT TO TAKE JUDICIAL NOTICE OF THE DEFINITIONS OF "MANIFEST" AND "EXECUTION"**

Upon consideration of Plaintiff's Motion for Judicial Notice, it is hereby

1. ORDERED that Plaintiff's Motion be, and it hereby is, GRANTED.

2. The Court shall take judicial notice of the definitions of the terms "manifest" and "execution" as contained in the definitions in the Oxford English Dictionary.

3. At trial, the Court shall instruct the jury to accept these definitions as judicially noticed facts.


Date: _____                  _____
                                    HON. JOHN GARRETT PENN
                                    United States District Judge