IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>     *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>     *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:05CV01039 (JGP)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATIONS PURSUANT TO PRETRIAL ORDER

Pursuant to the Court's Pretrial Order dated February 1, 2007, the parties conferred regarding the authenticity and admissibility of trial exhibits. The parties stipulate to the authenticity of all trial exhibits, except for the following: Plaintiff's Exhibits 53, 55, 61, 73 and 74. With respect to Plaintiff's Exhibits 53, 55, and 61, the parties stipulate to their authenticity in all respects except for the authenticity of Ariel Emanuel's signature.

The parties provided each other with their objections to the admissibility of exhibits. Plaintiff objects to Defendant's Exhibits 10, 24, and 53 on the grounds of hearsay and lack of foundation. Plaintiff objects to Defendant's Exhibits 38, 42, 43, 44, 45, 46, 47, and 48 on the grounds of hearsay. Plaintiff may withdraw its objections voluntarily to Defendant's Exhibits 42 through 48 in whole or in part. Defendant objects to Plaintiff's Exhibits 43, 45, 73, and 74 on the grounds of hearsay. The parties reserve the right to object to any trial exhibit offered on the grounds of lack of relevance, Fed. R. Evid. 403, and/or lack of foundation.

The parties also stipulate to the following facts:

3514285

1. Mr. Ariel Emanuel became a member of the Board of Directors of Defendant Source Interlink Companies, Inc. ("Source") on November 18, 2004.

2. The merger between Source and Alliance Entertainment Corporation closed on February 28, 2005.

3. Plaintiff's Exhibit 3 (Amendment No. 1 to Form S-4 Registration Statement Under the Securities Act of 1933 of Source Interlink Companies, Inc.) and Plaintiff's Exhibit 4 (Form 10-K of Source Interlink Companies, Inc. for the fiscal year ended January 31, 2006) were filed with the United States Securities and Exchange Commission.

4. Plaintiff's Exhibit 7 documents the payment of $1.5 million to the Endeavor Agency, LLC ("Endeavor") in satisfaction of the invoice that Source received from Endeavor on or around March 2, 2005, after Alliance was merged into Source. (Plaintiff's Exhibit 6).

5. The term "Client," as used in the Referral Agreement, refers to Endeavor.

6. The term Ironbound Partners, LLC, as used in the Referral Agreement, refers to Plaintiff Jonathan Ledecky.

The parties conferred regarding how the fact stipulations should be presented to the jury, and the parties agree that the manner in which the stipulations should be presented will not become apparent until the context of trial. The parties desire to remain flexible regarding the use of the stipulations at trial.

Respectfully submitted,

/s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
 THOMPSON COBURN LLP
 1909 K. Street, N.W. Ste. 600

Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*


/s/ Kevin E. Stern
Kevin E. Stern (D.C. Bar No. 459214)
Geoffrey J. Greeves (D.C. Bar No. 463035
 GREENBERG TRAURIG, LLP
 800 Connecticut Ave., N.W.
 Suite 500
 Washington, D.C. 20006
 (202) 331-3100 (telephone)
 (202) 331-3101 (facsimile)

*Attorneys for Defendant Source Interlink Companies, Inc.*