IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05CV01039 (JGP) |
| SOURCE INTERLINK COMPANIES, INC., | ) ) ) | |
| *Defendant*. | ) ) | |

**CONSENT MOTION AND ORDER FOR PERMISSION
TO USE EXHIBITS IN OPENING STATEMENTS**

Plaintiff and Defendant respectfully move for permission to use exhibits to which there has been no objection in the parties' respective opening statements at trial. The parties agree not to use more than 10 exhibits so as not to prolong opening statements.

Respectfully submitted,

    /s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Attorneys for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

3523205

        /s/ Kevin E. Stern
Kevin E. Stern (Bar No. 459214)
Geoffrey J. Greeves (Bar No. 463035)
GREENBERG TRAURIG, LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, D.C. 20006

*Attorneys for Defendant Source Interlink Companies, Inc.*


SO ORDERED this _____ day of ____, 2007.


_____
John Garrett Penn
United States District Judge