*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

JONATHAN LEDECKY d/b/a/      )
IRONBOUND PARTNERS,      )
     )
     Plaintiff,      )
     )
     v.      )     **Civil Action No. 05-1039 (JGP)**
     )
SOURCE INTERLINK      )
COMPANIES, INC.,      )
     )
     Defendant.      )
_____ )

**ORDER**

Upon consideration of the parties' **Consent Motion and Order for Permission to Use Exhibits in Opening Statements [#108]**, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that plaintiff and defendant shall not exceed the use of more than 10 exhibits during their respective opening statements. And it is further

**ORDERED** that on or before March 2, 2007, the parties shall separately file notices with the Court specifically identifying the exhibits which they intend to use during opening statements.

**Date: February 27, 2007**                    **JOHN GARRETT PENN**
                                            **United States District Judge**