IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, ) ) ) Plaintiff, ) ) v. ) ) SOURCE INTERLINK COMPANIES, INC., ) ) Defendant. ) ) | Case No. 1:05CV01039 (JGP) |

### DEFENDANT'S NOTICE OF EXHIBITS TO BE USED IN ITS OPENING STATEMENT

Pursuant to the Court's Order dated February 27, 2007, Defendant Source Interlink Companies, Inc. hereby notifies the Court of its intent to use the following trial exhibits during its opening statement:

(1)   Defendant's Exhibit 5

(2)   Defendant's Exhibit 6

(3)   Defendant's Exhibit 9

(4)   Defendant's Exhibit 11

(5)   Defendant's Exhibit 12

(6)   Defendant's Exhibit 31

Respectfully submitted,

/s/ Kevin E. Stern
Kevin E. Stern (D.C. Bar No. 459214)
Geoffrey J. Greeves (D.C. Bar No. 463035)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500

        Washington, D.C. 20006
        Tel: (202) 331-3100
        Fax: (202) 331-3101

*Counsel for Defendant Source Interlink Companies, Inc.*

Dated: March 2, 2007

## CERTIFICATE OF SERVICE

I herby certify on this 2nd day of March, 2007, I caused a true and correct copy of the forgoing to be served by electronic mail through CM/ECF on the following:

Jan Paul Miller, Esq.
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101-1611

Allison Manger, Esq.
Harvey Levin, Esq.
THOMPSON COBURN, LLP
1909 k St., NW
Suite 600
Washington, DC 20006

/s/ Józef S. Przygrodzki          .
Józef S. Przygrodzki