IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN LEDECKY d/b/a IRONBOUND )
PARTNERS, )
)
Plaintiff, )
) Case No. 1:05CV01039 (JGP)
v. )
)
SOURCE INTERLINK COMPANIES, INC., )
)
Defendant. )
_____ )

## CONSENT MOTION FOR RELEASE OF JURY POOL INFORMATION

The parties hereby move and respectfully request that the Court release to the parties any and all information regarding the membership and composition of the jury pool as soon as such information becomes available. The parties believe that the provision of such information will help facilitate and expedite the jury selection process in this case scheduled to begin on March 6, 2007.

Respectfully submitted,

/s/ Harvey A. Levin                .
Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Counsel for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*

/s/ Kevin E. Stern                .
Kevin E. Stern (D.C. Bar No. 459214)
Geoffrey J. Greeves (D.C. Bar No. 463035)
GREENBERG TRAURIG, LLP

                    800 Connecticut Avenue, N.W.
                    Suite 500
                    Washington, D.C. 20006
                    Tel: (202) 331-3100
                    Fax: (202) 331-3101

*Counsel for Defendant Source Interlink Companies, Inc.*

Dated: March 2, 2007

**CERTIFICATE OF SERVICE**

I herby certify on this 2nd day of March, 2007, I caused a true and correct copy of the forgoing to be served by electronic mail through CM/ECF on the following:

Jan Paul Miller, Esq.
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101-1611

Allison Manger, Esq.
Harvey Levin, Esq.
THOMPSON COBURN, LLP
1909 k St., NW
Suite 600
Washington, DC 20006

/s/ Józef S. Przygrodzki    .
Józef S. Przygrodzki