IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
JONATHAN LEDECKY d/b/a                              )
IRONBOUND PARTNERS,                                )
                                                    )
          *Plaintiff*,                              )
                                                    )
v.                                                  )          Civil Action No. 1:05CV01039 (JGP)
                                                    )
SOURCE INTERLINK COMPANIES, INC.,                  )
                                                    )
          *Defendant*.                              )
_____)

**PLAINTIFF'S NOTICE OF EXHIBITS**
**THAT PLAINTIFF INTENDS TO USE IN OPENING STATEMENT**

Pursuant to the Court's Order of February 27, 2007, Plaintiff hereby gives notice of the

following exhibits that Plaintiff may use in its opening statement:

1. Plaintiff's Exhibit ("PX") 1

2. PX 2

3. PX 3, pages IB 00058-61, 75 & 124

4. PX 27

5. PX 28

6. PX 35

7. PX 39

8. PX 40

9. PX 63

10. 52

3525100

Dated: March 2, 2007

Respectfully submitted,


_____/s/ Harvey A. Levin_____
Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C.  20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2007, a true and correct copy of the

foregoing was served electronically through CM/ECF on:

Kevin E. Stern
C. Allen Foster
Geoffrey Greeves
Maria Hallas
GREENBERG TRAURIG, LLP
800 Connecticut Ave., N.W.
Suite 500
Washington, D.C.  20006

_____ /s/ Harvey A. Levin