IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>   *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>   *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

**PLAINTIFF'S NOTICE OF AMENDED OBJECTIONS TO
DEFENDANT'S DEPOSITION DESIGNATIONS FOR TRIAL**

Plaintiff objects to Defendant's deposition designations for trial as follows:

**I. Objections to Designations From the Deposition of Erika Paulson**

General objection: Plaintiff objects to all designations by Defendant from the deposition of Erika Paulson. The record does not contain and Source has not established grounds for admission of the Paulson deposition under Fed. R. Civ. P. 32(a)(3).

| **Designation** | **Objection** |
|---|---|
| 11:11-22 | Hearsay; Lack of personal knowledge and foundation; Lack of original writing; Irrelevant |
| 15:21-16:3 | Hearsay; Lack of foundation; Irrelevant |
| 16:7-18:21 | Hearsay; Lack of personal knowledge and foundation; Lack of original writing; Irrelevant |
| 19:9-13 | Hearsay; Lack of personal knowledge and foundation; Speculation |
| 19:14-20:15 | Hearsay, both as testimony and as to the referenced Exhibit 1; Lack of personal knowledge and foundation |

3524687

| | |
|---|---|
| 23:10-24:9 | Hearsay; Lack of personal knowledge and foundation; Speculation |
| 30:10-13 (ending with "screen.") | Hearsay |
| 107:23-108:24 | Hearsay; Lack of personal knowledge and foundation; Speculation |
| 109:17-19 | Hearsay; Lack of personal knowledge and foundation; Speculation |
| 110:6-9 | Hearsay; Lack of personal knowledge and foundation; Speculation |
| 115:8-116:20 | Hearsay; Lack of personal knowledge and foundation; Speculation; Irrelevant |
| 125:4-126:4 | Hearsay; Lack of personal knowledge and foundation; Speculation |

**II. Objections to Designations From the Deposition of Ariel Emanuel**

General objection: Plaintiff objects to all designations by Defendant from the deposition of Ariel Emanuel under Fed. R. Civ. P. 32(a)(2). Emanuel was a director of Source at the time of the taking of his deposition and consequently only Plaintiff, the adverse party, may use the deposition, except for the limited use allowed Source under Fed. R. Civ. P. 32(a)(1) and (a)(4).

| **Designation** | **Objection** |
|---|---|
| 15:7-18 | Hearsay; Lack of personal knowledge and foundation; Speculation |
| 53:20 (beginning with "And I think") -54:4 | Hearsay; Lack of personal knowledge and foundation; Speculation |
| 102:6-103:3 | Hearsay; Lack of personal knowledge and foundation; Speculation; Irrelevant |

- 3 -

| | |
|---|---|
| 118:25-120:7 | Hearsay; Lack of personal knowledge and foundation; Speculation; Irrelevant |

Dated: March 5, 2007

Respectfully submitted,

    /s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C.  20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2007, a true and correct copy of the foregoing was served electronically through CM/ECF on:

> Kevin E. Stern
> C. Allen Foster
> Geoffrey Greeves
> Maria Hallas
> GREENBERG TRAURIG, LLP
> 800 Connecticut Ave., N.W.
> Suite 500
> Washington, D.C. 20006

    /s/ Harvey A. Levin