IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>   *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>   *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

**PLAINTIFF'S NOTICE OF DESIGNATIONS AND
CROSS-DESIGNATIONS OF DEPOSITIONS FOR TRIAL**

Plaintiff Jonathan Ledecky hereby designates and cross-designates the following portions of depositions that Plaintiff intends to introduce at trial.

**I. Plaintiff's Designations (Previously Supplied February 27, 2007)**

  **A. Deposition of S. Leslie Flegel (May 4, 2006):**

1. 13:22-14:19

2. 15:5-23

3. 36:3-37:16

4. 39:25-40:10

5. 51:20-25

6. 42:25-45:3

7. 48:2-7

8. 48:16-49:3

9. 54:3-25

10. 61:9-19

3524777

11. 62:1-6

12. 65:9-67:5

13. 67:24-68:4

14. 71:18-23

15. 72:5-21

16. 157:19-22

17. 73:3-74:9

18. 75:22-76:1 (ending w/ "there was.")

19. 79:16-82:22

20. 84:11-15

21. 91:1-92:2

22. 92:18-21

23. 93:20-94:5

24. 94:12-24

25. 97:25-98:6

26. 98:13-99:7

27. 103:4-104:1

28. 105:20-106:23

29. 107:3-5

30. 108:6-10

31. 110:10-15

32. 114:9-115:7

33. 19:16-20:7

- 3 -

34. 20:17-21

35. 137:9-18

36. 169:15-170:3

37. 176:12-177:11

38. 180:17-183:18

39. 187:3-23

40. 193:12-20

41. 162:10-163:13

42. 164:2-166:4

43. 166:9-16

### B. Deposition of Jim Gillis (May 3, 2004):

1. 27:1-29:14

2. 30:14-18

3. 38:6-39:15

4. 40:5 (starting w/ "Do you")-7

5. 48:6-19

6. 68:15-69:18

7. 83:23-84:22

8. 91:17-25

9. 94:12-16

10. 94:22-25

11. 89:21-90:22

- 4 -

12. 33:20-34:6

13. 41:22-43:9

14. 95:17-97:19

15. 98:16-99:1

16. 33:20-34:6

17. 177:7-8

18. 99:15-23

19. 108:13-20

20. 126:10-127:14

21. 114:1-9

22. 132:1-8

23. 138:23-140:8

24. 141:11-23

25. 147:14-148:13

26. 153:7-16

27. 157:11-23

28. 158:10-14

29. 41:22-43:9

30. 189:18-190:21

31. 195:19-200:5

32. 186:5-187:8

33. 142:11-23

34. 144:6-18

35247777                                                            - 4 -

35. 137:18-138:1

36. 138:19-22

37. 153:23-154:1

**C. Deposition of Doug Bates (May 5, 2006):**

1. 7:5-20

2. 9:2-7

3. 34:15-24

4. 38:5-7

5. 38:10-22

6. 39:12-15

7. 41:19-42:25

8. 43:21-44:9

9. 44:25-45:7

10. 50:23-51:1

11. 53:2-11

12. 53:16-23

13. 57:2-6

14. 61:17-62:2

15. 66:11-18

16. 68:15-69:12

17. 69:21-70:24

18. 71:6-73:21

19. 74:17-75:7

20. 83:12-84:12

21. 88:10-15

22. 101:9-102:25

23. 104:4-20

24. 112:20-114:20

25. 115:12-14

26. 88:22-89:3

27. 91:14-22

28. 107:24-108:4

**D. Deposition of Ariel Emanuel (May 18, 2006)**:

1. 9:18-24

2. 12:13-13:18

3. 18:17-23

4. 19:13-21:15

5. 24:10-25:6

6. 25:23-26:4

7. 26:19-27:3

8. 28:6-12

9. 35:8-37:15

10. 45:20-46:25

11. 50:14-51:13

12. 52:5-20 (ending w/ "with her.")

13. 53:3-16

14. 54:5-57:21 (ending w/ "my business.")

15. 58:16-24

16. 62:8-63:2

17. 63:18-64:14

18. 65:6-66:8

19. 67:1-69:5

20. 71:5-21

21. 73:11-20

22. 77:6-78:20

23. 80:14-25

24. 82:4-14

25. 86:4-87:7

26. 88:16-91:12

27. 92:2-10

28. 93:23-94:3

**II. Plaintiff's Cross-Designations**

    **A. Deposition of Erika Paulson (May 17, 2006):**

1. 21:8-18

2. 31:1-4

3. 39:4-8

4. 47:13-48:17

5. 94:2-17

6. 95:7-96:10

7. 100:17-21

8. 21:20-22:8*

9. 24:21-25:21*

* Only in the event that the court admits Source designations regarding Robert Mohrmann

**B. Deposition of Ariel Emanuel (May 18, 2006):**

1. 87:20-22

2. 96:3-13

Dated: March 1, 2007

                                                                            Respectfully submitted,

                                                                              /s/ Harvey A. Levin
                                                                            Harvey A. Levin (D.C. Bar No. 203869)
                                                                            Allison Manger (D.C. Bar No. 482593)
                                                                            THOMPSON COBURN LLP
                                                                            1909 K. Street, N.W. Ste. 600
                                                                            Washington, D.C. 20006-1167
                                                                            (202) 585-6900 (telephone)
                                                                            (202) 585-6969 (facsimile)

- 9 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2007, a true and correct copy of the foregoing was served electronically through CM/ECF on:

>Kevin E. Stern
>C. Allen Foster
>Geoffrey Greeves
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C. 20006

      /s/ Harvey A. Levin