IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:05CV01039 (JGP) |
| v. ) ) | |
| SOURCE INTERLINK COMPANIES, INC., ) ) | |
| Defendant. ) ) | |

**DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S**
**NOTICE OF DEPOSITION DESIGNATIONS FOR TRIAL**

Pursuant to the Court's Order for Pretrial Conference, Defendant Source Interlink Companies, Inc. ("Source") respectfully designates the portions of the following depositions that Source intends to introduce at trial in lieu of live testimony from these witnesses. The deposition testimony of each of these witnesses is admissible pursuant to Fed. R. Civ. P. 32(a)(3), in that they are witnesses who are more than 100 miles from the place of trial. In particular, Ariel Emanuel and Erika Paulson both reside and work in the greater Los Angeles, California area.

| DEPONENT | Date | Designation |
|---|---|---|
| **Ariel Z. Emanuel** | **May 18, 2006** | |
| | | 9:18 - 11:6 |
| | | 11:15 - 12:4 |
| | | 12:13 - 13:25 |
| | | 14:10 - 14:19 |
| | | 15:1 - 15:18 |
| | | 16:10 - 18:9 |
| | | 18:17 - 19:9 |
| | | 19:13 - 21:15 |
| | | 25:8 - 25:12 |
| | | 28:14 - 32:12 |

|   |   |   |
|---|---|---|
|   |   | 35:8 - 37:8 |
|   |   | 39:5 - 40:8 |
|   |   | 45:20 - 48:14 |
|   |   | 50:11 - 51:13 |
|   |   | 51:22 - 52:20 |
|   |   | 53:3 - 55:17 |
|   |   | 55:24 - 56:25 |
|   |   | 58:16 - 58:18 |
|   |   | 58:21 |
|   |   | 58:23 - 58:24 |
|   |   | 59:2 - 59:4 |
|   |   | 59:7 - 60:6 |
|   |   | 63:18 - 66:8 |
|   |   | 67:1 - 67:12 |
|   |   | 67:18 - 68:9 |
|   |   | 69:6 - 70:15 |
|   |   | 71:5 - 71:12 |
|   |   | 72:14 - 72:19 |
|   |   | 82:9 - 82:14 |
|   |   | 82:21 - 85:25 |
|   |   | 86:4 - 86:5 |
|   |   | 86:12 - 87:7 |
|   |   | 88:16 - 91:12 |
|   |   | 92:2 - 92:10 |
|   |   | 95:3 - 95:19 |
|   |   | 97:13 - 97:18 |
|   |   | 97:23 - 98:8 |
|   |   | 102:6 - 103:18 |
|   |   | 118:25 - 120:7 |
|   |   |   |
| **Erika Paulson** | **May 17, 2006** |   |
|   |   | 7:15 - 10:21 |
|   |   | 11:1 - 15:7 |
|   |   | 15:21 - 16:3 |
|   |   | 16:7 - 21:7 |
|   |   | 22:22 - 23:7 |
|   |   | 23:9 - 24:20 |
|   |   | 27:10 - 30:25 |
|   |   | 31:5 - 31:25 |

|  |  |  |
|--|--|--|
|  |  | 32:10 - 39:3 |
|  |  | 40:18 - 42:4 |
|  |  | 42:20 - 43:6 |
|  |  | 44:2 - 44:11 |
|  |  | 45:7 - 45:18 |
|  |  | 51:11 - 55:21 |
|  |  | 57:21 - 59:1 |
|  |  | 59:9 - 59:13 |
|  |  | 60:2 - 60:8 |
|  |  | 60:25 - 6110 |
|  |  | 63:20 - 64:3 |
|  |  | 74:8 - 75:2 |
|  |  | 89:18 - 93:17 |
|  |  | 104:24 - 105:13 |
|  |  | 106:14 - 110:16 |
|  |  | 113:17 - 115:7 |
|  |  | 125:4 - 126:4 |

Respectfully submitted,

/s/ Kevin E. Stern               .
Kevin E. Stern (Bar No. 459214)
Geoffrey J. Greeves (Bar No. 463035)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC  20006
Tel:  (202) 331-3100
Fax:  (202) 331-3101

*Counsel for Defendant Source Interlink Companies, Inc.*

Dated:  March 5, 2007