IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS,<br><br>        Plaintiff,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:05CV01039 (JGP)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S OBJECTIONS TO PLAINTIFF'S DEPOSITION CROSS-DESIGNATIONS FOR TRIAL**

Defendant Source Interlink Companies, Inc. ("Source") respectfully submits the following objections to Plaintiff's Deposition Cross-Designations for Trial:

| DEPONENT | Date | Plaintiff's Cross-Designation | Source's Objection(s) |
|---|---|---|---|
| **Ariel Z. Emanuel** | **May 18, 2006** | | |
| | | 87:20-22 | Non-responsive answer; lack of foundation; not a proper counter-designation under Fed.R.Civ.P. 32(a)(4) |
| | | 96:3-13 | *See* Source's Motion in Limine re SEC statements |
| | | | |
| **Erika Paulson** | **May 17, 2006** | | |
| | | 21:8-18 | Leading question; assumes facts not in evidence |
| | | 31:1-3 | Lack of personal knowledge, foundation |
| | | 47:13-48:17 | Objection to 48:8-17: lack of foundation, leading question, vague, lack of relevance, FRE |

|  |  |  | 403 |
|---|---|---|---|

                    Respectfully submitted,

                    /s/ Kevin E. Stern                                .
                    Kevin E. Stern (Bar No. 459214)
                    Geoffrey J. Greeves (Bar No. 463035)
                    GREENBERG TRAURIG, LLP
                    800 Connecticut Avenue, NW
                    Suite 500
                    Washington, DC  20006
                    Tel:  (202) 331-3100
                    Fax:  (202) 331-3101

                    *Counsel for Defendant Source Interlink Companies, Inc.*

Dated:  March 5, 2007