IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOURCE INTERLINK COMPANIES, INC., )<br>)<br>Defendant. )<br>_____ ) | | Case No. 1:05CV01039 (JGP) |

**DEFENDANT SOURCE INTERLINK COMPANIES, INC.'S
OBJECTIONS AND COUNTER-DESIGNATIONS
TO PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL**

Defendant Source Interlink Companies, Inc. ("Source") respectfully submits the following objections and counter-designations to Plaintiff's deposition designations for trial:

**Flegel Deposition:**

|  | Plaintiff's Designation | Source's Objection | Source's Counter-Designation |
|---|---|---|---|
| 1) | | | 12:20-23 |
| 2) | 13:22-14:19 | | 13:1-14:5 |
| 3) | 15:5-23 | | |
| 4) | | | 17:4-11 |
| 5) | 19:16-20:7 | Source objects on grounds of relevance; See also Source's Motion in Limine re: Payments | |
| 6) | 20:17-21 | Source objects on grounds of relevance; See also Source's Motion in Limine re: Payments | |
| 7) | 39:25-40:10 | | |
| 8) | 42:25-45:3 | | |
| 9) | | | 45:4-17 |
| 10) | | | 45:19-25 |
| 11) | | | 46:1-5 |

| | | | |
|---|---|---|---|
| 12) | 48:2-7 | | |
| 13) | 48:16-49:3 | | |
| 14) | 51:20-25 | | |
| 15) | 54:3-25 | | |
| 16) | 61:9-19 | | |
| 17) | 62:1-6 | | |
| 18) | 65:9-67:5 | | |
| 19) | 67:24-68:4 | | |
| 20) | 71:18-23 | | |
| 21) | 72:5-21 | | |
| 22) | 73:3-74:9 | | |
| 23) | 75:22-76:1 (ending w/ "there was.") | | |
| 24) | 79:16-82:22 | | |
| 25) | 84:11-15 | | 82:24-83:19 |
| 26) | | | 84:19-85:2 |
| 27) | | | 85:10-21 |
| 28) | | | 89:21-90:14 |
| 29) | 91:1-92:2 | | |
| 30) | 92:18-21 | | |
| 31) | 93:20-94:5 | | |
| 32) | 94:12-24 | | |
| 33) | 97:25-98:6 | | |
| 34) | 98:13-99:7 | | |
| 35) | 103:4-104:1 | | |
| 36) | 105:20-106:23 | Source objects to 106:22-23 on grounds that counsel is testifying, argumentative | |
| 37) | 107:3-5 | Source objects as argumentative | |
| 38) | 108:6-10 | | |
| 39) | 110:10-15 | | |
| 40) | 114:9-115:7 | | |
| 41) | | | 125:1-11 |
| 42) | | | 125:20-21 |
| 43) | 137:9-18 | | |
| 44) | 157:19-22 | | |
| 45) | 162:10-163:13 | | |
| 46) | 164:2-166:4 | Source objects to 164:9-164:17 on grounds of hearsay; Source objects to 165:6-166:4, FRE 408; See Source's Motion in Limine on Settlement Discussions | |
| 47) | 166:9-16 | Source objects, FRE 408; | |

|  |  | See Source's Motion in Limine on Settlement Discussions |  |
|---|---|---|---|
| 48) | 169:15-170:3 | Source objects on grounds of relevance; FRE 403; See Source's Motion in Limine on Payments |  |
| 49) | 176:12-177:11 | Source objects on grounds of relevance, FRE 403; See Source's Motion in Limine on Payments |  |
| 50) | 180:17-183:18 | Source objects on grounds of relevance, FRE 403; See Source's Motion in Limine on Payments |  |
| 51) | 187:3-23 | Source objects on grounds of relevance, FRE 403; See Source's Motion in Limine on Payments |  |
| 52) |  |  | 189:1-4 |
| 53) | 193:12-20 | Source objects on grounds of relevance, FRE 403; damages are not an issue in this phase of the case |  |

