IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>    *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

**PLAINTIFF'S CORRECTED NOTICE FOR
DESIGNATIONS AND CROSS-DESIGNATIONS
OF DOUG BATES' DEPOSITION FOR TRIAL**

Plaintiff Jonathan Ledecky hereby corrects his designations and cross-designations for the following portions of Doug Bates' deposition that Plaintiff intends to introduce at trial. In Plaintiff's original Notice for Designations and Cross-Designations of Depositions for Trial filed March 5, 2007, numbers 20 through 28 erroneously replaced Plaintiff's original designations 20 through 28 supplied to Defendant on February 27, 2007. Below are the correct and original designations.

**I. Plaintiff's Designations (Previously Supplied February 27, 2007)**

    **A. Deposition of Doug Bates (May 5, 2006):**

1. 7:5-20

2. 9:2-7

3. 34:15-24

4. 38:5-7

5. 38:10-22

3524777

6. 39:12-15

7. 41:19-42:25

8. 43:21-44:9

9. 44:25-45:7

10. 50:23-51:1

11. 53:2-11

12. 53:16-23

13. 57:2-6

14. 61:17-62:2

15. 66:11-18

16. 68:15-69:12

17. 69:21-70:24

18. 71:6-73:21

19. 74:17-75:7

20. 83:12-84:12

21. 88:10-15

22. 101:9-102:25

23. 104:4-20

24. 112:20-114:20

25. 115:12-14

26. 88:22-89:3

27. 91:14-22

28. 107:24-108:4

Dated: March 5, 2007

                                          Respectfully submitted,

                                              /s/ Harvey A. Levin
                                        Harvey A. Levin (D.C. Bar No. 203869)
                                        Allison Manger (D.C. Bar No. 482593)
                                        THOMPSON COBURN LLP
                                        1909 K. Street, N.W. Ste. 600
                                        Washington, D.C.  20006-1167
                                        (202) 585-6900 (telephone)
                                        (202) 585-6969 (facsimile)

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2007, a true and correct copy of the foregoing was served electronically through CM/ECF on:

>Kevin E. Stern
>C. Allen Foster
>Geoffrey Greeves
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C. 20006

        /s/ Harvey A. Levin