IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a<br>IRONBOUND PARTNERS,<br><br>    *Plaintiff*,<br><br>v.<br><br>SOURCE INTERLINK COMPANIES, INC.,<br><br>    *Defendant*. | Civil Action No. 1:05CV01039 (JGP) |

**PLAINTIFF'S REQUEST TO ADD AN INSTRUCTION
REGARDING CONTRACT MODIFICATION UNDER FLORIDA LAW
BASED ON THE EVIDENCE AT TRIAL BRIEF**

Plaintiff Jonathan Ledecky d/b/a/ Ironbound partners, by undersigned counsel, respectfully requests that the following be added to Plaintiff's proposed instructions. Plaintiff makes this requests as a consequence of matters raised in the opening statement of counsel for Defendant and based on testimony and expected areas of testimony at trial.

**PROPOSED INSTRUCTION**

The parties to a contract may modify the written agreement by subsequent oral agreement or course of conduct with one another despite the requirement of a writing in order to modify.

Source: *Linear Corp. v. Standard Hardware Co.* 432 So. 2d 966, 968 (Fla. 1st DCA 1982), *citing*, *Pan American Engineering Co. v. Poncho's Construction Co.*, 387 So. 2d 1052 (Fla. 5th DCA 1980): *Barile Excavating & Pipeline Co. v. Vacuum Under-Drain, Inc.*, 362 So. 2d 117 (Fla. 1st DCA 1978); *Fletcher v. Laguna Vista Corp.*, 275 So. 2d 579 (Fla. 1st DCA 1973), *cert. denied*, 281 So. 2d 213 (Fla. 1973); and other cases.

3528624

Respectfully submitted,

    /s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K. Street, N.W. Ste. 600
Washington, D.C.  20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of March, 2007, a true and correct copy of the foregoing Plaintiff's Trial Brief was served electronically through CM/ECF on:

>Kevin E. Stern
>C. Allen Foster
>Geoffrey Greeves
>Maria Hallas
>GREENBERG TRAURIG, LLP
>800 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C. 20006


                                                                   /s/ Harvey A. Levin