IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

JONATHAN LEDECKY d/b/a                    )
IRONBOUND PARTNERS,                        )
                                           )
*Plaintiff*,                               )
                                           )
v.                                         )    Civil Action No. 1:05CV01039 (JGP)
                                           )
SOURCE INTERLINK COMPANIES, INC.,  )
                                           )
*Defendant*.                               )
_____)

**ORDER ON PLAINTIFF'S REQUEST TO ADD
AN INSTRUCTION REGARDING CONTRACT MODIFICATION
UNDER FLORIDA LAW BASED ON THE EVIDENCE AT TRIAL BRIEF**

Upon consideration of Plaintiff's Request to Add an Instruction, it is hereby

    1. ORDERED that Plaintiff's Request be, and it hereby is, GRANTED.

    2. The Court shall add the proposed instruction regarding contract

modification to Plaintiff's previously filed proposed instructions.

Date: _____                    _____
                                      HON. JOHN GARRETT PENN
                                      United States District Judge

3528825