IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN LEDECKY d/b/a IRONBOUND PARTNERS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:05CV01039 (JGP) ) ) |
| SOURCE INTERLINK COMPANIES, INC., | ) ) |
| Defendant. | ) ) ) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jonathan Ledecky d/b/a Ironbound Partners ("Ledecky") and Defendant Source Interlink Companies, Inc. ("Source") hereby stipulate to a dismissal with prejudice as to all of Ledecky's claims against Source as alleged in the Amended Complaint, with each party to bear its own costs.

Respectfully submitted,

/s/ Harvey A. Levin                    .
Harvey A. Levin (D.C. Bar No. 203869)
Allison Manger (D.C. Bar No. 482593)
THOMPSON COBURN LLP
1909 K Street, N.W. Ste. 600
Washington, D.C. 20006-1167
(202) 585-6900 (telephone)
(202) 585-6969 (facsimile)

*Counsel for Plaintiff Jonathan Ledecky d/b/a Ironbound Partners*


/s/ Kevin E. Stern                    .
Kevin E. Stern (D.C. Bar No. 459214)
Geoffrey J. Greeves (D.C. Bar No. 463035)
GREENBERG TRAURIG, LLP

        800 Connecticut Avenue, N.W.
        Suite 500
        Washington, D.C.  20006
        Tel:  (202) 331-3100
        Fax:  (202) 331-3101

*Counsel for Defendant Source Interlink Companies, Inc.*

Dated:  March 21, 2007