UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN LEDECKY d/b/a/ IRONBOUND PARTNERS,**       **Plaintiff,**       v.   **SOURCE INTERLINK COMPANIES, INC.,**       **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1039 (JGP)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the parties' **Stipulation of Dismissal with Prejudice [#121]**, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**.


Date: March 28, 2007                                      **JOHN GARRETT PENN**
                                                          **United States District Judge**