- 3 -

**Gillis Deposition:**

|  | **Plaintiff's Designation** | **Source's Objection** | **Source's Counter-Designation** |
|---|---|---|---|
| 1) | 27:1-29:14 | | |
| 2) | 30:14-18 | | |
| 3) | 33:20-34:6 | | 34:14-35:14 |
| 4) | | | 37:17-38:3 |
| 5) | 38:6-39:15 | | |
| 6) | 40:5 (starting w/ "Do you")-7 | | 40:18-41:2 |
| 7) | 41:22-43:9 | | 41:5-12 |
| 8) | | | 45:7-14 |
| 9) | | | 45:18-47:9 |
| 10) | | | 47:22-48:5 |
| 11) | 48:6-19 | | 48:20-49:23 |
| 12) | | | 50:6-15 |
| 13) | | | 55:25-56:1 |
| 14) | | | 56:5-8 |
| 15) | | | 56:10-20 |
| 16) | 68:15-69:18 | | |
| 17) | | | 71:8-13 |
| 18) | | | 71:17-22 |
| 19) | | | 71:24-72:1 |
| 20) | | | 72:3-22 |
| 21) | | | 72:24-25 |
| 22) | | | 78:9-12 |
| 23) | | | 78:14-15 |
| 24) | | | 78:19-21 |
| 25) | | | 78:23-24 |
| 26) | | | 79:17-24 |
| 27) | | | 80:3-5 |
| 28) | | | 80:7-8 |
| 29) | | | 80:17-19 |
| 30) | | | 80:21-22 |
| 31) | | | 80:25-81:1 |
| 32) | 83:23-84:22 | | |
| 33) | | | 83:10-22 |
| 34) | 89:21-90:22 | | |
| 35) | 91:17-25 | | |
| 36) | | | 92:1-21 |
| 37) | | | 93:5-20 |
| 38) | 94:12-16 | | |
| 39) | 94:22-25 | | |
| 40) | 95:17-97:19 | | |
| 41) | | | 98:6-12 |

| | | | |
|---|---|---|---|
| 42) | 98:16-99:1 | | |
| 43) | 99:15-23 | | 103:6-103:23 |
| 44) | | | 105:3 |
| 45) | | | 105:11-22 |
| 46) | | | 106:10-20 |
| 47) | 108:13-20 | | 108:21-109:5 |
| 48) | | | 109:7-110:21 |
| 49) | 114:1-9 | | |
| 50) | | | 121:3-24 |
| 51) | 126:10-127:14 | | 127:15-128:15 |
| 52) | | | 128:21-129:11 |
| 53) | 132:1-8 | | |
| 54) | 137:18-138:1 | | |
| 55) | 138:19-22 | | |
| 56) | 138:23-140:8 | | |
| 57) | 141:11-23 | | |
| 58) | 142:11-23 | | |
| 59) | 144:6-18 | | |
| 60) | 147:14-148:13 | | |
| 61) | 153:7-16 | | |
| 62) | 153:23-154:1 | | |
| 63) | | | 155:17-156:5 |
| 64) | 157:11-23 | Source objects on grounds of relevance, FRE 403; See Source's Motion in Limine on Payments | |
| 65) | 158:10-14 | | 165:8-166:14 |
| 66) | | | 166:15-167:7 |
| 67) | | | 169:20-170:22 |
| 68) | | | 170:23-171:10 |
| 69) | | | 172:7-174:13 |
| 70) | | | 174:23-175:12 |
| 71) | 177:7-8 | | 178:4-9 |
| 72) | | | 179:12-180:7 |
| 73) | 186:5-187:8 | Source objects to 186:21-23. 186:25, and 187:2-8 on grounds of relevance, FRE 403; See also Source's Motion in Limine on payments. | |
| 74) | 189:18-190:21 | | |
| 75) | 195:19-200:5 | Source objects on grounds of relevance; damages are not an issue in this phase of the trial | |

**Bates Deposition:**

|     | Plaintiff's Designation | Source's Objection | Source's Counter-Designation |
|-----|-------------------------|---------------------|------------------------------|
| 1)  | 7:5-20                  |                     |                              |
| 2)  | 9:2-7                   |                     |                              |
| 3)  | 34:15-24                |                     | 37:3-38:4                    |
| 4)  | 38:5-7                  |                     | 38:8-9                       |
| 5)  | 38:10-22                |                     |                              |
| 6)  | 39:12-15                |                     | 39:21-40:12                  |
| 7)  | 41:19-42:25             |                     |                              |
| 8)  | 43:21-44:9              |                     |                              |
| 9)  | 44:25-45:7              |                     |                              |
| 10) | 50:23-51:1              |                     | 50:12-22                     |
| 11) | 53:2-11                 |                     |                              |
| 12) | 53:16-23                |                     |                              |
| 13) | 57:2-6                  |                     |                              |
| 14) | 61:17-62:2              |                     |                              |
| 15) | 66:11-18                |                     |                              |
| 16) | 68:15-69:12             |                     |                              |
| 17) | 69:21-70:24             |                     |                              |
| 18) | 71:6-73:21              |                     |                              |
| 19) | 74:17-75:7              |                     |                              |
| 20) | 83:12-84:12             |                     |                              |
| 21) | 88:10-15                |                     |                              |
| 22) | 88:22-89:3              | Source objects to 88:25-89:3 on grounds of relevance, FRE 403, document speaks for itself; See also Source's Motion in Limine on Payments | 88:18-21 |
| 23) | 91:14-22                |                     | 93:9-18                      |
| 24) | 101:9-102:25            | Source objects on grounds of relevance; document speaks for itself |    |
| 25) | 104:4-20                | Source objects on grounds of relevance, FRE 403, document speaks for itself; See also Source's Motion in Limine on Payments |    |
| 26) | 107:24-108:4            | Source objects on grounds of fo lack of personal knowledge: See also Source's Motion in Limine on Payments | 108:5-109:5 |
| 27) | 112:20-114:20           | Source objects on grounds |                              |

|   |   |   |   |
|---|---|---|---|
|   |   | of relevance, FRE 403, document speaks for itself; See also Source's Motion in Limine on Payments |   |
| **28)** | 115:12-14 | Source objects on grounds of relevance, FRE 403, document speaks for itself; See also Source's Motion in Limine on Payments |   |

**Emanuel Deposition**:

|     | Plaintiff's Designation | Source's Objection | Source's Counter-Designation |
| --- | --- | --- | --- |
| 1)  | 9:18-24 | | 9:25-11:6 |
| 2)  | 12:13-13:18 | | |
| 3)  | 18:17-23 | | |
| 4)  | 19:13-21:15 | | |
| 5)  | 24:10-25:6 | Source object on grounds of relevance, FRE 403, lack of foundation, improper opinion | |
| 6)  | 25:23-26:4 | | |
| 7)  | 26:19-27:3 | | |
| 8)  | 28:6-12 | Source object on grounds of relevance, FRE 403, lack of foundation, improper opinion | |
| 9)  | 35:8-37:15 | | |
| 10) | 45:20-46:25 | | 47:5-48:14 |
| 11) | 50:14-51:13 | | |
| 12) | 52:5-20 (ending w/ "with her.") | | |
| 13) | 53:3-16 | | 53:17-54:4 |
| 14) | 54:5-57:21 (ending w/ "my business.") | Source objects to 57:1-21 on grounds of relevance, FRE 403, lack of foundation | |
| 15) | 58:16-24 | | 59:2-60:6 |
| 16) | 62:8-63:2 | | |
| 17) | 63:18-64:14 | | 64:15-65:2 |
| 18) | 65:6-66:8 | | |
| 19) | 67:1-69:5 | Source objects to 67:14-17 on grounds of relevance | |
| 20) | 71:5-21 | | |
| 21) | 73:11-20 | | |
| 22) | 77:6-78:20 | | |
| 23) | 80:14-25 | | |
| 24) | 82:4-14 | Source objects to 81:1-82:7 on grounds of relevance, FRE 403, lack of foundation, lack of personal knowledge, and for the reasons stated in Source's Motion in | |

- 9 -

|     |            | Limine re SEC statements |         |
| --- | ---------- | ------------------------ | ------- |
| **25)** | 86:4-87:7  |                          |         |
| **26)** | 88:16-91:12 |                         |         |
| **27)** | 92:2-10    |                          |         |
| **28)** | 93:23-94:3 |                          | 95:3-19 |

        Respectfully submitted,

        <u>/s/ Kevin E. Stern</u>           .
        Kevin E. Stern (Bar No. 459214)
        Geoffrey J. Greeves (Bar No. 463035)
        GREENBERG TRAURIG, LLP
        800 Connecticut Avenue, NW
        Suite 500
        Washington, DC  20006
        Tel:  (202) 331-3100
        Fax:  (202) 331-3101

        *Counsel for Defendant Source Interlink Companies, Inc.*

Dated:  March 5, 2007